# Exhibit 13

**U.S. PATENT NO. 8,260,213**
**METHOD AND APPARATUS TO ADJUST A TUNABLE REACTIVE ELEMENT**

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 8,260,213 (the "'213 patent") identified below are infringed.

Accused Products: The Accused Products are all devices that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'213 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A device, comprising: | Defendant makes, sells, offers to sell, imports, and/or uses a system to adjust a tunable reactive element comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [1a]-[1c]. To the extent the preamble is limiting, the '213 Accused Products are devices that comprise tunable reactive elements [1a]-[1c]. Additionally, and/or in the alternative, Defendant indirectly infringes the claim – for example. by actively inducing and/or contributing to third-party infringement (*e.g.*, infringement by Defendant Product end-users and/or third-party integrators). *See, e.g.*, [1a]-[1c]. Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for |

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| | |
|---|---|
| | practicing the '213 patent into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '213 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each element of the apparatus described in the claim is in the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] a signal source coupled to a first tunable reactive element to generate a first signal; | The Accused Products comprise a signal source coupled to a first tunable reactive element to generate a first signal.  The Accused Products, in compliance with the 802.11ax Standard, comprise a transmitter chain that acts as a signal source coupled to tunable reactive elements in the RF front-end/antenna system to generate RF signals (the "first signal").  Specifically, the Accused Products include a complete RF transmitter chain acting as the "signal source."  This transmitter chain encompasses digital baseband processing, digital-to-analog converters, modulators, up-converters, and power amplifiers that process information and convert it to RF signals. |



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

IEEE 802.11ax-2021 § 27.3.5 at Fig. 27-13 (subsequent Figures 27-14 through 27-22 detail the components and processing blocks of this transmitter chain).

The 802.11ax Standard explicitly details the signal generation pathway used in the Accused Devices.

The transmitted signal is described in complex baseband signal notation. The actual transmitted signal on transmit chain $i_{TX}$ and frequency segment $i_{Seg}$ is related to the complex baseband signal by the relation shown in Equation (27-1).

$$r_{RF}^{(i_{Seg}, i_{TX})}(t) = \text{Re}\left\{\frac{1}{\sqrt{N_{Seg}}} r_{PPDU}^{(i_{Seg}, i_{TX})}(t) \exp\left(j 2\pi f_c^{(i_{Seg})} t\right)\right\}, \quad i_{Seg} = 0, \ldots, N_{Seg} - 1; \quad i_{TX} = 1, \ldots, N_{TX} \quad (27\text{-}1)$$

where

$N_{Seg}$ represents the number of frequency segments in the transmit signal as defined in Table 27-13

$r_{PPDU}^{(i_{Seg}, i_{TX})}$ represents the complex baseband signal of frequency segment $i_{Seg}$ and transmit chain $i_{TX}$

$f_c^{(i_{Seg})}$ represents the center frequency of the portion of the PPDU transmitted in frequency segment $i_{Seg}$. Table 21-7 shows $f_c^{(i_{Seg})}$ as a function of the channel starting frequency, dot11CurrentChannelWidth (see Table 21-22) and CH_BANDWIDTH where $f_{CH, start}$, $f_{P20, idx}$, $f_{P40, idx}$, and $f_{P80, idx}$ are given in Equation (21-4), Equation (21-5), Equation (21-7), and Equation (21-9), respectively.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added) ("The actual transmitted signal on transmit chain $^iTX$ and frequency segment $^iSeg$ is related to the complex baseband signal by the relation shown in Equation (27-1).").

The Accused Products operate across an extensive frequency range as mandated by the Standard: "The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz." IEEE 802.11ax-2021 § 4.3.15a. Additionally, the Accused Products must support multiple channel bandwidths:

> The HE PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width, depending on the frequency band and capability. For PPDU bandwidths greater than or equal to 80 MHz, the HE PHY supports preamble punctured HE MU PPDU transmissions where pre-HE modulated fields (see Figure 27-23 in 27.3.10) are not transmitted in one or more of the nonprimary 20 MHz channels, and RUs associated with those punctured 20 MHz channels as defined in 27.3.11.8.3 are not allocated.
>
> The HE PHY provides support for 0.8 µs, 1.6 µs, and 3.2 µs guard interval durations.

IEEE 802.11ax-2021 § 27.1.1 (emphasis added) ("The HE PHY provides supports for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width.").

The Accused Products, to comply with this range of frequencies and bandwidths, include tunable reactive elements in their RF front-end, within the antenna matching network. These elements optimize the transfer of RF power to the antenna by adjusting reactance (capacitance or inductance) to match the impedance of the antenna to the power amplifier output. The Accused Products, by complying with the 802.11ax Standard's Transmit Spectral Mask (§ 27.3.19.1) and Modulation Accuracy (§ 27.3.19.4) requirements, comprise tunable elements to adjust the antenna system's impedance for a specific operating channel.

> HE ER SU PPDU is 20 MHz. The bandwidth of the spectral mask applied to an HE MU PPDU with the Bandwidth field of the HE-SIG-A field equal to 4 or 5 is 80 MHz. The bandwidth of the spectral mask applied to an HE MU PPDU with the Bandwidth field of the HE-SIG-A field equal to 6 or 7 is 160 MHz. All HE PPDU formats shall be compliant with the transmit spectral mask described in 27.3.19.
>
> NOTE 1—In the presence of additional regulatory restrictions, the device has to meet both the regulatory requirements and the mask defined in this subclause.

IEEE 802.11ax-2021 § 27.3.19.1 (emphasis added) (The standard mandates that the transmitted signal must fit within a defined spectral mask. Poor impedance matching leads to distortions that cause violations of the spectral mask.).

The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4 (emphasis added) (The Accused Products adhere to a relative constellation RMS error. To maintain this modulation accuracy, the Accused Products use a well-matched RF path achieved through tunable elements.).

| | |
|---|---|
| [1b] a reactance detection circuit to: detect from the first signal a reactance of the first tunable reactive element, and generate a second signal that represents the reactance; and | The Accused Products comprise a reactance detection circuit to: detect from the first signal a reactance of the first tunable reactive element, and generate a second signal that represents the reactance. Specifically, the Accused Products include a reactance detection circuit that detects from the first signal a reactance of the first tunable reactive element and generates a second signal that represents the reactance. For example, the reactance detection circuit in the Accused Products detects the reactance of the first tunable element by observing properties of the first signal as it interacts with the tunable element and the antenna load.

The Accused Products, in compliance with the 802.11ax Standard, maintain modulation accuracy (EVM limits in Table 27-49, HE general EVM requirements, of § 27.3.19.4.3) and power control accuracy (*e.g.*, power pre-correction accuracy requirements in § 27.3.15.3 and pre-correction accuracy requirements).

The Accused Products comprise sensing components within the Accused Products' PHY that monitors RF transmission characteristics to ensure performance remains within the limits mandated by the 802.11ax Standard. The Accused Products' reactance detection circuit senses parameters of the transmitted "first signal" that are directly affected by the reactance of the tunable element in the antenna system. The parameters that are sensed include modulation accuracy which is referred to in the |

| | 802.11ax Standard as Error Vector Magnitude ("EVM").  EVM is a measurement that quantifies modulation accuracy in digital RF transmissions.<br><br>The Accused Products monitor the EVM as it shows the difference between the ideal reference constellation points and the actual measured constellation points in the signal's modulation scheme. EVM is especially important for the Accused Products because the Standard requires high-order modulation schemes up to 1024-QAM, which require precise signal generation. The Accused Products, in compliance with the 802.11ax Standard, adhere to strict EVM requirements (§ 27.3.19.4) and the below table shows the maximum allowable EVM values for different modulation and coding schemes used by the Accused Products. |
| --- | --- |

**Table 27-49—Allowed relative constellation error versus constellation size and coding rate**

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |
| 16-QAM | N/A | 3/4 | −19 | −19 | −27 |
| 64-QAM | N/A | 2/3 | −22 | −22 | −27 |
| 64-QAM | N/A | 3/4 | −25 | −25 | −27 |
| 64-QAM | N/A | 5/6 | −27 | −27 | −27 |
| 256-QAM | N/A | 3/4 | −30 | −30 | −30 |
| 256-QAM | N/A | 5/6 | −32 | −32 | −32 |
| 1024-QAM | N/A | 3/4 | −35/−32 | −35/−32 | −35/−32 |
| 1024-QAM | N/A | 5/6 | −35/−32 | −35/−32 | −35/−32 |

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added) (Table 27-49 specifies the EVM limits for different modulation schemes).

The Accused Products are required to contain "instrumentation capable of converting the transmitted signals into a stream of complex samples" and conducting a detailed test procedure to ensure the transmit modulation accuracy meets "the required value in Table 27-49." A significant deviation in reactance would lead to impedance mismatch, increased reflected power, reduced transmitted power, and degraded EVM. To detect a reactance of the first tunable reactive element, the Accused Products contain components that process the first signal such that "symbols in a PPDU shall be derotated according to estimated frequency offset" and "estimate the phase from the pilot subcarriers." IEEE 802.11ax-2021 § 27.3.19.4.4.

> The transmit modulation accuracy test shall be performed by instrumentation capable of converting the transmitted signals into a stream of complex samples at a sampling rate greater than or equal to the bandwidth of the signal being transmitted, except that for a noncontiguous transmissions each frequency segment may be tested independently.
>
> In this case, transmit modulation accuracy of each segment shall meet the required value in Table 27-49 using only the occupied data subcarriers within the corresponding segment. For HE TB PPDU transmission, two sets of EVM requirements are defined in Table 27-49 for different transmission power levels to assist AP in better managing the interference among multiple STAs responding to a Trigger frame.

IEEE 802.11ax-2021 § 27.3.19.4.4 (emphasis added).

The Accused Products contain components for performing beamforming feedback which detects a reactance of the tunable elements by analyzing the first signal as part of generating the beamforming feedback matrix *V*. The beamforming feedback matrix generated by the Accused Products detects the RF front-end's performance and is a measure of the reactance of the tunable elements. Specifically, the Accused Products comprise components for performing sounding and feedback. For example, the Accused Products contain components for conducting HE Sounding (§ 26.7) and feedback using the HE Compressed Beamforming Report (§ 9.4.1.65). The HE Sounding and HE Compressed Beamforming Reports detect characteristics of the transmit and receive antenna systems. Section 9.4.1.65 of the Standard states:

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 11 of 51 PageID #: 425

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.

Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

Furthermore, the Accused Products comprise circuitry for power pre-correction (§ 27.3.15.2). In compliance with the 802.11ax Standard, the Accused Products pre-correct transmit power for UL MU transmissions. The Accused Products, in conducting power pre-correction, calculate transmit power using "$PL_{DL} = Tx^{AP}_{pwr} - Rx_{pwr}$," where $Rx_{pwr}$ is the "receive signal power...at the antenna connector of the STA of the triggering PPDU." Accurate $Rx_{pwr}$ measurement and subsequent transmit power adjustment require the Accused Products to have a well-matched antenna system. Deviations in reactance affect actual power delivered and received by the Accused Products. Thus, the Accused Products, in performing power pre-correction, detect the impedance state of the first signal.

The STA computes $PL_{DL}$ using Equation (27-125).

$$PL_{DL} = Tx_{pwr}^{AP} - Rx_{pwr} \qquad (27\text{-}125)$$

where

$Tx_{pwr}^{AP}$    is the AP's transmit power, in units of dBm/20 MHz, as indicated by the AP Tx Power subfield of the Common Info field in the Trigger frame, the encoding of which is specified in 9.3.1.22, or the AP Tx Power subfield of the TRS Control field, the encoding of which is specified in 9.2.4.6a.1.

$Rx_{pwr}$    is the receive signal power, in units of dBm/20 MHz, at the antenna connector of the STA of the triggering PPDU. $Rx_{pwr}$ is an average of the receive signal power over the antennas on which the average $PL_{DL}$ is being computed. If the triggering PPDU is a HT-mixed, VHT or HE PPDU, then the receive signal power is measured from the fields prior to the HT-STF, VHT-STF, or HE-STF, respectively.

IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added).

The Accused Products include a reactance detection circuit to measure parameters (e.g., forward and reflected power), from which the impedance and reactance at the output of the tunable element are detected. The Accused Products generate a second signal that represents the detected reactance. The second signal is used by the control system in the Accused Products (the "error correction circuit" of element [1c]) to assess the state of the tunable element. Therefore, the Accused Products, through compliance with the 802.11ax Standard, contain components for detection from the first signal of a reactance of the first tunable reactive element and generate a second signal representing that reactance.

| | |
|---|---|
| [1c] an error correction circuit to: receive a control signal that represents a desired reactance of the first tunable reactive element, detect from a comparison of | The Accused Products comprise an error correction circuit to: receive a control signal that represents a desired reactance of the first tunable reactive element, detect from a comparison of the control signal to the second signal a drift from the desired reactance, and generate a third signal to adjust the reactance of the first tunable reactive element to achieve the desired reactance. Specifically, the Accused Products include an error correction circuit that receives a control signal representing a desired reactance of the first tunable reactive element. The control signal is a target or setpoint for the reactance of the tunable |

| | |
|---|---|
| the control signal to the second signal a drift from the desired reactance, and generate a third signal to adjust the reactance of the first tunable reactive element to achieve the desired reactance. | element, determined by the Accused Products' control system to optimize performance for current operating conditions.<br><br>In compliance with the 802.11ax Standard, the Accused Products operate on specific channels and bandwidths (*e.g.*, § 27.3.23, Channel numbering; § 9.4.2.249, HE Operation element, specifying BSS bandwidth). The optimal reactance for an antenna system typically varies with frequency and bandwidth. Therefore, the Accused Products adjust the RF front-end for each operating channel/bandwidth.  In addition, the Accused Products, in compliance with the 802.11ax Standard, adhere to RF specifications such as transmit spectral mask (§ 27.3.19.1), spectral flatness (§ 27.3.19.2), and modulation accuracy (EVM, § 27.3.19.4) throughout operation.  The Accused Products comprise a corrective feedback loop / error correction circuit to comply with these RF specifications and minimize reactance drifts. |

For a 20 MHz mask PPDU of HE format, the interim transmit spectral mask shall have a 0 dBr (dB relative to the maximum spectral density of the signal) bandwidth of 19.5 MHz, −20 dBr at 10.5 MHz frequency offset, −28 dBr at 20 MHz frequency offset, and −40 dBr at 30 MHz frequency offset and above. The interim transmit spectral mask for frequency offsets between 9.75 MHz and 10.5 MHz, 10.5 MHz and 20 MHz, and 20 MHz and 30 MHz shall be linearly interpolated in dB domain from the requirements for 9.75 MHz, 10.5 MHz, 20 MHz, and 30 MHz frequency offsets. The transmit spectrum shall not exceed the maximum of the interim transmit spectral mask and −53 dBm/MHz at any frequency offset. Figure 27-47 shows an example of the resulting overall spectral mask when the −40 dBr spectrum level is above −53 dBm/MHz.



**Figure 27-47—Example transmit spectral mask for a 20 MHz mask PPDU**

IEEE 802.11ax-2021 § 27.3.19.1 (emphasis added) (showing the transmit spectral mark requirements for a 20 MHz mask PPDU for the Accused Products).

**Table 27-48—Maximum transmit spectral flatness deviations**

| Bandwidth of transmission (MHz) | Averaging subcarrier indices (inclusive) | Tested subcarrier indices (inclusive) | Maximum deviation (dB) |
|---|---|---|---|
| 20 | −84 to −2 and +2 to +84 | −84 to −2 and +2 to +84 | ± 4 |
| | | −122 to −85 and +85 to +122 | +4/−6 |
| 40 | −168 to −3 and +3 to +168 | −168 to −3 and +3 to +168 | ± 4 |
| | | −244 to −169 and +169 to +244 | +4/−6 |
| 80 | −344 to −3 and +3 to +344 | −344 to −3 and +3 to +344 | ± 4 |
| | | −500 to −345 and +345 to +500 | +4/−6 |
| 160 | −696 to −515, −509 to −166, +166 to +509, and +515 to +696 | −696 to −515, −509 to −166, +166 to +509, and +515 to +696 | ± 4 |
| | | −1012 to −697, −165 to −12, +12 to +165, and +697 to +1012 | +4/−6 |

IEEE 802.11ax-2021 § 27.3.19.2 (emphasis added) (showing the transmit spectral flatness requirements for the Accused Products).

The Accused Products' Mechanisms for adjusting transmit power, such as Transmit Power Control (TPC) (§ 11.7, TPC procedures) and power pre-correction (§ 27.3.15.2), rely on the efficiency of power delivery, which is critically dependent on the impedance match provided by tunable reactive elements. If reactance drifts, power transfer efficiency changes. The error correction circuit for the tunable reactive element in the Accused Products ensures the RF front-end continues to meet the required RF specifications.

> The Local Power Constraint field of any transmitted Power Constraint element and each ~~Local~~ Maximum Transmit Power For X MHz subfield (where X = 20, 40, 80, or 160/80+80) in the Transmit Power Envelope element shall each be set to its respective value that allows the mitigation requirements to be satisfied in the current channel.
>
> NOTE ~~1~~ 3—The local maximum transmit power for the channel needs to meet the mitigation requirements for the channel in the current regulatory domain. The conservative approach is to set the local maximum transmit power level equal to the regulatory maximum transmit power level minus the mitigation requirement. However, it might be possible to satisfy the mitigation requirement using a higher local maximum transmit power level. A lower local maximum transmit power level might be used for other purposes (e.g., range control, reduction of interference).
>
> The regulatory and local maximum transmit powers may change in a STA during the life of an infrastructure BSS and an MBSS. However, network stability needs to be considered when deciding how often or by how much these maximums are changed. The regulatory and local maximum transmit powers shall not change during the life of an IBSS.

IEEE 802.11ax-2021 § 11.7.5 (emphasis added) (identifying the transmit power control requirements that the Accused Products meet).

Section 27.3.15.3 (pre-correction accuracy requirements) of the 802.11ax-2021 Standard specifies specific absolute and relative transmit power requirements met by the Accused Products:

> A STA that transmits an HE TB PPDU shall support the absolute and relative transmit power requirements and the RSSI measurement accuracy requirements defined in Table 27-47.
>
> The absolute transmit power accuracy is applicable for the entire range of transmit power that the STA is intending to use for the current band of operation. The RSSI accuracy requirements shall be applied to receive signal level range from −82 dBm to −20 dBm in the 2.4 GHz band and from −82 dBm to −30 dBm in the 5 GHz and 6 GHz bands. The requirements are for nominal (room) temperature conditions. The RSSI shall be measured during the reception of the non-HE portion of the HE PPDU preamble.

IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added).

The Accused Products, to conform with these accuracy requirements (*e.g.*, "Relative transmit power accuracy" of ±3 dB for Class B devices in Table 27-47), are required to have a stable and well-calibrated

RF front-end. The error correction circuit adjusting tunable reactive elements in the Accused Products enables the Accused Products to maintain stable transmit power by compensating for reactance drifts. The error correction circuit in the Accused Products compares the control signal (target state) with the second signal (the measured feedback from the reactance detection circuit) to identify any "drift" from the desired reactance.

**Table 27-47—Transmit power and RSSI measurement accuracy**

| Parameter | Minimum requirement | | Comments |
|---|---|---|---|
| | Class A | Class B | |
| Absolute transmit power accuracy | ± 3 dB | ± 9 dB | Accuracy of achieving a specified transmit power. |
| RSSI measurement accuracy | ± 3 dB | ± 5 dB | The difference between the RSSI and the received power. Requirements are valid from minimum receive to maximum receive input power. |
| Relative transmit power accuracy | N/A | ± 3 dB | Accuracy of achieving a change in transmit power for consecutive HE TB PPDU. The relative transmit power accuracy is applicable only to Class B devices. |

IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added).

When an Accused Product changes its operating mode (*e.g.*, channel width, number of spatial streams, as enabled by mechanisms like § 26.9, Operating mode indication), desired reactance for the antenna system changes. The error correction circuit in the Accused Products then receives a new control signal and generates a third signal to re-tune the reactive element. In compliance with Section 27.2.4 of the 802.11ax Standard (PHYCONFIG_VECTOR parameters), the Accused Products detail parameters that define operating RF conditions:

| | |
|---|---|
| | **27.2.4 PHYCONFIG_VECTOR parameters**<br><br>The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains an OPERATING_CHANNEL parameter, which identifies the operating or primary channel. The PHY shall set dot11CurrentPrimaryChannel to the value of this parameter.<br><br>The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains a CHANNEL_WIDTH parameter, which identifies the operating channel width and takes one of the values 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz. The PHY shall set dot11CurrentChannelWidth to the value of this parameter. The PHY shall set dot11HECurrentChannelWidthSet to a value that is obtained from the Supported Channel Width Set subfield in the HE Capabilities element transmitted by the STA.<br><br>The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains a CENTER_FREQUENCY_SEGMENT_0 parameter, which identifies the center frequency of the channel (or of segment 0 if the CHANNEL_WIDTH parameter indicates 80+80 MHz) and takes a value between 1 and 255. The PHY shall set dot11CurrentChannelCenterFrequencyIndex0 to the value of this parameter.<br><br>IEEE 802.11ax-2021 § 27.2.4 (emphasis added) (Changes in these parameters trigger the RF control system to determine the new desired reactance and adjust the tunable elements).<br><br>Changes in these parameters in an Accused Product would trigger its RF control system (the error correction circuit) to determine the new desired reactance (the control signal) and adjust the tunable elements accordingly via the third signal. For example, the Accused Products' error control circuit references a target impedance/reactance, measures the actual state, calculates the error/drift, and generates adjustment signals to the tunable elements. By adjusting the first tunable reactive element based on detected drift, the Accused Products maintain optimal RF performance and meet the various transmit spectral mask, transmit power, spectral flatness, and modulation accuracy requirements of the 802.11 Standard. |
| [2] The device of claim 1, wherein the third signal is applied to the first tunable | The Accused Products comprise a device wherein the third signal is applied to the first tunable reactive element to achieve the desired reactance. |

| | |
|---|---|
| reactive element to achieve the desired reactance. | As described in element [1c], the Accused Products comprise an error correction circuit that generates a third signal to adjust the reactance of the first tunable reactive element. In the Accused Products, this third signal is physically applied to the tunable reactive elements (e.g., tunable capacitors or inductors within the antenna matching network) to tune the RF front-end to the desired reactance state required for specific operating frequencies and bandwidths mandated by the 802.11ax Standard.<br><br>The application of the third signal to the tunable reactive element is necessary for the Accused Products to dynamically adapt to the wide range of operating conditions defined in the Standard, including the frequency bands between 1 GHz and 7.125 GHz (§ 4.3.15a) and varying channel bandwidths (20 MHz to 160 MHz, § 27.1.1). By applying the third signal to the tunable element, the Accused Products alter the impedance matching of the antenna system to satisfy the strict RF performance metrics of the 802.11ax Standard, such as the Transmit Spectral Mask (§ 27.3.19.1) and Transmit Modulation Accuracy (EVM) (§ 27.3.19.4).<br><br>Specifically, when the Accused Products configure the PHY layer based on the PHYCONFIG_VECTOR parameters (e.g., OPERATING_CHANNEL, CHANNEL_WIDTH), the control system applies the third signal to the reactive elements to align the antenna impedance with the new operating parameters.<br><br>**27.2.4 PHYCONFIG_VECTOR parameters**<br><br>The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains an OPERATING_CHANNEL parameter, which identifies the operating or primary channel. The PHY shall set dot11CurrentPrimaryChannel to the value of this parameter.<br><br>The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains a CHANNEL_WIDTH parameter, which identifies the operating channel width and takes one of the values 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz. The PHY shall set dot11CurrentChannelWidth to the value of this parameter. The PHY shall set dot11HECurrentChannelWidthSet to a value that is obtained from the Supported Channel Width Set subfield in the HE Capabilities element transmitted by the STA.<br><br>IEEE 802.11ax-2021 § 27.2.4 (emphasis added). |

| | |
|---|---|
| | The physical application of the third signal ensures that the reflected power is minimized and transmission efficiency is maximized, allowing the Accused Products to meet the absolute and relative transmit power accuracy requirements specified in § 27.3.15.3.<br><br>A STA transmitting using HE-MCS 7 or lower, at or above the minimum power but below $P_{max,MCS7}$, shall meet the EVM requirements for HE-MCS 7 even if the HE-MCS used for the transmission is lower than HE-MCS 7, where $P_{max,MCS7}$ is the maximum transmit power supported by the STA for HE-MCS 7 in an HE TB PPDU.<br><br>A STA that transmits an HE TB PPDU shall support the absolute and relative transmit power requirements and the RSSI measurement accuracy requirements defined in Table 27-47.<br><br>IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added).<br><br>Therefore, in the Accused Products, the third signal generated by the error correction circuit is applied to the first tunable reactive element to achieve the desired reactance necessary for standard-compliant operation. |
| [3] The device of claim 1, wherein the third signal is applied to a second tunable reactive element to achieve the desired reactance. | The Accused Products are the device of claim 1, wherein the third signal is applied to a second tunable reactive element to achieve the desired reactance.<br><br>As detailed in Claim 1, the Accused Products comprise a transmitter chain and RF front-end that acts as a signal source coupled to tunable reactive elements.<br><br>The Accused Products include a second tunable reactive element within this system. To comply with the mandatory Multiple Input Multiple Output (MIMO) and beamforming requirements of the 802.11ax Standard, the Accused Products utilize multiple antennas and transmit chains, each requiring impedance matching and tuning. They also utilize complex matching networks (e.g., Pi or T networks) comprising multiple tunable elements (first and second tunable reactive elements). The 802.11ax Standard defines the use of multiple transmit chains and antennas: |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 21 of 51 PageID #: 435

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

IEEE 802.11ax-2021 § 27.3.5 at Fig. 27-14 (showing "$N_{TX}$ Transmit Chains," indicating multiple RF paths) (emphasis added).

The Standard further mandates beamforming capabilities which rely on these multiple antenna configurations:

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 22 of 51 PageID #: 436

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

> **27.3.16.1 General**
>
> SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

When operating in MIMO or beamforming modes, the impedance of the antenna system changes dynamically due to active load modulation (coupling between antennas). To achieve the "desired reactance" (target impedance match) required to meet the strict Transmit Spectral Mask (§ 27.3.19.1) and Modulation Accuracy/EVM (§ 27.3.19.4) requirements detailed in Claim 1, the Accused Products' error correction circuit generates the third signal to adjust the tunable reactive elements. This third signal is applied to the first tunable reactive element and a second tunable reactive element (either within the same matching network or on a second transmit chain) to compensate for drift and achieve the desired reactance across the RF system.

> **27.3.19.1 Transmit spectral mask**
>
> The bandwidth of the spectral mask applied to an HE SU PPDU, an HE TB PPDU, and an HE MU PPDU with the Bandwidth field of the HE-SIG-A field equal to 0, 1, 2, or 3 shall be determined by the bandwidth indicated in the Bandwidth field of the HE-SIG-A field. The bandwidth of the spectral mask applied to an HE ER SU PPDU is 20 MHz. The bandwidth of the spectral mask applied to an HE MU PPDU with the Bandwidth field of the HE-SIG-A field equal to 4 or 5 is 80 MHz. The bandwidth of the spectral mask applied to an HE MU PPDU with the Bandwidth field of the HE-SIG-A field equal to 6 or 7 is 160 MHz. All HE PPDU formats shall be compliant with the transmit spectral mask described in 27.3.19.

IEEE 802.11ax-2021 § 27.3.19.1 (emphasis added).

The complexity of the 802.11ax waveforms (e.g., 1024-QAM, 160 MHz bandwidths) necessitates precise tuning that often requires adjusting multiple reactive components (e.g., series and shunt capacitors) simultaneously. The error correction circuit drives these adjustments via the third signal.

Table 27-49 in Section 27.3.19.4.3 (cited in Claim 1) mandates strict EVM limits (e.g., -35 dB for 1024-QAM). Meeting these limits across multiple chains and wide bandwidths requires the coordinated tuning of multiple reactive elements (first and second) driven by the error correction circuit's output (third signal).

**Table 27-49—Allowed relative constellation error versus constellation size and coding rate**

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |
| 16-QAM | N/A | 3/4 | −19 | −19 | −27 |
| 64-QAM | N/A | 2/3 | −22 | −22 | −27 |
| 64-QAM | N/A | 3/4 | −25 | −25 | −27 |
| 64-QAM | N/A | 5/6 | −27 | −27 | −27 |
| 256-QAM | N/A | 3/4 | −30 | −30 | −30 |
| 256-QAM | N/A | 5/6 | −32 | −32 | −32 |
| 1024-QAM | N/A | 3/4 | −35/−32 | −35/−32 | −35/−32 |
| 1024-QAM | N/A | 5/6 | −35/−32 | −35/−32 | −35/−32 |

NOTE—The maximum power of HE-MCS 7 can be measured by setting the UL Target RSSI subfield as defined in Table 9-29j in the Trigger frame to 127 for the RU for which the EVM test is conducted.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

| [4] The device of claim 3, wherein the first and second tunable reactive elements have one or more similar operational properties. | The Accused Products are the device of claim 3, wherein the first and second tunable reactive elements have one or more similar operational properties. |
|---|---|
| | As described in Claim 3, the Accused Products utilize multiple transmit chains and antennas to support Multiple Input Multiple Output (MIMO) and beamforming as mandated by the 802.11ax Standard. To support these modes, the Accused Products comprise multiple RF front-ends, each containing tunable reactive elements (the first and second tunable reactive elements) within their matching networks. |
| | In the Accused Products, these first and second tunable reactive elements have similar operational properties (e.g., tuning range, capacitance/inductance values, resolution, or Q-factor). Ideally matched and balanced RF chains are necessary to achieve the spatial multiplexing and beamforming performance required by the 802.11ax Standard, specifically to handle high-order modulation schemes like 1024-QAM across multiple spatial streams. The 802.11ax Standard requires the Modulation Accuracy (EVM) be met across all spatial streams. Section 27.3.19.4.3 mandates that the relative constellation RMS error is calculated by averaging over all spatial streams. To consistently meet the strict EVM limits (e.g., -35 dB) across multiple streams, the tunable elements in each transmit chain must possess similar operational properties to maintain balanced impedance matching and signal quality. |

**27.3.19.4.3 Transmitter constellation error**

The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

The beamforming and MIMO operations described in Section 27.3.16 rely on the precise control of phase and amplitude across multiple antennas. This requires the underlying RF hardware, including the

| | |
|---|---|
| | tunable reactive elements used for impedance matching on each chain, to have similar operational properties to ensure predictable and consistent response to the control signals (the third signal).<br><br>**27.3.16.1 General**<br><br>SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).<br><br>The first and second tunable reactive elements located in the parallel transmit chains of the Accused Products share operational properties to facilitate standard-compliant MIMO and beamforming operation. |
| [6] The device of claim 3, wherein the first and second tunable reactive elements are located in an integrated circuit constructed from a fabrication process that results in the first and second tunable reactive elements having one or more similar operational properties. | The Accused Products are the device of claim 3, wherein the first and second tunable reactive elements are located in an integrated circuit constructed from a fabrication process that results in the first and second tunable reactive elements having one or more similar operational properties.<br><br>As detailed in Claim 3, the Accused Products comprise first and second tunable reactive elements to support the multiple transmit chains required for MIMO and beamforming operations mandated by the 802.11ax Standard.<br><br>To comply with the strict performance requirements of the 802.11ax Standard—specifically the high-order modulation (1024-QAM) and MIMO/Beamforming accuracy—the Accused Products implement the RF transmit chains (signal sources) and their associated tunable reactive elements within an integrated circuit (e.g., an RF transceiver SoC or RFIC). This integrated circuit implementation relies on a fabrication process (e.g., CMOS or SiGe) that ensures the tunable elements across different transmit chains possess similar operational properties (e.g., capacitance range, Q-factor, and linearity). |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 26 of 51 PageID #: 440

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

This matching of properties is required to ensure that the multiple spatial streams meet the uniform Error Vector Magnitude (EVM) and frequency synchronization requirements mandated across all antennas by the Standard.

Specifically, Section 27.3.19.4.3 of the 802.11ax Standard requires that the relative constellation RMS error (EVM) be calculated by "averaging over... spatial streams." To achieve the strict -35 dB EVM requirement for 1024-QAM (Table 27-49) across multiple spatial streams simultaneously, the tunable elements in each chain must maintain similar operational properties to maintain balance and minimize phase/amplitude mismatches.

> The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

Section 27.3.19.3 of the 802.11ax Standard mandates that all transmit antennas (and thus the tunable elements associated with them) must operate with high precision and synchronization, derived from a common source, ensuring similar operational frequency properties.

> Transmit center frequency and the symbol clock frequency for all transmit antennas and frequency segments shall be derived from the same reference oscillator. The symbol clock frequency and transmit center frequency tolerance shall be ± 20 ppm in the 5 GHz and 6 GHz bands and ± 25 ppm in the 2.4 GHz band. HE TB PPDU format is subject to additional requirements as defined in 27.3.15.
>
> Transmit signals with TXVECTOR parameter CH_BANDWIDTH set to CBW160 or CBW80+80 may be generated using two separate RF LOs, one for each of the lower and upper 80 MHz frequency portions.
>
> NOTE—The signal phase of the two 80 MHz frequency portions might not be correlated.

IEEE 802.11ax-2021 § 27.3.19.3 (emphasis added).

The requirement for beamforming (steering signals using multiple antennas) further necessitates that the first and second tunable elements possess similar operational properties to ensure predictable phase and amplitude adjustments across the array. Mismatched properties would degrade the beamforming efficiency and violation of the spectral mask.

> **27.3.16.1 General**
>
> SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added).

To support standard-compliant MIMO and beamforming with the required modulation accuracy and synchronization, the Accused Products comprise first and second tunable reactive elements located in an integrated circuit constructed to result in similar operational properties.

| | |
|---|---|
| [8] The device of claim 3, wherein the second tunable reactive element corresponds to a tunable matching network coupled to an antenna of a communication device. | The Accused Products are the device of claim 3, wherein the second tunable reactive element corresponds to a tunable matching network coupled to an antenna of a communication device.<br><br>As described in Claim 1 and Claim 3, the Accused Products are communication devices (e.g., High Efficiency STAs or APs) compliant with the IEEE 802.11ax Standard. These devices comprise a transmitter chain coupled to an antenna system. The Accused Products include a tunable matching network coupled to an antenna. As detailed in Claim 3, the Accused Products utilize multiple transmit chains and multiple antennas to support mandatory MIMO and beamforming technologies. To ensure efficient signal transmission and reception across the mandated frequency bands (1 GHz to 7.125 GHz) and channel bandwidths (up to 160 MHz), the RF front-end of the Accused Products employs tunable matching networks coupled to the antennas.<br><br>The "second tunable reactive element" identified in Claim 3 corresponds to this tunable matching network. Specifically, the tunable reactive elements (e.g., capacitors/inductors) are physically arranged within the matching network circuit (e.g., a Pi-network or T-network) placed between the power amplifier and the antenna connector to perform impedance transformation. This coupling maximizes power transfer and minimizes voltage standing wave ratio (VSWR) at the antenna port.<br><br>The 802.11ax Standard explicitly references the coupling to antennas and the existence of multiple antennas for beamforming and MIMO operations:<br><br>**27.3.16.1 General**<br><br>SU-MIMO and DL MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming, all space-time streams in the transmitted signal are intended for reception at a single STA in an RU. With DL MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs in an RU of size greater than or equal to 106 tones.<br><br>IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added). |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 29 of 51 PageID #:
443

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

The Standard further identifies the physical connection point where this matching occurs as the "antenna connector," showing the coupling between the RF chain (containing the matching network) and the antenna:

The STA computes $PL_{DL}$ using Equation (27-125).

$$PL_{DL} = Tx_{pwr}^{AP} - Rx_{pwr} \tag{27-125}$$

where

$Tx_{pwr}^{AP}$    is the AP's transmit power, in units of dBm/20 MHz, as indicated by the AP Tx Power subfield of the Common Info field in the Trigger frame, the encoding of which is specified in 9.3.1.22, or the AP Tx Power subfield of the TRS Control field, the encoding of which is specified in 9.2.4.6a.1.

$Rx_{pwr}$    is the receive signal power, in units of dBm/20 MHz, at the antenna connector of the STA of the triggering PPDU. $Rx_{pwr}$ is an average of the receive signal power over the antennas on which the average $PL_{DL}$ is being computed. If the triggering PPDU is a HT-mixed, VHT or HE PPDU, then the receive signal power is measured from the fields prior to the HT-STF, VHT-STF, or HE-STF, respectively.

IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added).

Additionally, the transmitter block diagrams in the Standard illustrate the path from the transmit chains to the analog/RF front-end, which connects to the antennas:



**Figure 27-14—Transmitter block diagram for L-SIG, RL-SIG, and HE-SIG-A fields for an HE SU PPDU and HE ER SU PPDU if Beam Change subfield is 0**

IEEE 802.11ax-2021 § 27.3.5 at Fig. 27-14 (showing the fan-out to multiple analog/RF paths, which couple to the antennas).

The Accused Products, functioning as "communication devices" (STAs), operate in frequency bands that require tunable matching to maintain performance. By adjusting the second tunable reactive element within the matching network coupled to the antenna, the Accused Products achieve the "desired reactance" referenced in Claim 3.

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 31 of 51 PageID #: 445

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

| | |
|---|---|
| | This introduction is not part of IEEE Std 802.11ax-2021, IEEE Standard for Information Technology—Telecommunications and Information Exchange Between Systems—Local and Metropolitan Area Networks—Specific Requirements—Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications—Amendment 1: Enhancements for High-Efficiency WLAN.<br><br>This amendment defines modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1 GHz and 7.125 GHz.<br><br>IEEE 802.11ax-2021, Introduction (emphasis added). |
| [9] The device of claim 1, wherein each of the first and second tunable reactive elements comprise a voltage variable capacitor (VVC). | The Accused Products comprise the device of claim 1, wherein each of the first and second tunable reactive elements comprise a voltage variable capacitor (VVC).<br><br>As described in Claim 1, the Accused Products comprise tunable reactive elements in the RF front-end/antenna system to generate the first signal and maintain compliance with the 802.11ax Standard. To achieve the necessary impedance matching and frequency tuning across the broad operating spectrum required by the 802.11ax Standard, the Accused Products utilize an impedance matching network (e.g., a Pi-match or T-match network) containing multiple tunable reactive elements (a first and a second tunable reactive element). These elements are voltage variable capacitors (VVCs), such as varactors or digitally tunable capacitors (DTCs) controlled by voltage/digital signals.<br><br>The 802.11ax Standard requires the Accused Products to operate across disjoint and wide frequency bands, including the 2.4 GHz, 5 GHz, and newly added 6 GHz bands. Fixed reactive elements cannot provide optimal impedance matching across this entire range. The Standard states: |

> The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.
>
> In the 5 GHz and 6 GHz bands, the following apply:
> — An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths
> — An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band
> — Support for 20 MHz operating channel width is mandatory in an HE STA
> — Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA
> — Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA

IEEE 802.11ax-2021 § 4.3.15a (emphasis added).

To comply with this requirement, the Accused Products utilize first and second tunable reactive elements comprising VVCs to dynamically retune the antenna resonant frequency and impedance match as the device switches between operating classes and channels defined in the Standard (e.g., switching from a 2.4 GHz channel to a 6 GHz channel).

As detailed in Claim 1, the Accused Products must meet strict Error Vector Magnitude (EVM) requirements, particularly for high-order modulation schemes like 1024-QAM. The Standard mandates extremely low relative constellation error (e.g., -35 dB for 1024-QAM) to ensure data integrity.

> For 1024-QAM, the relative constellation error shall meet either one of the following requirements:
> — The relative constellation error shall be less than or equal to −35 dB if amplitude drift compensation is disabled in the test equipment.
> — The relative constellation error shall be less than or equal to −35 dB with amplitude drift compensation enabled in the test equipment, and the relative constellation error shall be less than or equal to −32 dB with amplitude drift compensation disabled in the test equipment.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

To maintain this level of linearity and accuracy, the Power Amplifier (PA) in the Accused Products must see a precise load impedance. The Accused Products utilize first and second tunable reactive elements comprising VVCs to fine-tune the load impedance presented to the PA. By adjusting the voltage applied to these VVCs (the "third signal" from Claim 1), the capacitance changes, correcting impedance mismatches that would otherwise degrade EVM and cause non-compliance with Table 27-49.

The Accused Products must transmit on specific channel center frequencies defined by the 802.11ax Standard. The reactance of the antenna system must be tuned to match these specific frequencies to pass the Transmit Spectral Mask requirements.

> **27.3.23.2 Channel allocation in the 6 GHz band**
>
> Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given in Equation (27-135).
>
> $$\text{Channel center frequency} = \text{Channel starting frequency} + 5 \times n_{ch} \text{ (MHz)} \qquad (27\text{-}135)$$
>
> where
>
> $n_{ch} = 1, \ldots, 233$
>
> Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz

IEEE 802.11ax-2021 § 27.3.23.2 (emphasis added).

The Accused Products utilize first and second VVCs within their matching networks to continuously adjust the reactive properties of the RF front-end, ensuring that the generated RF signal remains compliant with the spectral mask (§ 27.3.19.1) and power requirements (§ 11.7.5) at the specific center frequency $n_{ch}$ currently in use.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

| [10] The device of claim 9, wherein the VVC comprises a tunable dielectric material. | The Accused Products comprise the device of claim 9, wherein the VVC comprises a tunable dielectric material. |
|---|---|
| | As described in Claim 9, the Accused Products utilize Voltage Variable Capacitors (VVCs) within their impedance matching networks to maintain compliance with the 802.11ax Standard across the mandatory 1 GHz to 7.125 GHz frequency range. To achieve the capacitance variation required for this tuning, the VVCs in the Accused Products comprise a tunable dielectric material (e.g., a ferroelectric material such as Barium Strontium Titanate (BST) or a semiconductor depletion region acting as a tunable dielectric). |
| | The 802.11ax Standard mandates operation in the 6 GHz band. To tune across this wide bandwidth while maintaining the required impedance match, the VVCs utilize a material where the dielectric constant (and thus capacitance) changes in response to the applied control voltage (the third signal). |
| | **4.3.15a High-efficiency (HE) STA**<br><br>The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 7.125 GHz.<br><br>In the 5 GHz and 6 GHz bands, the following apply:<br>— An HE STA is also a VHT STA if operating in the 5 GHz band, except that a 20 MHz-only HE STA does not support 40 MHz and 80 MHz channel widths<br>— An HE STA is also a STA that supports the OFDM PHY defined in Clause 17 if operating in the 6 GHz band<br>— Support for 20 MHz operating channel width is mandatory in an HE STA<br>— Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA<br>— Support for 160 MHz and 80+80 MHz operating channel width is optional in an HE STA |
| | IEEE 802.11ax-2021 § 4.3.15a (emphasis added). |
| | The Accused Products meet the strict Error Vector Magnitude (EVM) requirements for 1024-QAM modulation as cited in Claim 1 and Claim 9. Standard fixed dielectrics or low-quality tuning elements introduce insertion loss and distortion that would cause the device to fail the -35 dB EVM requirement defined in Table 27-49. |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 35 of 51 PageID #: 449

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

**Table 27-49—Allowed relative constellation error versus constellation size and coding rate**

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |
| 16-QAM | N/A | 3/4 | −19 | −19 | −27 |
| 64-QAM | N/A | 2/3 | −22 | −22 | −27 |
| 64-QAM | N/A | 3/4 | −25 | −25 | −27 |
| 64-QAM | N/A | 5/6 | −27 | −27 | −27 |
| 256-QAM | N/A | 3/4 | −30 | −30 | −30 |
| 256-QAM | N/A | 5/6 | −32 | −32 | −32 |
| 1024-QAM | N/A | 3/4 | −35/−32 | −35/−32 | −35/−32 |
| 1024-QAM | N/A | 5/6 | −35/−32 | −35/−32 | −35/−32 |

NOTE—The maximum power of HE-MCS 7 can be measured by setting the UL Target RSSI subfield as defined in Table 9-29j in the Trigger frame to 127 for the RU for which the EVM test is conducted.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

To comply with the Standard, the VVCs in the Accused Products utilize high-resistivity semiconductor junctions or paraelectric materials to provide high linearity and low loss (High-Q factor).

| | |
|---|---|
| | For 1024-QAM, the relative constellation error shall meet either one of the following requirements:<br>— The relative constellation error shall be less than or equal to −35 dB if amplitude drift compensation is disabled in the test equipment.<br>— The relative constellation error shall be less than or equal to −35 dB with amplitude drift compensation enabled in the test equipment, and the relative constellation error shall be less than or equal to −32 dB with amplitude drift compensation disabled in the test equipment.<br><br>IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).<br><br>The use of a tunable dielectric material within the VVC allows the Accused Products to vary the reactance of the matching network dynamically to satisfy the Transmit spectral mask (§ 27.3.19.1) and Modulation accuracy (§ 27.3.19.4) requirements across the full 1 GHz to 7.125 GHz operating range mandated by the Standard. |
| [12] The device of claim 1, wherein the reactance detection circuit comprises an amplitude detector. | The Accused Products include the device of claim 1, wherein the reactance detection circuit comprises an amplitude detector.<br><br>As described in limitation [1b], the Accused Products comprise a reactance detection circuit (e.g., sensing components within the PHY/RF front-end) that monitors RF transmission characteristics. This reactance detection circuit comprises an amplitude detector to measure signal magnitude, power, and modulation accuracy.<br><br>The Accused Products, in compliance with the 802.11ax Standard, are required to perform measurements that rely on amplitude detection, including Error Vector Magnitude (EVM) calculations, Spectral Flatness evaluation, and Receive Signal Strength Indicator (RSSI) measurements. Specifically, Section 27.3.19.4.4 of the Standard ("Transmitter modulation accuracy (EVM) test") mandates that the instrumentation (and the self-calibrating device logic) evaluate the "magnitude" (i.e., amplitude) of channel estimations and ensure accuracy regarding "amplitude and phase balance." |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 37 of 51 PageID #: 451

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

The instrument shall have sufficient accuracy in terms of I/Q branch amplitude and phase balance, DC offsets, phase noise, and analog-to-digital quantization noise. A possible embodiment of such a setup is converting the signals to a low IF frequency with a microwave synthesizer, sampling the signal with a digital oscilloscope, and decomposing it digitally into quadrature components. The sampled signal shall be processed in a manner similar to an actual receiver using the following or equivalent procedure:

a) Start of PPDU shall be detected.

b) Transition from L-STF to L-LTF shall be detected, and fine timing shall be established.

c) Coarse and fine frequency offsets shall be estimated.

d) Symbols in a PPDU shall be derotated according to estimated frequency offset. Sampling offset drift shall be also compensated.

e) For each HE-LTF symbol, transform the symbol into subcarrier received values, estimate the phase from the pilot subcarriers, and derotate the subcarrier values according to the estimated phase.

IEEE 802.11ax-2021 § 27.3.19.4.4 (emphasis added).

For 1024-QAM, the relative constellation error shall meet either one of the following requirements:

— The relative constellation error shall be less than or equal to −35 dB if amplitude drift compensation is disabled in the test equipment.

— The relative constellation error shall be less than or equal to −35 dB with amplitude drift compensation enabled in the test equipment, and the relative constellation error shall be less than or equal to −32 dB with amplitude drift compensation disabled in the test equipment.

For all other constellations, the relative constellation error shall be less than or equal to the values in Table 27-49 regardless of whether amplitude drift compensation is enabled in the test equipment.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

To perform these mandatory checks and compensations, the Accused Products must detect the amplitude of the first signal. Furthermore, determining the "magnitude" of the channel estimation as required by Section 27.3.19.4.4 necessitates an amplitude detector.

> The spectral flatness test shall be performed over at least 20 HE PPDUs. The PPDUs under test shall be at least 16 data OFDM symbols long.
>
> Evaluate spectral flatness using the subcarrier received values or the magnitude of the channel estimation of the occupied subcarriers of the transmission HE PPDUs. Nonoccupied subcarriers of the transmitted HE PPDUs shall be ignored during averaging and testing. Resource unit power boosting and beamforming should not be used when measuring spectral flatness.

IEEE 802.11ax-2021 § 27.3.19.2 (emphasis added).

> The instrument shall have sufficient accuracy in terms of I/Q branch amplitude and phase balance, DC offsets, phase noise, and analog-to-digital quantization noise. A possible embodiment of such a setup is converting the signals to a low IF frequency with a microwave synthesizer, sampling the signal with a digital oscilloscope, and decomposing it digitally into quadrature components. The sampled signal shall be processed in a manner similar to an actual receiver using the following or equivalent procedure:

IEEE 802.11ax-2021 § 27.3.19.4.4 (emphasis added).

Additionally, the reactance detection circuit in the Accused Products performs power pre-correction and RSSI measurement (see [1b]). RSSI is a measurement of the power present in a received radio signal, which is a function of the signal's amplitude. The 802.11ax Standard requires specific accuracy for these measurements, which compels the use of a precise amplitude detector within the reactance detection circuit.

A STA that transmits an HE TB PPDU shall support the absolute and relative transmit power requirements and the RSSI measurement accuracy requirements defined in Table 27-47.

The absolute transmit power accuracy is applicable for the entire range of transmit power that the STA is intending to use for the current band of operation. The RSSI accuracy requirements shall be applied to receive signal level range from –82 dBm to –20 dBm in the 2.4 GHz band and from –82 dBm to –30 dBm in the 5 GHz and 6 GHz bands. The requirements are for nominal (room) temperature conditions. The RSSI shall be measured during the reception of the non-HE portion of the HE PPDU preamble.

**Table 27-47—Transmit power and RSSI measurement accuracy**

| Parameter | Minimum requirement | | Comments |
|---|---|---|---|
| | Class A | Class B | |
| Absolute transmit power accuracy | ± 3 dB | ± 9 dB | Accuracy of achieving a specified transmit power. |
| RSSI measurement accuracy | ± 3 dB | ± 5 dB | The difference between the RSSI and the received power. Requirements are valid from minimum receive to maximum receive input power. |
| Relative transmit power accuracy | N/A | ± 3 dB | Accuracy of achieving a change in transmit power for consecutive HE TB PPDU. The relative transmit power accuracy is applicable only to Class B devices. |

IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added).

To maintain the "Accuracy of achieving a specified transmit power" and to detect deviations (drifts) caused by reactance mismatch in the tunable element, the Accused Products utilize amplitude detectors to sense the forward and reflected power (or voltage/current magnitude) of the RF signal.

| | |
|---|---|
| [13] The device of claim 12, wherein the signal source comprises a fixed frequency oscillator to produce the first signal at a fixed frequency, wherein an amplitude of the first signal is modulated at least in part by a change in reactance of the first tunable reactive element, and wherein the modulated amplitude is detected by the amplitude detector to generate the second signal. | The Accused Products include the device of claim 12, wherein the signal source comprises a fixed frequency oscillator to produce the first signal at a fixed frequency, wherein an amplitude of the first signal is modulated at least in part by a change in reactance of the first tunable reactive element, and wherein the modulated amplitude is detected by the amplitude detector to generate the second signal.<br><br>As described in claim 1, the Accused Products comprise a "signal source" (the transmitter chain) that generates the first signal (the RF signal). Specifically, the Accused Products utilize a reference oscillator and frequency synthesizers (Local Oscillators) to generate the carrier frequency ($f_c$) for the RF transmission. While the Accused Products are capable of changing channels, during the generation of a specific frame or packet (the "first signal"), the oscillator operates at a fixed center frequency derived from a reference oscillator.<br><br>The 802.11ax Standard mandates that the transmit center frequency be derived from a reference oscillator and maintained within specific tolerance limits, ensuring the signal is produced at a fixed frequency during transmission.<br><br>Transmit center frequency and the symbol clock frequency for all transmit antennas and frequency segments shall be derived from the same reference oscillator. The symbol clock frequency and transmit center frequency tolerance shall be ± 20 ppm in the 5 GHz and 6 GHz bands and ± 25 ppm in the 2.4 GHz band. HE TB PPDU format is subject to additional requirements as defined in 27.3.15.<br><br>Transmit signals with TXVECTOR parameter CH_BANDWIDTH set to CBW160 or CBW80+80 may be generated using two separate RF LOs, one for each of the lower and upper 80 MHz frequency portions.<br><br>IEEE 802.11ax-2021 § 27.3.19.3 (emphasis added).<br><br>The mathematical description of the transmitted signal in the 802.11ax Standard confirms the signal is generated at a specific center frequency ($f_c$): |

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 41 of 51 PageID #: 455

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

The transmitted signal is described in complex baseband signal notation. The actual transmitted signal on transmit chain $i_{TX}$ and frequency segment $i_{Seg}$ is related to the complex baseband signal by the relation shown in Equation (27-1).

$$r_{RF}^{(i_{Seg}, i_{TX})}(t) = \mathrm{Re}\left\{\frac{1}{\sqrt{N_{Seg}}} r_{PPDU}^{(i_{Seg}, i_{TX})}(t) \exp\left(j2\pi f_c^{(i_{Seg})} t\right)\right\}, \quad i_{Seg} = 0, \ldots, N_{Seg} - 1; \ i_{TX} = 1, \ldots, N_{TX} \quad (27\text{-}1)$$

where

$N_{Seg}$ represents the number of frequency segments in the transmit signal as defined in Table 27-13

$r_{PPDU}^{(i_{Seg}, i_{TX})}$ represents the complex baseband signal of frequency segment $i_{Seg}$ and transmit chain $i_{TX}$

$f_c^{(i_{Seg})}$ represents the center frequency of the portion of the PPDU transmitted in frequency segment $i_{Seg}$. Table 21-7 shows $f_c^{(i_{Seg})}$ as a function of the channel starting frequency, dot11CurrentChannelWidth (see Table 21-22) and CH_BANDWIDTH where $f_{CH, start}$, $f_{P20, idx}$, $f_{P40, idx}$, and $f_{P80, idx}$ are given in Equation (21-4), Equation (21-5), Equation (21-7), and Equation (21-9), respectively.

IEEE 802.11ax-2021 § 27.3.10 (emphasis added).

The Accused Products operate such that an amplitude of the first signal is modulated at least in part by a change in reactance of the first tunable reactive element. In the Accused Products, the "first tunable reactive element" (the tunable matching network) adjusts the impedance presented to the signal source (the PA output). A change in the reactance of this element alters the impedance match between the signal source and the antenna load. This change in impedance match directly affects the voltage standing wave ratio (VSWR) and power transfer efficiency, thereby causing a variation (modulation) in the amplitude (voltage or power) of the first signal as measured at the output or detection point.

The 802.11ax Standard acknowledges that signal properties, including amplitude (power) and modulation accuracy (constellation error), are sensitive to the RF front-end performance. Mismatched reactance leads to amplitude errors (EVM degradation) and transmit power loss. Therefore, as the tunable element changes reactance, the amplitude of the transmitted signal is modulated.

The 802.11ax Standard imposes strict requirements on "Transmit constellation error" (EVM), which includes amplitude error components. The system must maintain these levels within specific limits, implying that deviations (caused by reactance mismatch) effectively modulate the signal amplitude away from the ideal.

> **27.3.19.4.3 Transmitter constellation error**
>
> The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

Furthermore, the Accused Products must maintain transmit power accuracy.  Changes in reactance affect the delivered power (amplitude), effectively modulating it.

> A STA that transmits an HE TB PPDU shall support the absolute and relative transmit power requirements and the RSSI measurement accuracy requirements defined in Table 27-47.
>
> The absolute transmit power accuracy is applicable for the entire range of transmit power that the STA is intending to use for the current band of operation. The RSSI accuracy requirements shall be applied to receive signal level range from –82 dBm to –20 dBm in the 2.4 GHz band and from –82 dBm to –30 dBm in the 5 GHz and 6 GHz bands. The requirements are for nominal (room) temperature conditions. The RSSI shall be measured during the reception of the non-HE portion of the HE PPDU preamble.

IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added).

| | |
|---|---|
| | The Accused Products are configured such that the modulated amplitude is detected by the amplitude detector to generate the second signal.  As established in claim 12, the Accused Products comprise an "amplitude detector" within the reactance detection circuit. This detector measures the amplitude, power, or EVM of the first signal. Because the amplitude of the first signal is modulated by the state of the tunable reactive element (as described in [13b]), the amplitude detector detects this "modulated amplitude." |
| | The measurement produced by the detector (e.g., the measured power level, RSSI, or EVM value) constitutes the "second signal" that represents the reactance/impedance state. This signal is fed to the error correction circuit to adjust the tunable element.  The 802.11ax Standard describes measuring the received signal level and transmit power, which requires detecting the amplitude of the signal: |
| | The absolute transmit power accuracy is applicable for the entire range of transmit power that the STA is intending to use for the current band of operation. The RSSI accuracy requirements shall be applied to receive signal level range from –82 dBm to –20 dBm in the 2.4 GHz band and from –82 dBm to –30 dBm in the 5 GHz and 6 GHz bands. The requirements are for nominal (room) temperature conditions. The RSSI shall be measured during the reception of the non-HE portion of the HE PPDU preamble. |
| | IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added). |
| | Additionally, to ensure compliance with EVM specifications, the device detects amplitude errors (the modulated amplitude variations): |
| | For 1024-QAM, the relative constellation error shall meet either one of the following requirements:<br>— The relative constellation error shall be less than or equal to –35 dB if amplitude drift compensation is disabled in the test equipment.<br>— The relative constellation error shall be less than or equal to –35 dB with amplitude drift compensation enabled in the test equipment, and the relative constellation error shall be less than or equal to –32 dB with amplitude drift compensation disabled in the test equipment. |
| | IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

| | By detecting the amplitude (or amplitude drift/error), the Accused Products generate the second signal necessary to characterize the performance of the tunable reactive element. |
|---|---|
| [14] The device of claim 1, wherein the reactance detection circuit comprises a frequency modulation discriminator. | The Accused Products comprise the device of claim 1, wherein the reactance detection circuit comprises a frequency modulation discriminator.<br><br>As described in element [1b], the Accused Products comprise a reactance detection circuit (e.g., the PHY layer sensing and measurement components) that detects properties of the first signal. The Accused Products, in compliance with the 802.11ax Standard, include a frequency modulation discriminator (or its digital equivalent, such as Carrier Frequency Offset (CFO) estimation circuitry) within this reactance detection circuit to detect frequency deviations and phase errors caused by reactance drift and impedance mismatches.<br><br>Specifically, to maintain the modulation accuracy (EVM) and spectral mask requirements described in Claim 1, the Accused Products must detect and compensate for frequency errors. The 802.11ax Standard explicitly requires the measurement and correction of frequency offsets. The circuitry performing this function acts as a frequency modulation discriminator by detecting deviations in the signal's frequency modulation relative to the ideal carrier frequency.<br><br>Section 27.3.19.4.4 of the 802.11ax Standard, which defines the procedure for determining modulation accuracy (EVM), mandates that the device include instrumentation/circuitry to estimate coarse and fine frequency offsets: |

The instrument shall have sufficient accuracy in terms of I/Q branch amplitude and phase balance, DC offsets, phase noise, and analog-to-digital quantization noise. A possible embodiment of such a setup is converting the signals to a low IF frequency with a microwave synthesizer, sampling the signal with a digital oscilloscope, and decomposing it digitally into quadrature components. The sampled signal shall be processed in a manner similar to an actual receiver using the following or equivalent procedure:

a) Start of PPDU shall be detected.

b) Transition from L-STF to L-LTF shall be detected, and fine timing shall be established.

c) Coarse and fine frequency offsets shall be estimated.

d) Symbols in a PPDU shall be derotated according to estimated frequency offset. Sampling offset drift shall be also compensated.

e) For each HE-LTF symbol, transform the symbol into subcarrier received values, estimate the phase from the pilot subcarriers, and derotate the subcarrier values according to the estimated phase.

IEEE 802.11ax-2021 § 27.3.19.4.4 (emphasis added).

Impedance mismatches (reactance drift) in the RF front-end can cause "frequency pulling" of the oscillator or phase distortions in the transmitted signal. The reactance detection circuit in the Accused Products uses these frequency offset estimations to detect the quality of the signal path. The Accused Products must maintain strict frequency tolerance (±20 ppm for 5/6 GHz bands), as required by § 27.3.19.3, necessitating a circuit that discriminates frequency deviations.

**27.3.19.3 Transmit center frequency and symbol clock frequency tolerance**

Transmit center frequency and the symbol clock frequency for all transmit antennas and frequency segments shall be derived from the same reference oscillator. The symbol clock frequency and transmit center frequency tolerance shall be ± 20 ppm in the 5 GHz and 6 GHz bands and ± 25 ppm in the 2.4 GHz band. HE TB PPDU format is subject to additional requirements as defined in 27.3.15.

IEEE 802.11ax-2021 § 27.3.19.3 (emphasis added).

| | |
|---|---|
| | Furthermore, for HE TB PPDUs (uplink transmissions), the Accused Products must compensate for Carrier Frequency Offset (CFO). The reactance detection circuit measures the residual CFO error to ensure it does not exceed specific thresholds: <br><br> A STA compensates for carrier frequency offset (CFO) error and symbol clock error with respect to the corresponding triggering PPDU when transmitting the following types of PPDUs: <br> — HE TB PPDU <br> — Non-HT or non-HT duplicate PPDU with the TXVECTOR parameter TRIGGER_RESPONDING set to true <br><br> NOTE 1—The MU-RTS Trigger frame solicits transmission of a non-HT or non-HT duplicate PPDU and not an HE TB PPDU. The non-HT or non-HT duplicate PPDU transmitted as a response to an MU-RTS Trigger frame carries a CTS frame. <br><br> After compensation, the absolute value of residual CFO error with respect to the corresponding triggering PPDU shall not exceed the following levels when measured at the 10% point of the complementary cumulative distribution function (CCDF) of CFO errors in AWGN at a received power of –60 dBm in the primary 20 MHz: <br> — 350 Hz for the data subcarriers of an HE TB PPDU <br> — 2 kHz for a non-HT PPDU or non-HT duplicate PPDU <br><br> IEEE 802.11ax-2021 § 27.3.15.3 (emphasis added). <br><br> By estimating and compensating for these frequency offsets, the Accused Products utilize a frequency modulation discriminator within the reactance detection circuit to monitor and maintain signal integrity against drifts caused by tunable reactive element variations. |
| [16] The device of claim 1, wherein the error correction circuit comprises an integrator to generate the third signal to adjust the reactance of the first tunable reactive element. | The Accused Products comprise the device of claim 1, wherein the error correction circuit comprises an integrator to generate the third signal to adjust the reactance of the first tunable reactive element. <br><br> As established in Claim 1, the Accused Products contain an error correction circuit that compares a control signal (desired state) to a second signal (detected state) to identify drift and adjust the tunable reactive element. To comply with the strict performance metrics of the 802.11ax Standard, this error correction circuit utilizes an integrator (or integration functionality implemented via |

summation/averaging logic) to process error measurements over time/symbols before generating the adjustment signal (the third signal).

The Accused Products, in compliance with the 802.11ax Standard, determine modulation accuracy (EVM) and power levels not based on instantaneous, single-point measurements, but rather through integration (summation and averaging) over multiple subcarriers, spatial streams, and OFDM symbols. This integration is necessary to filter out transient noise and generate a stable control signal for the tunable elements.  For example, Section 27.3.19.4.3 of the 802.11ax Standard mandates that the relative constellation RMS error is calculated by averaging (integrating) over multiple dimensions:

**27.3.19.4.3 Transmitter constellation error**

The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

The 802.11ax Standard explicitly defines the mathematical integration required to determine this error in Equation 27-127. The sigma ($\Sigma$) operators indicate the summation (discrete integration) of error vectors over frames ($N_f$), spatial streams ($N_{SS}$), subcarriers ($N_{SD}$), and symbols ($N_{SYM}$). The error correction circuit in the Accused Products implements this logic to derive the error signal used to tune the reactive elements.

Case 5:26-cv-00101-RWS    Document 1-13    Filed 07/30/26    Page 48 of 51 PageID #: 462

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,260,213

i) Compute the average across PPDUs of the RMS of all errors per PPDU as given by Equation (27-127).

$$Error_{RMS} = \frac{1}{N_f}\sum_{i_f=1}^{N_f}\sqrt{\frac{\sum_{i_s=1}^{N_{SYM}}\sum_{i_{ss}=1}^{N_{SS}}\sum_{i_{sc}=1}^{N_{SD}}(I_e(i_f,i_s,i_{ss},i_{sc})-I_0(i_f,i_s,i_{ss},i_{sc}))^2+(Q_e(i_f,i_s,i_{ss},i_{sc})-Q_0(i_f,i_s,i_{ss},i_{sc}))^2}{N_{SYM}N_{SS}N_{SD}P_0}} \tag{27-127}$$

IEEE 802.11ax-2021 § 27.3.19.4.4 (emphasis added).

Regarding power pre-correction (a function of the control loop discussed in Claim 1), the Accused Products integrate measurements to determine the Rxpwr value used to adjust transmit parameters. Section 27.3.15.2 states that Rxpwr is an "average" of the receive signal power.

$Tx_{pwr}^{AP}$   is the AP's transmit power, in units of dBm/20 MHz, as indicated by the AP Tx Power subfield of the Common Info field in the Trigger frame, the encoding of which is specified in 9.3.1.22, or the AP Tx Power subfield of the TRS Control field, the encoding of which is specified in 9.2.4.6a.1.

$Rx_{pwr}$   is the receive signal power, in units of dBm/20 MHz, at the antenna connector of the STA of the triggering PPDU. $Rx_{pwr}$ is an average of the receive signal power over the antennas on which the average $PL_{DL}$ is being computed. If the triggering PPDU is a HT-mixed, VHT or HE PPDU, then the receive signal power is measured from the fields prior to the HT-STF, VHT-STF, or HE-STF, respectively.

IEEE 802.11ax-2021 § 27.3.15.2 (emphasis added).

To perform this averaging and summation required by the 802.11ax Standard, the error correction circuit of the Accused Products comprises an integrator (e.g., digital accumulators in the baseband processor/RF control loop). This integrator processes the detected feedback (the second signal) to generate the stable adjustment command (the third signal) that retunes the reactive element to minimize

| | the integrated error (drift) and achieve the desired reactance, thereby satisfying the EVM and power accuracy specifications of the 802.11ax Standard. |
|---|---|
| [17] The device of claim 1, wherein the control signal is produced by a control circuit that establishes the desired reactance of the first tunable reactive element. | The Accused Products comprise the device of claim 1, wherein the control signal is produced by a control circuit that establishes the desired reactance of the first tunable reactive element.<br><br>As described in claim 1, the Accused Products operate across a wide range of frequency bands (1 GHz to 7.125 GHz) and channel bandwidths (20 MHz to 160 MHz). The Accused Products include a control circuit (e.g., the MAC sublayer, Physical Layer Management Entity (PLME), or baseband processor) that determines the operating parameters of the device, such as the operating channel, bandwidth, and transmit power.<br><br>This control circuit produces the control signal (the target setting or command) based on the current operating mode required by the 802.11ax Standard. When the control circuit configures the PHY for a specific channel or bandwidth, it establishes the "desired reactance" necessary for the tunable reactive element to match the antenna impedance for that specific frequency and power level.  The 802.11ax Standard defines the interface where this control circuit configures the PHY, thereby establishing the RF front-end requirements (and consequent desired reactance): |

**27.2.4 PHYCONFIG_VECTOR parameters**

The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains an OPERATING_CHANNEL parameter, which identifies the operating or primary channel. The PHY shall set dot11CurrentPrimaryChannel to the value of this parameter.

The PHYCONFIG_VECTOR carried in a PHY-CONFIG.request primitive for an HE PHY contains a CHANNEL_WIDTH parameter, which identifies the operating channel width and takes one of the values 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz. The PHY shall set dot11CurrentChannelWidth to the value of this parameter. The PHY shall set dot11HECurrentChannelWidthSet to a value that is obtained from the Supported Channel Width Set subfield in the HE Capabilities element transmitted by the STA.

IEEE 802.11ax-2021 § 27.2.4 (emphasis added) (The entity generating the PHY-CONFIG.request acts as the control circuit. By setting the channel and width, this circuit dictates the physical state the RF front-end must achieve, i.e., the desired reactance for that specific frequency configuration).

Furthermore, the Accused Products' control circuit dynamically manages these parameters through mechanisms like Operating Mode Indication (OMI), which allows the device to switch bandwidths or spatial streams on the fly. This necessitates a control circuit that updates the desired reactance to maintain compliance with the spectral masks and EVM requirements cited in claim 1:

An OMI initiator that sends a frame that includes an OM Control subfield should change its OMI parameters, Rx NSS and Channel Width as follows:

— When the OMI initiator changes a ROM parameter from higher to lower, it should make the change for that parameter only after the TXOP in which it received the immediate acknowledgment from the OMI responder.

— When the OMI initiator changes a ROM parameter from lower to higher, it should make the change for that parameter only after the TXOP in which it expects to receive acknowledgment from the OMI responder.

IEEE 802.11ax-2021 § 26.9.2 (emphasis added).

| | |
|---|---|
| | Additionally, the control circuit manages Transmit Power Control (TPC). As transmit power changes, the impedance of power amplifiers may shift, requiring the control circuit to update the desired reactance to maintain power efficiency and linearity: |

> NOTE 2—The determination of a maximum transmit power from Transmit Power Envelope element(s) is specified in 10.22.4.
>
> The Local Power Constraint field of any transmitted Power Constraint element and each ~~Local~~ Maximum Transmit Power For $X$ MHz subfield (where $X = 20, 40, 80,$ or $160/80+80$) in the Transmit Power Envelope element shall each be set to its respective value that allows the mitigation requirements to be satisfied in the current channel.

IEEE 802.11ax-2021 § 11.7.5 (emphasis added).

Accordingly, the Accused Products contain a control circuit (implementing the MAC/PLME functions) that produces control signals to configure the RF front-end (the tunable reactive element) to the desired reactance required for the selected channel, bandwidth, and power level.

Page 50 of 50