# Exhibit 15

## U.S. PATENT NO. 8,270,343
### BROADCASTING OF TEXTUAL AND MULTIMEDIA INFORMATION

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 8,270,343 (the "'343 patent") identified below are infringed.

Accused Products: The Accused Products are all devices that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'343 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A wireless communication system comprises: | Defendant makes, sells, offers to sell, imports, and/or uses a wireless communication system comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [1a]-[1f]. To the extent the preamble is limiting, the '343 Accused Products are devices that comprise a wireless communication system [1a]-[1f]. <br><br> Additionally, and/or in the alternative, Defendant indirectly infringes the claim – for example. by actively inducing and/or contributing to third-party infringement (*e.g.*, infringement by Defendant Product end-users and/or third-party integrators). *See, e.g.*, [1a]-[19].  Moreover, Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for |

---

[1] This analysis is preliminary and subject to amendment.  Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding features of the Accused Products.  The charts provide exemplary evidence of Velocity's current infringement theory based on available information and are not intended as an expert report.  Velocity has prepared these contentions before obtaining discovery in this action.  Velocity expects the Defendant(s), and third parties will produce additional information regarding the Accused Products beyond what is publicly available.  Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,270,343

| | |
|---|---|
| | practicing the '343 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '343 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each element of the apparatus described in the claim is in the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] a broadcast transmitter operable to broadcast a text file comprising textual information, and multimedia information to a remote receiver unit; and | The Accused Products comprise a broadcast transmitter operable to broadcast a text file comprising textual information and multimedia information to a remote receiver unit. Specifically, the Accused Products are high-efficiency stations (HE STAs) that incorporate a physical layer (PHY) that functions as a broadcast transmitter. The IEEE 802.11ax Standard defines the PHY and medium access control (MAC) sublayer modifications for wirelessly transmitting all forms of data, including text files. A text file is treated as data that is processed by the MAC layer and transmitted by the PHY layer to a remote receiver.<br><br>This amendment defines modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1 GHz and 7.125 GHz.<br><br>IEEE 802.11ax-2021, Introduction (emphasis added) (describing the standard's purpose to define PHY and MAC layers for wireless operation). |

| | |
|---|---|
| | The Accused Products' PHY layer is the instrumentality that performs the broadcasting. The standard provides the complete specification for the PHY, including its functions and the format of the data units it transmits (PPDUs).<br><br>**non-high-throughput (non-HT):** A modifier meaning ~~neither~~ not high throughput (HT), ~~not~~ nor very high throughput (VHT), and not high efficiency (HE).<br><br>**physical layer (PHY) protocol data unit (PPDU):** The unit of data exchanged between ~~two peer~~ PHY entities to provide the PHY data service.<br><br>IEEE 802.11ax-2021 § 3.1 (emphasis added) (defining the data unit used by the transmitter). |
| [1b] a server operably coupled to the broadcast transmitter,-wherein the server is arranged to: | The Accused Products comprise a server operably coupled to the broadcast transmitter. The Accused Products' "server" functionality is performed by the MAC sublayer and higher-layer processing components, which are operably coupled to the "broadcast transmitter" (the PHY layer). The IEEE 802.11ax Standard defines the MAC architecture and its interface with the PHY, which ensures that data processed by the MAC layer is passed to the PHY for transmission. The MAC layer acts as the server that arranges data for the transmitter. |



**Figure 10-1—Non-DMG non-CMMG non-S1G STA MAC architecture**

*Change the second paragraph in 10.2.1 as follows:*

In a non-DMG non-CMMG non-S1G STA:

— The MAC provides the HCF, ~~and~~ MCF, and TUA services using the services of the DCF. The MAC also provides direct access to the DCF service.

— The HCF is present in QoS STAs and absent otherwise.

— The MCF is present in mesh STAs and absent otherwise.

— The TUA is present in non-AP HE STAs and absent otherwise.

IEEE 802.11ax-2021 § 10.2.1 (emphasis added) (showing Figure 10-1, which illustrates the MAC architecture where higher layers provide data to the MAC, which is coupled to the PHY).

| | |
|---|---|
| | The coupling is further defined by the PHY Service Access Point (PHY-SAP), which defines the primitives for exchanging data and control information between the MAC ("server") and the PHY ("broadcast transmitter").<br><br>**27.1.3.3 Service specification method**<br><br>The models represented by figures and state diagrams are intended to be illustrations of the functions provided. It is important to distinguish between a model and a real implementation. The models are optimized for simplicity and clarity of presentation.<br><br>The service of a layer is the set of capabilities that it offers to a user in the next higher layer. Abstract services are specified here by describing the service primitives and parameters that characterize each service. This definition is independent of any particular implementation.<br><br>IEEE 802.11ax-2021 § 27.1.3.3 (emphasis added) (describing the service specification method between layers). |
| [1c] receive the text file and the multimedia information; | The Accused Products receive the text file and the multimedia information. For instance, the Accused Products' MAC layer (the "server") receives data, such as text files and multimedia information, from the device's higher layers (e.g., operating system, applications). The IEEE 802.11ax Standard is designed for this reception, where all forms of information are encapsulated into MAC Service Data Units (MSDUs) and passed to the MAC layer for processing before transmission. |

### 3.1 Definitions

*Change the following definitions in 3.1 as shown:*

**aggregate medium access control (MAC) service data unit (A-MSDU):** A structure that contains one or more MSDUs and is ~~transported within a single (unfragmented) data medium access control (MAC) MAC protocol data units (MPDUs)~~ transmitted in one or more QoS Data frames with the same sequence number.

**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same ~~radio frequencies~~ subcarriers.

IEEE 802.11ax-2021 § 3.1 (emphasis added).

The data exchange between the higher layers and the MAC layer is a fundamental aspect of the architecture defined by the standard. The standard notes that MSDUs, which carry the user data like text and multimedia, are the unit of data exchanged between MAC entities.

**medium access control (MAC) management protocol data unit (MMPDU):** The unit of data exchanged between two peer MAC entities, using services of the physical layer (PHY), to implement the MAC management protocol. The MMPDU is transported in one or more Management frames. The MMPDU might include a Mesh Control field or management message integrity code element (Management MIC element), but does not include a MAC header, a frame check sequence (FCS), or any other security encapsulation overhead.

NOTE—The MMPDU occupies a position in the management plane similar to that of the MAC service data unit (MSDU) in the data plane. An MSDU, A-MSDU, or MMPDU is transmitted in one or more MAC protocol data units (MPDUs) (with the Type field set to Data, Data, or Management, respectively). ~~An MSDU can be carried in an aggregate MAC service data unit (A MSDU).~~ An A-MSDU is transmitted in one MPDU. An MSDU, A-MSDU, or MMPDU can be carried (in an MPDU) in an aggregate MAC protocol data unit (A-MPDU)

IEEE 802.11ax-2021 § 3.2 (emphasis added).

| [1d] store the text file as a single textual data block including the textual information; | The Accused Products store the text file as a single textual data block containing the textual information. For example, the Accused Products, by complying with the IEEE 802.11ax Standard, store the text file as a single textual data block by encapsulating the file into a single MAC Service Data Unit (MSDU) or as part of an Aggregate MAC Service Data Unit (A-MSDU). Specifically, the MAC layer of the Accused Products treats an incoming text file from higher layers as a single data unit. This unit, an MSDU, is maintained logically as a single block. The standard specifies that an A-MSDU contains one or more MSDUs and is transported as a single data unit within one or more QoS Data frames. By encapsulating the text file (MSDU) within an A-MSDU, its integrity as a single block is preserved during MAC layer processing. |
|---|---|
| | **3.1 Definitions** *Change the following definitions in 3.1 as shown:* **aggregate medium access control (MAC) service data unit (A-MSDU):** A structure that contains one or more MSDUs and is ~~transported within a single (unfragmented) data medium access control (MAC) MAC protocol data units (MPDUs)~~ transmitted in one or more QoS Data frames with the same sequence number. |
| | IEEE 802.11ax-2021 § 3.1 (emphasis added). The standard dictates that an A-MSDU is generally carried without fragmentation within a single data frame, ensuring the text file remains a unified data block. |

**10.11 A-MSDU operation**

*Change the third paragraph in 10.11 as follows:*

If the A-MSDU Fragmentation Support subfield in the MAC Capabilities Information field in the HE Capabilities element transmitted by the recipient STA is 0, then an ~~An~~ A-MSDU shall be carried, without fragmentation, within a single QoS Data frame. If the A-MSDU Fragmentation Support subfield in the HE Capabilities element transmitted by the recipient STA is 1, then an A-MSDU may be fragmented, and each fragment is sent to the recipient in a QoS Data frame.

IEEE 802.11ax-2021 § 10.11 (emphasis added).

The 802.11ax Standard also specifies that the Source Address (SA) field in a data frame identifies the originator of the entire MSDU or A-MSDU, reinforcing that the data unit is treated as a single block from a specific source.

The SA field contains the address of the MAC entity that initiated the MSDU (or fragment thereof) or A-MSDU (or fragment thereof) in the Frame Body field.

*Change the sixth paragraph in 9.3.2.1.2 as follows:*

When a Data frame carries a basic A-MSDU (or fragment thereof), the DA and SA values related to each MSDU carried by the A-MSDU are carried within the A-MSDU subframe header. Zero, one, or both of these fields are present in the Address 1 and Address 2 fields as indicated in Table 9-30.

IEEE 802.11ax-2021 § 9.3.2.1.2 (emphasis added).

| | |
|---|---|
| [1e] separate the multimedia information into multiple multimedia data sub-blocks, | The Accused Products separate the multimedia information into multiple multimedia data sub-blocks, each multimedia data sub-block including a portion of the multimedia information. Specifically, the Accused Products, through compliance with the IEEE 802.11ax Standard, separate multimedia |

| | |
|---|---|
| each multimedia data sub-block including a portion of the multimedia information; and | information into multiple multimedia data sub-blocks using the process of fragmentation. The 802.11ax Standard defines fragmentation as the process of partitioning a larger data unit, such as a multimedia file encapsulated in an MSDU or A-MSDU, into a sequence of smaller MAC Protocol Data Units (MPDUs). Each of these smaller MPDUs constitutes a "multimedia data sub-block" that includes a portion of the original multimedia information.<br><br>**fragmentation:** The process of partitioning a medium access control (MAC) service data unit (MSDU), aggregate MAC service data unit (A-MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU, A-MSDU, or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.<br><br>IEEE 802.11ax-2021 § 3.2 (emphasis added).<br><br>The 802.11ax Standard enhances this capability with "Dynamic Fragmentation," which is the flexible partitioning of data units. The Accused Products support multiple levels of dynamic fragmentation, allowing an MSDU or A-MSDU to be partitioned into up to four fragments (sub-blocks). |

> **26.3.2 Dynamic fragmentation**
>
> **26.3.2.1 General**
>
> With level 1 and level 2 dynamic fragmentation, the following apply:
> — An originator STA transmitting one or more dynamic fragments shall solicit an immediate response from the recipient STA for each of the fragments.
> — The originator STA shall transmit the fragments in order as defined in 10.4.
>
> With level 3 dynamic fragmentation, not all dynamic fragments require an immediate response, and dynamic fragments are not required to be sent in order.

IEEE 802.11ax-2021 § 26.3.2.1 (emphasis added).

> Level 3 fragmentation allows multiple fragments of an MSDU or A-MSDU included in the same A-MPDU, reducing the fragments' transmission delay.
>
> An originator STA may transmit to a recipient STA the following:
> — One dynamic fragment of an MSDU, A-MSDU (if supported by the recipient), or MMPDU that is a non-A-MPDU using level 1 dynamic fragmentation.
>   — The originator STA shall follow the rules defined in 10.12.8 for generating the S-MPDU.
> — Up to four dynamic fragments of an MSDU or A-MSDU (if supported by the recipient) for each MSDU or A-MSDU and up to one dynamic fragment of an MMPDU in an A-MPDU, where the A-MPDU contains at least one dynamic fragment using level 3 dynamic fragmentation; the dynamic fragment of an MSDU or A-MSDU shall be sent under block ack agreement.
>   — The originator STA shall set the Fragment Number subfield of each MPDU to a value less than 4.

IEEE 802.11ax-2021 § 26.3.2.4 (emphasis added).

This process of partitioning a larger multimedia MSDU into smaller MPDU fragments corresponds to separating the multimedia information into multiple sub-blocks.

Page 10 of 34

| | |
|---|---|
| [1f] provide the single textual data block and the multimedia data sub-blocks to the broadcast transmitter in multiple time-sliced packets for broadcasting to the remote receiver unit, each time-sliced packet comprising the single textual data block and one or more multimedia data sub-blocks. | The Accused Products provide the single textual data block and the multimedia data sub-blocks to the broadcast transmitter in multiple time-sliced packets for broadcasting to the remote receiver unit, each time-sliced packet comprising the single textual data block and one or more multimedia data sub-blocks. The Accused Products provide the single textual data block (e.g., an A-MSDU containing the text file) and the multimedia data sub-blocks (e.g., MPDU fragments of the multimedia file) to the broadcast transmitter (the PHY) in what is functionally a time-sliced packet by using Orthogonal Frequency Division Multiple Access (OFDMA).<br><br>The 802.11ax standard specifies OFDMA, which allows for the simultaneous transmission of data to or from multiple users or for multiple data types over different groups of subcarriers called Resource Units (RUs).  A single Physical Layer Protocol Data Unit (PPDU), which is the packet broadcast by the transmitter, can be partitioned into multiple RUs.<br><br>orthogonal frequency division multiple access (OFDMA): An orthogonal frequency division multiple (OFDM)-based multiple access technique by which multiple stations (STAs) either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over different groups of subcarriers.<br><br>single input, single output (SISO): A technique by which a station (STA) transmits to or receives from a single STA a single space-time stream.<br><br>IEEE 802.11ax-2021 § 3.1 (emphasis added).<br><br>The Accused Products map the single textual data block to one or more RUs and the different multimedia data sub-blocks to other RUs within the same PPDU.  By allocating different subcarrier groups (RUs) within the same PPDU to the text block and the multimedia sub-blocks, the Accused Products create a "time-sliced packet" that comprises both types of data for simultaneous broadcast. |



OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.

**Figure 27-4—Illustration of OFDM and OFDMA concepts**

IEEE 802.11ax-2021 § 27.3.1.2 (emphasis added).

The use of "Trigger frames" is a mechanism defined in the standard for an Access Point to initiate and schedule these UL MU (including OFDMA) operations, specifying the exact time intervals and resource allocations for the transmission of the textual data block and multimedia sub-blocks.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,270,343

| | |
|---|---|
| | An HE AP sends a Trigger frame to initiate UL MU operation using UL OFDMA or UL MU-MIMO transmissions or a frame containing a TRS Control subfield to initiate UL OFDMA transmissions. The frame initiating these transmissions in the uplink direction is a triggering frame. The triggering frame identifies non-AP STAs participating in UL MU operation and assigns RUs and/or spatial streams to these STAs. Multi-STA BlockAck frames can be used by the AP to acknowledge the frames transmitted by multiple non-AP STAs. The scheduling of these Trigger frames can be set up between a non-AP STA and the AP using TWT operation to save power and reduce collisions.<br><br>These features can reduce protocol overhead and increase aggregate network throughput (e.g., DL and UL OFDMA, DL/UL MU-MIMO), enhance peak link throughput (e.g., HE-MCS 10, 11), enhance dense network efficiency (e.g., spatial reuse), and/or enhance power conservation (e.g., TWT). These features can improve the average throughput per STA in a BSS by a factor of four, compared to VHT.<br><br>IEEE 802.11ax-2021 § 4.3.15a (emphasis added). |
| [3] The wireless communication system of claim 1, wherein the textual information is semantic information and the multimedia information is presentation information. | The Accused Products comprise the wireless communication system of claim 1, wherein the textual information is semantic information and the multimedia information is presentation information. Specifically, the IEEE 802.11ax Standard creates a structural partition between semantic information, which defines the network's operational rules and characteristics (textual information), and presentation information, which dictates the physical transmission format of the data payload (multimedia information). The Accused Products partition textual information into semantic information by including machine-readable Information Elements (IEs) in management frames like Beacons and Probe Responses. For example, Tables 9-32 and 9-39 of the standard enumerate numerous semantic IEs that are broadcast in Beacon and Probe Response frames to convey the network's configuration. |

| | | | |
|---|---|---|---|
| ... | | | |
| 76 | Multiple BSSID Configuration | The Multiple BSSID Configuration element is optionally present if dot11MultiBSSIDImplemented is true. | |
| 77 | HE Capabilities | The HE Capabilities element is present if dot11HEOptionImplemented is true; otherwise, it is not present. | |
| 78 | HE Operation | The HE Operation element is present if dot11HEOptionImplemented is true; otherwise, it is not present. | |
| 79 | TWT | The TWT element is optionally present if dot11TWTOptionActivated is true; otherwise, it is not present. | |
| 80 | UORA Parameter Set | The UORA Parameter Set element is optionally present if dot11OFDMARandomAccessOptionImplemented is true; otherwise, it is not present. | |
| 81 | BSS Color Change Announcement | The BSS Color Change Announcement element is optionally present if dot11HEOptionImplemented is true; otherwise, it is not present. | |
| 82 | Spatial Reuse Parameter Set | The Spatial Reuse Parameter Set element is optionally present if dot11HEOptionImplemented is true; otherwise, it is not present. | |
| 83 | MU EDCA Parameter Set | The MU EDCA Parameter Set element is present if dot11HEOptionImplemented is true, dot11MeshActivated is false, dot11MUEDCAParametersActivated is true, and the QoS Capability element is not present; otherwise, it is not present. | |

IEEE 802.11ax-2021 § 9.3.3.2, Table 9-32-Beacon Frame Body (emphasis added) (showing semantic IEs broadcast in Beacon frames).

The Accused Products partition the multimedia information into presentation information by using the HE preamble (HE-SIG-A and HE-SIG-B fields) and the TXVECTOR to define the physical transmission format for the multimedia payload.  These fields do not contain the multimedia content itself but rather the parameters for how that content is to be "presented" over the air.  The HE-SIG-A field contains parameters for interpreting the PPDU, such as the modulation and coding scheme (HE-MCS), channel width, and number of spatial streams. The HE-SIG-B field provides the specific resource allocation (e.g., OFDMA RUs) for each user.

**27.3.11.8 HE-SIG-B field**

**27.3.11.8.1 General**

The HE-SIG-B field provides the necessary signaling, including the OFDMA and DL MU-MIMO resource allocation information, to allow the STAs to look up the corresponding resources to be used in the HE modulated fields of the PPDU. The integer fields of the HE-SIG-B field are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.

Dynamic split is defined as the split of User fields across HE-SIG-B content channels according to the Common field in each HE-SIG-B content channel and used when the HE-SIG-B Compression field in the HE-SIG-A field is set to 0.

802.11ax-2021 § 27.3.11.8 (emphasis added).

The Accused Products place this data in a broadcast RU and use the TXVECTOR and preamble fields to define the transmission's presentation parameters.

An HE AP that includes a group addressed frame in an HE MU PPDU shall ensure that the frame is included in a broadcast RU in the HE MU PPDU. The HE AP shall additionally ensure that the following conditions are satisfied for the broadcast RU:

— The RU allocation shall comply with the rules in 26.5.1.3 and 27.3.2.8.
— The <HE-MCS, NSS> tuple shall have a mandatory HE-MCS and NSS = 1.
— The broadcast RU shall be located within

— The primary 20 MHz channel if the group addressed frame is a FILS Discovery or a Probe Response frame, except when the primary 20 MHz channel does not coincide with a PSC and the AP is a 6 GHz-only AP. For this exception, the broadcast RU may be in a PSC that is within the BSS operating channel width (see 26.17.2.3). The broadcast RU size shall not exceed 106 subcarriers if the MU PPDU has a bandwidth that is greater than 20 MHz.

802.11ax-2021 § 26.15.7 (emphasis added).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,270,343

| [7] The wireless communication system of claim 1, wherein the remote wireless communication unit further comprises a signal manipulation circuit operable to receive, separate and process the textual information and the multimedia information from the multiple time-sliced packets and extract multiple textual data blocks. | The Accused Product's remote wireless communication unit comprises a signal manipulation circuit that is operable to receive, separate, and process the textual and multimedia information from the multiple time-sliced packets and extract multiple textual data blocks.  Specifically, the Accused Products, as remote wireless communication units compliant with the IEEE 802.11ax Standard, comprise a signal manipulation circuit (the PHY and MAC layers) operable to receive, separate, and process the textual and multimedia information from the multiple time-sliced packets (PPDUs) and extract the textual data block.  The Accused Products implement MAC and PHY layer processing that can receive and separate different types of data units, including the ability to process fragmented and aggregated data. |
|---|---|
| | **26.3 Fragmentation and defragmentation**<br><br>**26.3.1 General**<br><br>An HE STA shall follow the fragmentation procedures defined in 10.2.6, 10.4, and 10.5, except that some of the rules are relaxed as defined in the subclauses of 26.3. Dynamic fragmentation provides further flexibility in aggregating data to fit in a constrained PPDU duration (see 26.5).<br><br>Subclauses 10.2.6 and 10.4 define the procedure to generate uniformly fragmented MSDUs or MMPDUs, where the length of each fragment is the same, except for the last fragment. These fragments are not included in an A-MPDU under HT-immediate block ack agreements. |
| | IEEE 802.11ax-2021 § 26.3.1 (emphasis added).<br><br>The Accused Products implement dynamic fragmentation and defragmentation capabilities that allow them to receive fragmented data and reassemble it, which includes the ability to process and extract textual data blocks from received transmissions.   The PHY layer receives the PPDU containing the time-sliced packets (RUs). The 802.11ax Standard specifies the complete HE receive procedure. |



Figure 27-2—PHY interaction on receive for various PPDU formats

IEEE 802.11ax-2021 § 27.2.6.1, Figure 27-2 (emphasis added).

The HE-SIG-A and HE-SIG-B fields in the PPDU preamble contain the resource allocation information, which informs the receiver which Resource Units (RUs) are allocated to it.  The MAC and PHY use this information to demultiplex and separate the data intended for the receiver, including the textual data block and the multimedia sub-blocks, from the different RUs.



OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.

**Figure 27-4—Illustration of OFDM and OFDMA concepts**

IEEE 802.11ax-2021 § 27.3.1.2 (emphasis added).

The MAC layer processes the received data. This includes "defragmentation," which the 802.11ax Standard defines as the process of recombining fragment MPDUs (the multimedia data sub-blocks) into the original MSDU or A-MSDU.

| | |
|---|---|
| | **fragmentation:** The process of partitioning a medium access control (MAC) service data unit (MSDU), aggregate MAC service data unit (A-MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU, A-MSDU, or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.<br><br>IEEE 802.11ax-2021 § 3.2 (defining "fragmentation"). |
| [10PRE] A method of broadcasting a text file comprising textual information and multimedia information to a remote receiver unit in a wireless communication system, the method comprising the steps of: | To the extent the preamble is limiting, the '343 Accused Products perform a computer-implemented method for wirelessly transmitting a text file containing both text and multimedia content to a remote receiving device.<br><br>The Defendant and its customers directly infringe the '343 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '343 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '343 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in |

| | |
|---|---|
| | substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [10a] receiving the text file and the multimedia information; | The Accused Products receive the text file and the multimedia information.  Specifically, the Accused Products, by complying with the 802.11ax Standard, receive data from higher layers by accepting MAC Service Data Units (MSDUs) that encapsulate all forms of information, including text and multimedia.  The Accused Product's MAC layer is designed to capture data as it arrives from the operating system or application layer, ensuring that all content is preformatted into an MSDU.  For example, when a text file or a multimedia stream is submitted for transmission, it is encapsulated into one or more MSDUs per the 802.11ax Standard. |

**medium access control (MAC) management protocol data unit (MMPDU):** The unit of data exchanged between two peer MAC entities, using services of the physical layer (PHY), to implement the MAC management protocol. The MMPDU is transported in one or more Management frames. The MMPDU might include a Mesh Control field or management message integrity code element (Management MIC element), but does not include a MAC header, a frame check sequence (FCS), or any other security encapsulation overhead.

NOTE—The MMPDU occupies a position in the management plane similar to that of the MAC service data unit (MSDU) in the data plane. An MSDU, A-MSDU, or MMPDU is transmitted in one or more MAC protocol data units (MPDUs) (with the Type field set to Data, Data, or Management, respectively). An MSDU can be carried in an aggregate MAC service data unit (A-MSDU). An A-MSDU is transmitted in one MPDU. An MSDU, A-MSDU, or MMPDU can be carried (in an MPDU) in an aggregate MAC protocol data unit (A-MPDU)

IEEE 802.11ax – 2021 § 3.2 (emphasis added).

The Accused Products receive multimedia data by relying on the precise framing and synchronization mechanisms defined in the standard.  In addition, service primitives such as MLME-SCAN.request are employed to ensure that every incoming data unit is time-aligned and error-checked before further processing. For example, the HE PPDU structure ensures that regardless of whether the data is textual or multimedia, it is received within the required synchronization parameters.

The primitive parameters are as follows:
MLME-SCAN.request(

...,
Short SSID List,
HE Capabilities,
HE 6 GHz Band Capabilities,
VendorSpecificInfo
)

*Insert the following rows into the untitled table in 6.3.3.2.2 before the "VendorSpecificInfo" row:*

| Name | Type | Valid range | Description |
|---|---|---|---|
| Short SSID List | A list of short SSIDs | As defined in 9.4.2.262 | One or more Short SSID fields that are optionally present if dot11ShortSSIDList is true. |
| HE Capabilities | As defined in HE Capabilities element | As defined in 9.4.2.248 | Specifies the parameters in the HE Capabilities element that are supported by the STA. The parameter is present if dot11HEOptionImplemented is true; otherwise, it is not present. |
| HE 6 GHz Band Capabilities | As defined in HE 6 GHz Band Capabilities element | As defined in 9.4.2.263 | Specifies the parameters in the HE 6 GHz Band Capabilities element that are supported by the STA. The parameter is present if dot11HE6GOptionImplemented is true; otherwise, it is not present. |

IEEE 802.11AX -2021 § 6.3.3.2.2 (showing MLME-SCAN.request primitive parameters, which are part of the processes for robust network operation and data exchange) (emphasis added).

The Accused Products perform the receiving of multimedia data using the integrating advanced physical (PHY) and medium access control (MAC) layer features that support high-efficiency (HE) operation. Specifically, the HE enhancements—including dynamic channel allocation and OFDMA—allow the Accused Products to simultaneously capture multiple data streams with different modulation and coding schemes.  By adhering to the IEEE 802.11ax Standard, the Accused Products receive data, irrespective of content type.  In addition, the incorporation of error-correction protocols and dynamic scheduling

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,270,343

| | |
|---|---|
| | guarantees that each MSDU is properly validated upon reception.  For example, even when multiple data streams are received concurrently via OFDMA, the device's internal processing algorithms ensure that the text file and multimedia streams are captured. |
| [10b] storing the text file as a single textual data block including the textual information; | The Accused Products store the text file as a single textual data block including the textual information.<br><br>A text file including the textual information is stored as a single block within its MAC layer.  Specifically, the Accused Products encapsulate the text file into one complete MSDU.  For example, when a user's text document is forwarded for transmission, it is aggregated into a single A-MSDU, thereby maintaining its structure as one undivided block of textual information.<br><br>**10.11 A-MSDU operation**<br><br>*Change the third paragraph in 10.11 as follows:*<br><br>If the A-MSDU Fragmentation Support subfield in the MAC Capabilities Information field in the HE Capabilities element transmitted by the recipient STA is 0, then an ~~An~~ A-MSDU shall be carried, without fragmentation, within a single QoS Data frame. If the A-MSDU Fragmentation Support subfield in the HE Capabilities element transmitted by the recipient STA is 1, then an A-MSDU may be fragmented, and each fragment is sent to the recipient in a QoS Data frame.<br><br>*Change the fifth paragraph in 10.11 as follows:*<br><br>The channel access rules for a QoS Data frame carrying an A-MSDU (or fragment thereof) are the same as for a Data frame carrying an MSDU (or fragment thereof) of the same TID.<br><br>IEEE 802.11AX -2021 § 10.11 (showing that an A-MSDU, which encapsulates the text file (MSDU), is transmitted as a single unit within a QoS Data frame) (emphasis added).<br><br>The Accused Products, through compliance with the IEEE 802.11ax Standard, keep an MSDU logically intact during MAC layer processing.  The Accused Products' aggregation function generally does not divide the MSDU into multiple sub-units and ensures that the text file remains unified.  For example, |

| | |
|---|---|
| | when a text file is within the maximum allowed size for transmission, it is preserved by the Accused Products as a single block rather than being segmented.<br><br>The SA field contains the address of the MAC entity that initiated the MSDU (or fragment thereof) or A-MSDU (or fragment thereof) in the Frame Body field.<br><br>*Change the sixth paragraph in 9.3.2.1.2 as follows:*<br><br>When a Data frame carries a basic A-MSDU (or fragment thereof), the DA and SA values related to each MSDU carried by the A-MSDU are carried within the A-MSDU subframe header. Zero, one, or both of these fields are present in the Address 1 and Address 2 fields as indicated in Table 9-30.<br><br>**9.3.3 (PV0) Management frames**<br><br>**9.3.3.2 Beacon frame format**<br><br>*Change Table 9-32 as follows (not all rows are shown):*<br><br>IEEE 802.11AX -2021 § 9.3.2.1.2 (emphasis added).<br><br>The Accused Products contain internal firmware that uses integrity checks to validate the complete text block before aggregation.  Specifically, the Accused Products perform checksum verifications and error detections to ensure that the aggregated MSDU represents the original text file.  For example, configuration parameters within the Accused Products' MAC layer (as defined in sections 9.2 and 9.7 of the 802.11ax Standard) require textual information to be maintained in a single block for consistent reassembly at the receiver. |
| [10c] partitioning the multimedia information into multiple multimedia data | The Accused Products partition the multimedia information into multiple multimedia data sub-blocks, each multimedia data sub-block including a portion of the multimedia information. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,270,343

| | |
|---|---|
| sub-blocks, each multimedia data sub-block including a portion of the multimedia information; and | The Accused Products partition the multimedia information into sub-blocks by leveraging advanced fragmentation techniques required by the 802.11ax Standard.  Specifically, the Accused Products tag each multimedia sub-block so devices can reassemble the original multimedia content.  For example, in a scenario where a video file is transmitted, each sub-block includes a fragment number and sequence control field, allowing the receiver to reconstruct the original stream.<br><br>Further, the Accused Products apply fragmentation procedures to break large multimedia MSDUs into smaller MPDUs that each carry a portion of the original data.  For example, a high-definition video stream can be segmented into multiple fragments that are then transmitted as part of an aggregated A-MPDU.<br><br>**3.1 Definitions**<br><br>*Change the following definitions in 3.1 as shown:*<br><br>aggregate medium access control (MAC) service data unit (A-MSDU): A structure that contains one or more MSDUs and is ~~transported within a single (unfragmented) data medium access control (MAC) MAC protocol data units (MPDUs)~~ transmitted in one or more QoS Data frames with the same sequence number.<br><br>multi-user multiple input, multiple output (MU-MIMO): A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same ~~radio frequencies~~ subcarriers.<br><br>NOTE—IEEE Std 802.11 supports only downlink (DL) MU-MIMO. See downlink multi-user multiple input, multiple output (DL MU MIMO) (in 3.2).<br><br>802.11AX-2021 § 3.1 (The 802.11ax standard changed the definition of A-MSDU from "transported within a single (unfragmented) data medium access control(MAC) protocol data units (MPDUs)" to "transmitted in one or more Qos Data frames with the same sequence number."  This shows that the 802.11ax standard requires the Accused Products to fragment MPDUs across multiple QoS data frames.) (emphasis added).<br><br>The Accused Products, through their compliance with the 802.11ax Standard, perform Dynamic Fragmentation.  Dynamic Fragmentation, which is required by the 802.11ax Standard, requires the |

| | |
|---|---|
| | Accused Products to fragment A-MSDU units. A-MSDUs themselves are aggregates of MSDUs, meaning that the 802.11ax Standard requires aggregating multiple data units *then* fragmenting that aggregation, which is the partitioning of multimedia information into multiple sub-blocks. The Accused Products also support multiple levels of fragmentation. The Accused Products, which comply with the 802.11ax Standard, support fragmentation levels 1-3. This specifically means the Accused Products perform up to four fragments of an MSDU or A-MSDU *within* an A-MPDU. Thus, the Accused Products, through compliance with the 802.11ax Standard, partition multimedia information (MSDUs, A-MSDUs) into sub-blocks (MPDUs, fragments) using advanced fragmentation techniques, including Dynamic Fragmentation. <br><br> **bandwidth signaling transmitter address (TA):** A TA that is used by a very high throughput (VHT) station (STA) or a high-efficiency (HE) STA to indicate the presence of additional signaling related to the bandwidth to be used in a subsequent transmission in an enhanced distributed channel access (EDCA) transmission opportunity (TXOP). It is ~~represented by~~ the IEEE medium access control (MAC) individual address of the transmitting ~~VHT~~ STA but with the Individual/Group bit set to 1. <br><br> **fragmentation:** The process of partitioning a medium access control (MAC) service data unit (MSDU), aggregate MAC service data unit (A-MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU, A-MSDU, or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994. <br><br> **medium access control (MAC) management protocol data unit (MMPDU):** The unit of data exchanged between two peer MAC entities, using services of the physical layer (PHY), to implement the MAC management protocol. The MMPDU is transported in one or more Management frames. The MMPDU might include a Mesh Control field or management message integrity code element (Management MIC element), but does not include a MAC header, a frame check sequence (FCS), or any other security encapsulation overhead. <br><br> 802.11AX-2021 § 3.1 (emphasis added). |
| [10d] providing the single textual data block and the multimedia data sub-blocks | The Accused Products provide the single textual data block and the multimedia data sub-clocks to a broadcast transmitter in multiple time-sliced packets for broadcasting to a remote receiver unit. |

| | |
|---|---|
| to a broadcast transmitter in multiple time-sliced packets for broadcasting to a remote receiver unit. | Specifically, the Accused Products use Orthogonal Frequency Division Multiple Access (OFDMA) and Multi-User MIMO (MU-MIMO) to map aggregated data onto distinct resource units (RUs) that are transmitted in designated time slices. For example, an HE access point (AP) may partition a PPDU into multiple time-sliced packets that carry both the unified text block and fragmented multimedia sub-blocks simultaneously. <br><br>  <br><br> 802.11AX-2021 § 27.3.1.1 (emphasis added). <br><br> The Accused Products use triggers (trigger frames) and scheduling functions (target wake times), to broadcast transmissions. These scheduling functions ensure that each transmission is used for delivering text or multimedia data. For example, an access point may send a "trigger frame" that specifies the exact time intervals during which the text block and multimedia fragments will be sent. The Accused Products aggregate text and multimedia fragments into A-MPDUs and map these |

| | |
|---|---|
| | aggregated units onto OFDMA RUs for concurrent transmission. For example, during a single broadcast session, the device can assign one RU to a text A-MSDU and several other RUs to different multimedia fragments, all within a single PPDU, thereby achieving time-sliced transmission. |
| | An HE AP sends a Trigger frame to initiate UL MU operation using UL OFDMA or UL MU-MIMO transmissions or a frame containing a TRS Control subfield to initiate UL OFDMA transmissions. The frame initiating these transmissions in the uplink direction is a triggering frame. The triggering frame identifies non-AP STAs participating in UL MU operation and assigns RUs and/or spatial streams to these STAs. Multi-STA BlockAck frames can be used by the AP to acknowledge the frames transmitted by multiple non-AP STAs. The scheduling of these Trigger frames can be set up between a non-AP STA and the AP using TWT operation to save power and reduce collisions.<br><br>These features can reduce protocol overhead and increase aggregate network throughput (e.g., DL and UL OFDMA, DL/UL MU-MIMO), enhance peak link throughput (e.g., HE-MCS 10, 11), enhance dense network efficiency (e.g., spatial reuse), and/or enhance power conservation (e.g., TWT). These features can improve the average throughput per STA in a BSS by a factor of four, compared to VHT. |
| | 802.11AX-2021 § 4.3.15A1 (showing the Accused Products using "Trigger frames" to initiate and control UL MU operations through compliance with the 802.11ax Standard) (emphasis added). |
| [11] The method of broadcasting textual information and multimedia information of claim 10, further comprising the step of time slicing the textual information and the multimedia information into multiple bursts in order to send the data sub-blocks in time sliced bursts. | The Accused Products, in complying with the IEEE 802.11ax Standard, perform the step of time-slicing information into multiple bursts by utilizing Orthogonal Frequency Division Multiple Access (OFDMA). Specifically, OFDMA partitions the channel bandwidth into multiple smaller frequency blocks called Resource Units (RUs). The Accused Products can map different data, such as a textual data block and multiple multimedia data sub-blocks, to different RUs within a single transmission unit (a PPDU). This PPDU, containing multiple RUs transmitted simultaneously, constitutes a "burst" where the data is effectively "time-sliced" by frequency allocation. |

| | |
|---|---|
| | orthogonal frequency division multiple access (OFDMA): An orthogonal frequency division multiple (OFDM)-based multiple access technique by which multiple stations (STAs) either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over different groups of subcarriers. |
| | IEEE 802.11ax-2021 § 3.1 (emphasis added). |
| | The standard further illustrates this concept, distinguishing it from traditional OFDM where a single user occupies the entire frequency band for a given time. |

<table>
<tr><td></td><td>



OFDMA is an OFDM-based multiple access scheme where different subsets of subcarriers are allocated to different users, and this scheme allows simultaneous data transmission to or from one or more users. In OFDMA, users are allocated different subsets of subcarriers that can change from one PPDU to the next. The difference between OFDM and OFDMA is illustrated in Figure 27-4. Similar to OFDM, OFDMA employs multiple subcarriers, but the subcarriers are divided into several groups where each group is referred to as an RU. With OFDMA, different transmit powers may be applied to different RUs.

**Figure 27-4—Illustration of OFDM and OFDMA concepts**

IEEE 802.11ax-2021 § 27.3.1.2.

This allocation of data to different RUs within a single PPDU for simultaneous transmission is the method by which the Accused Products send data sub-blocks in time-sliced bursts.

</td></tr>
<tr><td>[13] The method of broadcasting textual information and multimedia</td><td>The Accused Products broadcast textual and multimedia information and perform the step of partitioning wherein the step of partitioning further comprises partitioning the textual information in a form of semantic information and the multimedia information in a form of presentation information.</td></tr>
</table>

| | |
|---|---|
| information of claim 10, wherein the step of partitioning further comprises partitioning the textual information in a form of semantic information and the multimedia information in a form of presentation information. | Specifically, the Accused Products partition textual information into semantic information by separating the raw data payload (the text file within an MSDU) from the control and management information that provides its network context. The MAC layer encapsulates the data with a header that contains semantic fields, such as the Type and Subtype fields within the Frame Control field. These fields semantically define the frame's purpose (e.g., as a Data or Control frame), partitioning the raw text from the information that describes its meaning and handling within the communication protocol. |

### 9.2.4.1.3 Type and Subtype subfields

*Change Table 9-1 as follows (not all rows are shown):*

**Table 9-1—Valid type and subtype combinations**

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| ... | | | |
| 01 | Control | 0000–~~0010~~0001 | Reserved |
| 01 | Control | 0010 | Trigger |
| ... | | | |
| 01 | Control | 0101 | VHT/HE NDP Announcement |
| ... | | | |

IEEE 802.11ax-2021 § 9.2.4.1.3 (showing frames are partitioned into semantic categories like "Control" and "Data").

Furthermore, the Accused Products partition multimedia information as presentation information by using Target Wake Time (TWT) to schedule transmissions within precise service periods. By scheduling the delivery of multimedia data, TWT provides presentation information that ensures time-sensitive data is transmitted in a coordinated manner to support correct reassembly and rendering at the receiver.

> Target wake times (TWTs) allow STAs to manage activity in the BSS by scheduling STAs to operate at different times in order to minimize contention and to reduce the required amount of time that a STA utilizing a power management mode needs to be awake. TWTs can be individual TWTs, which are described in 10.47 and 26.8.2, or broadcast TWTs, which are described in 26.8.3.
>
> *Change the fifth paragraph in 10.47.1 as follows:*
>
> STAs that request a TWT agreement are called TWT requesting STAs and the STAs that respond to their requests are TWT responding STAs. A TWT requesting STA is assigned specific times to wake and exchange frames with the TWT responding STA. A TWT requesting STA communicates wake scheduling

IEEE 802.11ax-2021 § 10.47.1 (emphasis added) (showing TWT is used for scheduling, a key component of presentation information).

Additionally, in compliance with the 802.11ax Standard the Accused Devices partition the multimedia information for presentation. Large multimedia files, encapsulated in an A-MSDU, are partitioned into a sequence of smaller MPDUs. This process breaks the multimedia information into sub-blocks that are sequenced for transmission and subsequent reassembly.

> **fragmentation:** The process of partitioning a medium access control (MAC) service data unit (MSDU), aggregate MAC service data unit (A-MSDU) or MAC management protocol data unit (MMPDU) into a sequence of smaller MAC protocol data units (MPDUs) prior to transmission. The process of recombining a set of fragment MPDUs into an MSDU, A-MSDU, or MMPDU is known as defragmentation. These processes are described in 5.8.1.9 of ISO/IEC 7498-1:1994.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

| | |
|---|---|
| [15] The method of broadcasting textual | The Accused Products perform the method of broadcasting textual information and multimedia information as described in claim 10 and further comprising the step of cyclically transmitting the |

| information and multimedia information of claim 10, further comprising the step of cyclically transmitting the multiple bursts of data sub-blocks. | multiple bursts of data sub-blocks.  Specifically, the Accused Products, through their compliance with the 802.11ax Standard, use the Target Wake Time (TWT) mechanism to schedule and transmit data in periodic bursts.  The standard defines Broadcast TWT as a method for an access point to schedule multiple devices for frame exchange at specific, repeated times. Each scheduled transmission opportunity is a "burst" where multiple data sub-blocks can be transmitted.  The regular scheduling of these bursts constitutes a "cyclic" transmission.<br><br>**broadcast resource unit (RU):** A resource unit in a high-efficiency (HE) multi-user (MU) physical layer (PHY) protocol data unit (PPDU) transmitted by an access point (AP) that is intended for either unassociated STAs or more than one associated STA in the basic service set (BSS) or in any of the other BSSs in the multiple BSSID set to which the AP's BSS belongs.<br><br>**broadcast target wake time (TWT):** A specific time or set of times broadcast by an access point (AP) to multiple non-AP stations (STAs) at which the non-AP STAs are expected to be awake in order to exchange frames with the AP.<br><br>802.11ax-2021 § 3.2 (emphasis added).<br><br>The cyclic transmission performed by the Accused Products is implemented through the TWT element, which contains fields to define a repeating interval for data exchange.  The TWT Wake Interval Mantissa and TWT Wake Interval Exponent subfields within the TWT element define the period between successive TWT Service Periods (SPs), thereby establishing a cyclic schedule. |

In a TWT element transmitted by a TWT requesting <u>or TWT scheduled</u> STA, the TWT wake interval is equal to the average time that the ~~TWT requesting~~ STA expects to elapse between successive TWT SPs <u>start times (see Table 9-296a)</u>. In a TWT element transmitted by a TWT responding STA <u>or TWT scheduling AP</u>, the TWT wake interval is equal to the average time that the ~~TWT responding~~ STA expects to elapse between successive TWT SPs <u>start times</u>. <u>In a TWT element contained in a TWT request that is sent by the TWT scheduled STA to negotiate its wake intervals, the TWT wake interval indicates the value of the wake interval (see 26.8.6)</u>. The TWT Wake Interval Exponent subfield is set to the value of the exponent of the TWT wake interval value in microseconds, base 2. The TWT wake interval of the requesting STA is equal to (TWT Wake Interval Mantissa) $\times 2^{\text{(TWT Wake Interval Exponent)}}$.

IEEE 802.11ax -2021 § 9.4.2.199 (emphasis added).

The Accused Products implement periodic beacon transmission, TWT operation, and OFDMA scheduling that cyclically allocates transmission opportunities for different users and data types.

Each TWT Service Period (SP) constitutes a "burst" of data, during which one or more of the "multimedia data sub-blocks" (i.e., MPDUs containing multimedia fragments) are transmitted. The 802.11ax-2021 Standard's description of Broadcast TWT operation shows the cyclic behavior of the Accused Products, allowing an AP to provide recurring transmission schedules to multiple devices.

<table>
<tr><td></td><td>

**26.8.3.2 Rules for TWT scheduling AP**

A TWT scheduling AP may include a broadcast TWT element in a Beacon frame that is scheduled at a TBTT (see 11.1.3.2). The TWT scheduling AP shall include one or more TWT parameter sets in the TWT element, and each TWT parameter set may indicate a periodic occurrence of TWTs. The TWT scheduling AP shall set the Last Broadcast Parameter Set subfield to 0 in each TWT parameter set, except for the last (or only) TWT parameter set of the TWT element that shall have the Last Broadcast Parameter Set subfield set to 1. The TWT scheduling AP shall set the NDP Paging Indicator subfield to 0 and the Negotiation Type subfield to 2 and may set the Responder PM Mode subfield to 0 in the TWT element (see 10.47.7). Each TWT parameter set specifies the TWT parameters of a specific broadcast TWT that are valid within a broadcast TWT SP. Each specific broadcast TWT is identified as indicated in 26.8.3.1. Individual STAs may have membership in broadcast TWTs as the result of negotiation with a TWT scheduling AP as described in 26.8.3.1.

IEEE 802.11ax-2021 § 26.8.3.2 (emphasis added).

</td></tr>
</table>