# Exhibit 16

**U.S. PATENT NO. 8,213,870**
**BEAMFORMING USING PREDEFINED SPATIAL MAPPING MATRICES**

Velocity Communication Technologies LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 8,213,870 (the "'870 patent") identified below are infringed.

Accused Products: The Accused Products are all Access Points ("AP") that practice the IEEE 802.11ax (Wi Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'870 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method comprising: | To the extent the preamble is limiting, the '870 Accused Products perform a computer-implemented method for transmitting packets using predefined spatial mapping matrices.<br><br>The Defendant and its customers directly infringe the '870 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States.  In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |

---

[1] This analysis is preliminary and subject to amendment.  Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products.  The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report.  Velocity has prepared these contentions before obtaining discovery in this action.  Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available.  Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '870 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '870 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] storing, in a memory, predefined spatial mapping matrices useful for transmitting data packets to a receiver; | The Accused Products store in a memory predefined spatial mapping matrices useful for transmitting data packets to a receiver.<br><br>Specifically, the Accused Products, in compliance with the 802.11ax Standard, operate as beamformers utilizing spatial mapping matrices. The Accused Products apply predefined spatial mapping matrices $(Q_k)$ before the signal is sent out over the air. The below excerpt from the 802.11ax Standard shows that the Accused Products use spatial mapping matrices $(Q_k)$ for transmitting data packets to a receiver. |

If midambles are not present, the time domain waveform of the Data field of an HE PPDU that is not an HE TB PPDU for transmit chain $i_{TX}$, where $1 \leq i_{TX} \leq N_{TX}$, and frequency segment $i_{Seg}$ shall be as defined in Equation (27-108).

$$r_{HE\text{-}Data}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{SYM}-1} w_{T_{HE\text{-}Data}}(t - nT_{SYM}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r}{\sqrt{N_{STS,r,total}}}$$

$$\sum_{k \in K_r} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} (\tilde{D}_{k,m,n,r}^{(i_{Seg},u)} + P_{n+2+N_{HE\text{-}SIG\text{-}A}+N_{HE\text{-}SIG\text{-}B}} P_n^k) \right.$$
$$\left. \cdot \exp(j2\pi k \Delta_{F,HE}(t - nT_{SYM} - T_{GI,Data} - T_{CS,HE}(M_{r,u}+m))) \right)$$

(27-108)

where

| | |
|---|---|
| $T_{SYM}$ | is defined in Table 27-12 |
| $P_n$ | is defined in 17.3.5.10 |
| $P_n^k$ | can be selected from Equation (27-101) to Equation (27-107) defined in 27.3.12.13, depending on the corresponding RU size |
| $T_{CS,HE}(M_{r,u}+m)$ | represents the cyclic shift for space-time stream $M_{r,u}+m$ as defined in 27.3.11.2.2 |
| $T_{GI,Data}$ | is the guard interval duration as defined in Table 27-12 |
| $\tilde{D}_{k,m,n,r}^{(i_{Seg},u)}$ | is the transmitted constellation for user $u$ in the $r^{th}$ RU at subcarrier $k$, space-time stream $m$, and Data field OFDM symbol $n$ and is defined by Equation (27-109) |

IEEE 802.11ax-2021 § 27.3.12.14 (emphasis added) (showing that the Accused Products utilize spatial mapping matrices ($Q_k$) for transmitting data packets).

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information (*e.g.*, V matrices, angles) derived from a sounding signal. "The beamforming feedback matrix $V_{k,u}$ found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles."

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 5 of 93 PageID #: 561

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

**27.3.16.2 Beamforming feedback matrix $V$**

Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The Accused Products select the matrices used for transmission from a predefined set of matrices based on a codebook structure. "The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized . . . with $b_\psi$ defined by the Codebook Information field of the HE MIMO control field." IEEE 802.11ax-2021 § 27.3.16.2. The Accused products apply the Q matrix (the predefined spatial mapping matrix). For example, the Accused Products in "[t]he construction of the Data field in an HE SU PPDU, HE ER SU PPDU, and HE TB PPDU with LDPC encoding proceeds as follows . . . n) Spatial mapping: Apply the Q matrix as described in 27.3.12.14."

| | |
|---|---|
| j) | Segment deparser (if needed): In 160 MHz transmission, merge the two frequency subblocks into one frequency segment as described in 27.3.12.11. This block is bypassed for 20 MHz, 40 MHz, 80 MHz, and 80+80 MHz transmissions. |
| k) | STBC: Apply STBC as described in 27.3.12.12. |
| l) | Pilot insertion: Insert pilots following the steps described in 27.3.12.13. |
| m) | CSD: Apply CSD for each space-time stream and frequency segment as described in 27.3.11.2.2. |
| n) | Spatial mapping: Apply the $Q$ matrix as described in 27.3.12.14. |
| o) | IDFT: In an 80+80 MHz transmission, map each frequency subblock to a separate IDFT. Compute the inverse discrete Fourier transform. |

IEEE 802.11ax-2021 § 27.3.6.10.2 (emphasis added).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | The Accused Products for SU-MIMO and DL MU-MIMO transmissions store in memory predefined steering matrices for transmitting data packets to one or more receivers. The predefined spatial mapping matrices stored in memory are used to transmit data packets. The below excerpt from the 802.11ax standard shows how, for SU-MIMO beamforming, the $V_{k,o}$ matrix is used to determine the steering matrix $Q_{k..}$ The steering matrix $Q_k$ is stored in memory by the Accused Products. |

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$.").

The below excerpt shows, for DL MU-MIMO beamforming, the Accused Products calculate a steering matrix and store it in memory.

| | |
|---|---|
| | steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>**27.3.16.3 CQI feedback**<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix. . . . The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific."). |
| [1b] sequentially transmitting one or more of the data packets to the receiver, each act of transmitting using a different one of the predefined spatial mapping matrices stored in the memory; | The Accused Products sequentially transmit one or more of the data packets to the receiver, each act of transmitting using a different one of the predefined spatial mapping matrices stored in the memory.<br><br>Specifically, the Accused Products use beamforming "sounding" wherein the HE beamformer transmits signals (NDP + HE-LTF) for channel estimation. The Accused Products use HE-LTF training symbols to generate the spatial mapping matrices ($Q_k$). |

**26.7.1 General**

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).



An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.

The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame ... followed after SIFS by an HE sounding NDP.").

Further, the Accused Products use the HE-LTF symbols to determine a spatial mapping matrix. "The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs."

> The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

For multi-stream sounding (NSTS > 1), the spatial mapping is applied by the Accused Products per subcarrier to each space-time stream. The Accused Products generate the HE-LTF symbols by sequentially processing and transmitting the contributions of each spatial stream using the columns of the spatial mapping matrix (shown below in Figure 27-32 of the 802.11ax Standard). Thus, the Accused Products sequentially transmit training data (symbols) that probe the channel's different spatial dimensions using different spatial mappings applied per stream or across symbols within the training sequence.



The generation of the time domain HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU is shown in Figure 27-32 where $A^k_{HE\text{-}LTF}$ is given by Equation (27-55).

**Figure 27-32—Generation of HE-LTF symbols per frequency segment in an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU**

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The Accused Products transmit data packets to the receiver - where a data packet is transmitted using a different spatial mapping matrix each time (stored in the Accused Product's memory). Specifically, the Accused Products use the BEAM_CHANGE TXVECTOR parameter to signal if the spatial mapping applied to the pre-HE modulated fields of the PPDU differs from that applied to the first symbol of the HE-LTF.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| Parameter | Condition | Value | TXVECTOR | RXVECTOR |
|---|---|---|---|---|
| DEFAULT_PE_DURATION | FORMAT is HE_TB and TRIGGER_METHOD is TRS | Duration of the PE field to be transmitted (see 26.5.2.3). A value 0, 4, 8, 12, or 16 indicating the PE field duration in μs. | Y | N |
| | Otherwise | Not present | N | N |
| BEAM_CHANGE | FORMAT is HE_SU or HE_ER_SU | Integer:<br>Set to 0 to indicate that the spatial mapping of the pre-HE modulated fields are the same as the first symbol of HE-LTF field.<br>Set to 1 to indicate that the spatial mapping of the pre-HE modulated fields are different from the first symbol of HE-LTF field. | Y | Y |

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The BEAM_CHANGE Parameter indicates a change in spatial mapping structure either within a single PPDU transmission or between the mapping used in the preamble of one PPDU and the HE-LTF of the next (when set to 1 for the first PPDU in a TXOP) used by the Accused Products.

Page 11 of 92

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

<table>
<tr>
<td></td>
<td>

**26.11.3 BEAM_CHANGE**

An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).

An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:
— The number of spatial streams is greater than 2.
— The PPDU is the first PPDU in a TXOP.
— The PPDU carries a Trigger frame.

IEEE 802.11ax-2021 § 26.11.3 (emphasis added) ("An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU SHALL set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met: — The number of spatial streams is greater than 2. — The PPDU is the first PPDU in a TXOP. — The PPDU carries a Trigger frame.").

</td>
</tr>
<tr>
<td>

[1c] select one of the predefined spatial mapping matrices stored in the memory for use in a subsequent act of transmitting one or more additional data packets to the receiver, the selecting one of the predefined spatial mapping matrices based on a quality of reception of the one or more of the data packets sequentially transmitted to the receiver; and

</td>
<td>

The Accused Products select one of the predefined spatial mapping matrices stored in the memory for use in a subsequent act of transmitting one or more additional data packets to the receiver, the selecting one of the predefined spatial mapping matrices based on a quality of reception of the one or more of the data packets sequentially transmitted to the receiver.

In compliance with the 802.11ax Standard, the Accused Products select a spatial mapping matrix to use for subsequent transmissions based on the measured quality of reception (channel state) from the earlier transmissions (sounding NDPs). The Accused Products use beamforming feedback to determine reception quality after sending training packets (*e.g.*, sounding packets).

</td>
</tr>
</table>

### 26.7.1 General

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("HE STAs use the HE sounding protocol to determine the channel state information… [the beamformee] sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.").

In compliance with the 802.11ax Standard, the Accused Products, when performing SU-MIMO and DL MU-MIMO beamforming, select a beamforming matrix.  The Accused Products measure channel quality metrics, such as Signal-to-Noise Ratio (SNR), based on the received sounding NDP.  The Accused Products determine an estimated SNR based on feedback frames (HE Compressed Beamforming Report, including Average SNR).

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 15 of 93 PageID #: 571

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.

The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("Based on this HE sounding NDP, the beamformee estimates the... channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix V...").

**9.4.1.65 HE Compressed Beamforming Report field**

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("HE Compressed Beamforming Report field... carries the average SNR of each space-time stream.").

**9.4.1.67 HE CQI Report field**

The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.

The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) ("HE CQI Report field... carries the per-RU average SNRs of each space-time stream.").

The Accused Products use the reception quality of the sounding signal to determine a spatial mapping matrix ($Q_k$) from a set of predefined matrices that are then used to transmit one or more additional data packets. "After receiving the angle information... the beamformer reconstructs $V_{k,u}$... For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... using $V_{k,u}$ and $\Delta SNR_{k,u}$... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific."

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The quality of reception (SNR/CQI) of the sounding signal measured by the Accused Products is used to select the matrix for subsequent data transmissions.

b)    $A_{HE-LTF}$ matrix mapping: Apply the $P_{HE-LTF}$ matrix to the data tones of the HE-LTF sequence, and apply the $R_{HE-LTF}$ matrix to pilot subcarriers of the HE-LTF sequence, except the UL MU-MIMO transmission not using HE single stream pilot HE-LTF mode as described in 27.3.11.10. There is no pilot mapping for an HE TB feedback NDP.

c)    CSD: Apply CSD for each space-time stream and frequency segment as described in 27.3.11.2.2.

d)    Spatial mapping: Apply the $Q$ matrix as described in 27.3.11.10.

e)    IDFT: Compute the inverse discrete Fourier transform.

f)    GI and windowing: Prepend a GI indicated by the TXVECTOR parameter GI_TYPE, and apply windowing as described in 27.3.10.

IEEE 802.11ax-2021 § 27.3.6.9 (emphasis added) ("Spatial mapping: Apply the Q matrix as described in 27.3.12.14." This Q matrix is applied to the Data field).

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 18 of 93 PageID #: 574

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, …, $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.3 (emphasis added) (Explicitly links SNR estimation to the process used for selection). |
| [1d] selecting another one of the predefined spatial mapping matrices when a packet error rate associated with the one or more additional data packets of the subsequent act of transmitting exceeds a defined error rate threshold or when a data rate of the one or more additional data packets of the subsequent act of transmitting does not meet a defined data rate threshold. | The Accused Products select another one of the predefined spatial mapping matrices when a packet error rate associated with the one or more additional data packets of the subsequent act of transmitting exceeds a defined error rate threshold or when a data rate of the one or more additional data packets of the subsequent act of transmitting does not meet a defined data rate threshold.<br><br>Specifically, the Accused Products select a different stored spatial mapping matrix if the current transmission's packet error rate increases beyond a defined threshold or if additional data packets of the subsequent act of transmitting do not meet a defined data rate threshold. The Accused Products impose a target packet error rate (PER) for reliable communication – for example, the PER shall be less than 10% for a given PSDU length at the specified sensitivity level. |

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |
| 16-QAM | N/A | 3/4 | −70 | −67 | −64 | −61 |
| 64-QAM | N/A | 2/3 | −66 | −63 | −60 | −57 |
| 64-QAM | N/A | 3/4 | −65 | −62 | −59 | −56 |
| 64-QAM | N/A | 5/6 | −64 | −61 | −58 | −55 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

The Accused Products also measure the signal quality using RMS Error which is set in the 802.11ax Standard based on a data-rate-dependent value with a threshold. The Accused Products, in compliance with the 802.11ax Standard, specify that the RMS error must not exceed certain thresholds that vary based on the data rate being used.

The relative constellation RMS error in the test, calculated by first averaging over subcarriers, frequency segments, HE PPDUs, and spatial streams [see Equation (27-127)] as described in 27.3.19.4.4 shall not exceed a data-rate-dependent value according to Table 27-49. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized testing instrumentation input ports. In the test, $N_{SS} = N_{STS}$ (no STBC), and no beamforming steering matrix shall be used. Each output port of the transmitting STA shall be connected through a cable to one input port of the testing instrumentation. The requirements shall apply to 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous transmissions as well as 80+80 MHz noncontiguous transmissions.

**Table 27-49—Allowed relative constellation error versus constellation size and coding rate**

| Modulation | | Coding rate | Relative constellation error in an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU (dB) | Relative constellation error in an HE TB PPDU when transmit power is larger than maximum power of HE-MCS 7 (dB) | Relative constellation error in an HE TB PPDU when transmit power is less than or equal to maximum power of HE-MCS 7 (dB) |
|---|---|---|---|---|---|
| Without DCM | With DCM | | | | |
| N/A | BPSK | 1/2 | −5 | −13 | −27 |
| BPSK | QPSK | 1/2 | −5 | −13 | −27 |
| QPSK | 16-QAM | 1/2 | −10 | −13 | −27 |
| QPSK | 16-QAM | 3/4 | −13 | −13 | −27 |
| 16-QAM | N/A | 1/2 | −16 | −16 | −27 |

IEEE 802.11ax-2021 § 27.3.19.4.3 (emphasis added).

If the Accused Products determine the packet error rate exceeds a PER threshold or a defined data rate threshold, the Accused Products select a new spatial mapping matrix using functionality including link adaptation.  For example, the Accused Products can receive feedback recommending adjustments to the transmission parameters when performance is poor.  The Accused Products can receive signal quality data that identifies a recommended HE-MCS (modulation and coding rate) for the next PPDU –based on the current data rate falling below a defined threshold.

**Table 9-24c—HLA Control subfields** *(continued)*

| Subfield | Meaning | Definition |
|---|---|---|
| RU Allocation | RU of the recommended HE-MCS/RU specified by MFB requester to get feedback | If the Unsolicited MFB subfield is 1 and the UL HE TB PPDU MFB subfield is 0, the RU Allocation subfield indicates the RU for which the recommended HE-MCS applies to the PPDU sent to the STA, as defined in 26.13.<br><br>If the Unsolicited MFB subfield is 0 and the MRQ subfield is 1, the RU subfield indicates the RU requested by the MFB requester to get feedback.<br><br>The RU Allocation subfield is interpreted with the BW subfield to specify the RU.<br><br>The RU index encoding is as defined in Table 9-29i.<br><br>If the Unsolicited MFB subfield is 1 and the UL HE TB PPDU MFB subfield is 1, the RU Allocation subfield indicates the RU for which the recommended HE-MCS applies to the HE TB PPDU sent from the STA, as defined in 26.13 and that the actual allocation of the RU can be ignored by the recipient.<br><br>Otherwise, this subfield is reserved. |

IEEE 802.11ax-2021 § 9.2.4.6a.3 (emphasis added).

The Accused Products use this feedback data to identify that the selected matrix is degrading signal quality and the Accused Products initiate a beamforming update to select another predefined matrix. When recalculating a beamforming solution, the Accused Products incorporate SNR feedback ($\Delta$SNR) to derive a new steering matrix: the Accused Products select a new steering matrix using the $V$ feedback matrix and $\Delta$SNR values.

| | |
|---|---|
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP. |
| | After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific. |
| | IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |
| [2] The method as described in claim 1, wherein each of the predefined spatial mapping matrices is configured to perform a transmission in a different direction. | The Accused Products perform the method of claim 1, wherein each of the predefined spatial mapping matrices is configured to perform a transmission in a different direction. |
| | The Accused Products, in compliance with the 802.11ax Standard, use the mapping matrices, $Q_k$, and use different angles, $\phi$ and $\psi$, for each predefined spatial mapping matrix. The use of different angles allows transmission in different directions. |
| | The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP. |
| | After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific. |
| | IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |

The spatial mapping matrices ($Q_k$, $P_{HE\text{-}LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space.

### 27.3.11.10 HE-LTF field

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| [3] The method as described in claim 1, wherein each of the predefined spatial mapping matrices is stored in a codebook at a transmitter, and wherein the codebook is maintained by the memory. | The Accused Products perform the method of claim 1, wherein the predefined spatial mapping matrices are stored in a codebook at a transmitter, and wherein the codebook is maintained by the memory. |
|---|---|
| | The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |
| | **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.<br><br>**high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.<br><br>**high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU). |
| | IEEE 802.11ax-2021 § 3.2 (emphasis added). |
| | The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{\text{HE-LTF}}$, across the spatial streams being sounded. This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams. |

$A_{HE\text{-}LTF}^{k}$ is given by Equation (27-55).

$$A_{HE\text{-}LTF}^{k} = \begin{cases} R_{HE\text{-}LTF}, & \text{if } k \in K_{Pilot} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{HE\text{-}LTF}, & \text{otherwise} \end{cases} \quad (27\text{-}55)$$

where

$K_{Pilot}$    is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{HE\text{-}LTF}$   is a $N_{HE\text{-}LTF} \times N_{HE\text{-}LTF}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{HE\text{-}LTF}\right]_{m,n} = \left[P_{HE\text{-}LTF}\right]_{1,n}, \, 1 \leq m, n \leq N_{HE\text{-}LTF} \quad (27\text{-}56)$$

$P_{HE\text{-}LTF}$   is defined in Equation (27-57)

$$P_{HE\text{-}LTF} = \begin{cases} P_{4 \times 4}, & N_{HE\text{-}LTF} = 1, 2, 4 \\ P_{6 \times 6}, & N_{HE\text{-}LTF} = 6 \\ P_{8 \times 8}, & N_{HE\text{-}LTF} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r_{HE\text{-}LTF}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{HE\text{-}LTF}-1} w_{T_{HE\text{-}LTF}}(t - nT_{HE\text{-}LTF}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{HE\text{-}LTF}|} \quad (27\text{-}58)$$

$$\sum_{k \in K_r} \eta_{HE\text{-}LTF,k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[Q_k^{(i_{Seg})}\right]_{i_{TX}, (M_{r,u}+m)} \left[A_{HE\text{-}LTF}^{k}\right]_{(M_{r,u}+m),(n+1)} HELTF''_{k,u,m} \right.$$

$$\left. \cdot \exp(j2\pi k\Delta_{F,HE}(t - nT_{HE\text{-}LTF-SYM} - T_{GI,HE\text{-}LTF} - T_{CS,HE}(M_{r,u}+m))) \right)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

Page 24 of 92

|  |  |
|---|---|
|  | predefined orthogonal codes).<br><br>These matrices are stored in a codebook at the transmitter.<br><br>The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The Accused Products store these predefined HE-LTF sequences and the $P_{HE\text{-}LTF}$ mapping matrix in the Accused Products' memory. The predefined HE-LTF and $P_{HE\text{-}LTF}$ mapping matrix are applied to generate the HE Sounding NDP. |

Case 5:26-cv-00101-RWS  Document 1-16  Filed 07/30/26  Page 27 of 93 PageID #: 583

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:

— Uses the HE SU PPDU format but without the Data field
— Has a PE field that is 4 μs in duration

IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{HE-LTF}$, applies to the HE Sounding NDP.).

The Accused Products store the predefined spatial mapping matrices ($P_{HE-LTF}$) in memory at the transmitter. The 802.11ax Standard requires that the preamble of an HE transmission include HE-LTF symbols in which the data tones are multiplied by entries of a matrix $P_{HE-LTF}$. *See* IEEE 802.11ax-2021 § 27.3.11.10 ("An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver.").

Because the Accused Products must repeatedly apply the same $P_{HE-LTF}$ matrices across transmissions, the matrices are necessarily stored and maintained in the Accused Products' memory. This storage is required for compliance with the standard.

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{STS}$) being sounded ($N_{HE-LTF} \geq N_{STS}$). Each HE-LTF symbol, combined with the application of the $P_{HE-LTF}$ matrix, effectively

| | |
|---|---|
| | probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{HE\text{-}LTF}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{HE\text{-}LTF}$ mapping used for the sounding has been probed.

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE\text{-}LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE\text{-}LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE\text{-}LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [5PRE]    A    method comprising: | To the extent the preamble is limiting, the Accused Products perform a computer-implemented method of iterative beamforming calibration using channel feedback. |

| | |
|---|---|
| | The Defendant and its customers directly infringe the '870 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States.  In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '870 patent into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '870 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [5a] transmitting a sounding packet using beamforming from a transmitter for receipt by a receiver, the transmitting iteratively performed in different | The Accused Products transmit a sounding packet using beamforming from a transmitter for receipt by a receiver, the transmitting iteratively performed in different directions until a channel estimate is received.<br><br>The Accused Products practice iterative MIMO transmissions using different spatial mapping matrices for each transmission attempt. |

| | |
|---|---|
| directions until a channel estimate is received; | Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The Accused Products transmit an HE sounding NDP (Null Data Packet) with a number of space-time streams (NSTS) as an initial training packet.<br><br>The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.<br><br>The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.<br><br>Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added). |

The Accused Products use a predefined spatial mapping matrix to probe the wireless channel. After sounding, the Accused Products transmit subsequent data packets using a beamformed spatial mapping matrix. In compliance with the 802.11ax Standard, the Accused Products transmit a PPDU using a beamforming steering matrix.

> **high-efficiency (HE) beacon:** A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).
>
> **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products use a different predefined matrix (a beamforming steering matrix) to transmit subsequent data packets. The Accused Products, in compliance with the 802.11ax Standard, use the feedback matrix from the receiver to select the steering matrix $Q_k$ for the next data transmission.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

|  | After each sounding exchange, the Accused Products select a new spatial matrix for subsequent packets. By transmitting one packet using a first spatial matrix (*e.g.*, the sounding packet) and then transmitting another packet using a second, different spatial matrix (the selected beamforming matrix), the Accused Products perform iterative transmissions with different predefined spatial mapping matrices. |
|---|---|



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

Figure 26-8—Example of HE TB sounding

An HE beamformer that initiates an HE TB sounding sequence shall transmit the HE NDP Announcement frame with two or more STA Info fields and the RA field set to the broadcast address.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields." (describes sounding sequence initiation)).

| [5b] receiving the channel estimate from the receiver | The Accused Products receive the channel estimate from the receiver responsive to the sounding packet. |
|---|---|

| | |
|---|---|
| responsive to the sounding packet; and | The Accused Products obtain channel feedback (channel estimates) from the receiver in response to the iterative training transmissions. After the Accused Products send the sounding packet(s), the receiver sends to the Accused Products a channel state estimate.<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report." |

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
>
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
>
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.
>
> NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.
>
> The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

This Accused Products receive from the receiver a feedback report which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate. The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver. The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs).

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets. For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames.

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.



An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

An HE beamformer that initiates the HE non-TB sounding sequence shall transmit the HE NDP Announcement frame with a single STA Info field, and the value in the AID11 field of that STA Info field shall be other than 2047 and set to the AID of the STA identified by the RA field or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS member STA.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 38 of 93 PageID #: 594

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.  The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V

| | |
|---|---|
| | for use by a transmit beamformer to determine steering matrices Q." (describing the content of the channel estimate)). |
| [5c] forming a beamformed channel by the transmitter based on the received channel estimate. | The Accused Products form a beamformed channel by the transmitter based on the received channel estimate.<br><br>The Accused Products are high-efficiency beamformees and beamformers and transmit and receive data using a beamformed channel.<br><br>high-efficiency (HE) beacon: A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).<br><br>high-efficiency (HE) beamformee: An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.<br><br>high-efficiency (HE) beamformer: An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.<br><br>IEEE 802.11ax-2021 § 3.2 (emphasis added).<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, …, Nc for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.3 (emphasis added) (The Accused Products "use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions."). |

| [6] The method as described in claim 5, wherein the transmitting is iteratively performed by the transmitter in different directions until an acknowledgment is received at the transmitter that the sounding packet has been received by the receiver. | The Accused Products perform the method of claim 5, wherein the transmitting is iteratively performed by the transmitter in different directions until an acknowledgment is received at the transmitter that the sounding packet has been received by the receiver.<br><br>The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report."<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.<br><br>The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>This Accused Products receive from the receiver a feedback report which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate. The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver. The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs). |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets.  For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames.

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|---|---|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

Page 40 of 92

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.



An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

An HE beamformer that initiates the HE non-TB sounding sequence shall transmit the HE NDP Announcement frame with a single STA Info field, and the value in the AID11 field of that STA Info field shall be other than 2047 and set to the AID of the STA identified by the RA field or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS member STA.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested.  The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V

| | |
|---|---|
| | for use by a transmit beamformer to determine steering matrices Q." (describing the content of the channel estimate)). |
| [7] The method as described in claim 5, wherein the different directions are defined through different predefined spatial mapping matrices that are stored at the transmitter. | The Accused Products perform the method of claim 5, wherein the different directions are defined through different predefined spatial mapping matrices that are stored at the transmitter.<br><br>The Accused Products, in compliance with the 802.11ax Standard, use the mapping matrices, $Q_k$, and use different angles, $\phi$ and $\psi$, for each predefined spatial mapping matrix. The use of different angles allows transmission in different directions.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The spatial mapping matrices ($Q_k$, $P_{HE\text{-}LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space. |

**27.3.11.10 HE-LTF field**

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE-LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

| | |
|---|---|
| [8a] The method as described in claim 5, wherein the transmitting includes: using a predefined | The Accused Products perform the method of claim 5, wherein the transmitting includes using a predefined spatial mapping matrix to perform the beamforming. |

| | |
|---|---|
| spatial mapping matrix to perform the beamforming; and | The Accused Products use a predefined spatial mapping matrix to perform beamforming. The 802.11ax Standard specifies that the HE-LTFs used in sounding and beamforming are generated by applying predefined spatial mapping matrices (*e.g.*, $P_{HE\text{-}LTF}$, Q). These matrices define how streams are mapped across transmit antennas to create different beamformed directions. <br><br> **27.3.11.10 HE-LTF field** <br><br> The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected. <br><br> IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [8b] The method as described in claim 5, wherein the transmitting includes: selecting another predefined spatial mapping matrix when the transmitter determines that the sounding packet has not been received by the receiver. | The Accused Products perform the method of claim 5, wherein the transmitting includes selecting another predefined spatial mapping matrix when the transmitter determines that the sounding packet has not been received by the receiver. <br><br> The Accused Products select another predefined spatial mapping matrix when the transmitter determines that the sounding packet has not been received by the receiver. The 802.11ax Standard requires acknowledgment and retransmission procedures for sounding packets. If the receiver does not acknowledge the transmission, the transmitter must retransmit, which involves selecting another spatial mapping (direction) from the predefined, stored set. |

**10.3.2.13.3 Acknowledgment procedure for UL MU transmission**

An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with Normal Ack or Implicit BAR ack policy or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5) or an HE MU PPDU (see 26.4.4.6). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU, or HE MU PPDU. After the reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame, or Multi-STA BlockAck frame.

IEEE 802.11ax-2021 § 10.3.2.13.3 (emphasis added).

**26.5.4.4 Retransmission procedure for UORA**

A non-AP STA whose HE TB PPDU transmission sent in an RA-RU of a Trigger frame is unsuccessful, may attempt to retransmit the failed PPDU using EDCA or as a response to a Trigger frame.

If the HE TB PPDU is not successfully transmitted in the selected RA-RU, then the non-AP STA shall update its OCW to $2 \times OCW + 1$ when the OCW is less than the value of $OCWmax$, and shall randomly select its OBO counter in the range of 0 and OCW. Once the OCW reaches $OCWmax$ for successive retransmission attempts, the OCW shall remain at the value of $OCWmax$ until the OCW is reset as described in 26.5.4.3.

A non-AP STA shall update its OCW value under the condition that the updated OCW remains in the range $OCWmin$ to $OCWmax$ obtained from the most recently received UORA Parameter Set element (see 9.4.2.250). If the updated OCW becomes greater than $OCWmax$ as a consequence of receiving a modified UORA Parameter Set element, then the non-AP STA shall set the value of OCW to the new $OCWmax$ value.

IEEE 802.11ax-2021 § 26.5.4.4.

| [9] The method as described in claim 8, wherein the transmitter determines that the sounding packet has not been received by the receiver when an acknowledgment has not been received at the transmitter from the receiver. | The Accused Products perform the method of claim 8, wherein the transmitter determines that the sounding packet has not been received by the receiver when an acknowledgment has not been received at the transmitter from the receiver.<br><br>The Accused Products determine that the sounding packet has not been received when an acknowledgement has not been received. The 802.11ax Standard requires that frames requiring acknowledgment must be immediately acknowledged by the receiver.<br><br>**10.3.2.13.3 Acknowledgment procedure for UL MU transmission**<br><br>An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with Normal Ack or Implicit BAR ack policy or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5) or an HE MU PPDU (see 26.4.4.6). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU, or HE MU PPDU. After the reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame, or Multi-STA BlockAck frame.<br><br>IEEE 802.11ax-2021 § 10.3.2.13.3 (emphasis added).<br><br>Further, the sounding procedure incorporates these acknowledgement rules. |

| | |
|---|---|
| | **26.5.4.4 Retransmission procedure for UORA**<br><br>A non-AP STA whose HE TB PPDU transmission sent in an RA-RU of a Trigger frame is unsuccessful, may attempt to retransmit the failed PPDU using EDCA or as a response to a Trigger frame.<br><br>If the HE TB PPDU is not successfully transmitted in the selected RA-RU, then the non-AP STA shall update its OCW to $2 \times OCW + 1$ when the OCW is less than the value of *OCWmax*, and shall randomly select its OBO counter in the range of 0 and OCW. Once the OCW reaches *OCWmax* for successive retransmission attempts, the OCW shall remain at the value of *OCWmax* until the OCW is reset as described in 26.5.4.3.<br><br>A non-AP STA shall update its OCW value under the condition that the updated OCW remains in the range *OCWmin* to *OCWmax* obtained from the most recently received UORA Parameter Set element (see 9.4.2.250). If the updated OCW becomes greater than *OCWmax* as a consequence of receiving a modified UORA Parameter Set element, then the non-AP STA shall set the value of OCW to the new *OCWmax* value.<br><br>IEEE 802.11ax-2021 § 26.5.4.4. |
| [10] The method as described in claim 5, wherein the forming includes generating a steering matrix using the channel estimate. | The Accused Products perform the method of claim 5, wherein the forming includes generating a steering matrix using the channel estimate.<br><br>The below excerpt shows, for DL MU-MIMO beamforming, the Accused Products calculate a steering matrix using the channel estimate. |

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 50 of 93 PageID #:
606

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

**27.3.16.3 CQI feedback**

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.").

The 802.11ax Standard specifies that after the receiver provides feedback containing the channel estimate (*i.e.*, compressed beamforming matrix V), the transmitter must use this information to generate the steering matrix Q.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | **26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix. |
| | IEEE 802.11ax-2021 § 26.7.1. |
| [12PRE]    An    apparatus comprising: | The Defendant and its customers directly infringe claim 12 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed apparatus in the United States.  In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus comprising each of the limitations of one or more of the claims of the '870 patent, including claim 12, into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '870 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Accused Products constitute an apparatus. |
| [12a] one or more antennas configured for directional transmissions; | The Accused Products comprise one or more antennas configured for directional transmissions.<br><br>The 802.11ax Standard requires multiple transmit antennas for MIMO and beamforming operations. The directional nature of these transmissions is evident from the application of spatial mapping matrices to the transmit antennas.<br><br>**26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added). |

| | |
|---|---|
| | Further, the standard specifies that spatial mapping matrices (Q) are applied across transmit antennas to shape transmissions in particular directions:<br><br>steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \le u \le N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>**27.3.16.3 CQI feedback**<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific."). |
| [12b] memory configured to maintain a codebook having predefined spatial mapping matrices useful for beamforming; and | The Accused Products comprise memory configured to maintain a codebook having predefined spatial mapping matrices useful for beamforming.<br><br>The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |

> **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.
>
> **high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{HE\text{-}LTF}$, across the spatial streams being sounded. This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

$A^k_{\text{HE-LTF}}$ is given by Equation (27-55).

$$A^k_{\text{HE-LTF}} = \begin{cases} R_{\text{HE-LTF}}, \text{ if } k \in K_{\text{Pilot}} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{\text{HE-LTF}}, \text{ otherwise} \end{cases} \qquad (27\text{-}55)$$

where

$K_{\text{Pilot}}$    is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{\text{HE-LTF}}$   is a $N_{\text{HE-LTF}} \times N_{\text{HE-LTF}}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{\text{HE-LTF}}\right]_{m,n} = \left[P_{\text{HE-LTF}}\right]_{1,n}, 1 \leq m, n \leq N_{\text{HE-LTF}} \qquad (27\text{-}56)$$

$P_{\text{HE-LTF}}$   is defined in Equation (27-57)

$$P_{\text{HE-LTF}} = \begin{cases} P_{4\times4}, N_{\text{HE-LTF}} = 1, 2, 4 \\ P_{6\times6}, N_{\text{HE-LTF}} = 6 \\ P_{8\times8}, N_{\text{HE-LTF}} = 8 \end{cases} \qquad (27\text{-}57)$$

where $P_{4\times4}$ is defined in Equation (19-27), $P_{6\times6}$ is defined in Equation (21-44), and $P_{8\times8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r^{(i_{Seg}, i_{TX})}_{\text{HE-LTF}}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{\text{HE-LTF}}-1} w_{T_{\text{HE-LTF}}}(t - nT_{\text{HE-LTF}}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{\text{HE-LTF}}|} \qquad (27\text{-}58)$$

$$\sum_{k \in k_r} \eta_{\text{HE-LTF},k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[Q_k^{(i_{Seg})}\right]_{i_{TX}, (M_{r,u}+m)} \left[A^k_{\text{HE-LTF}}\right]_{(M_{r,u}+m),(n+1)} \overset{HELTF"_{k,u,m}}{\phantom{x}} \right.$$
$$\left. \cdot \exp(j2\pi k\Delta_{F,\text{HE}}(t - nT_{\text{HE-LTF-SYM}} - T_{GI,\text{HE-LTF}} - T_{CS,\text{HE}}(M_{r,u}+m))) \right)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

| | |
|---|---|
| | predefined orthogonal codes).<br><br>These matrices are stored in a codebook at the transmitter.<br><br>The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The Accused Products store these predefined HE-LTF sequences and the $P_{\text{HE-LTF}}$ mapping matrix in the Accused Products' memory.  The predefined HE-LTF and $P_{\text{HE-LTF}}$ mapping matrix are applied to generate the HE Sounding NDP. |



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:

— Uses the HE SU PPDU format but without the Data field
— Has a PE field that is 4 µs in duration

IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{HE-LTF}$, applies to the HE Sounding NDP.).

The Accused Products store the predefined spatial mapping matrices ($P_{HE-LTF}$) in memory at the transmitter. The 802.11ax Standard requires that the preamble of an HE transmission include HE-LTF symbols in which the data tones are multiplied by entries of a matrix $P_{HE-LTF}$. *See* IEEE 802.11ax-2021 § 27.3.11.10 ("An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver.").

Because the Accused Products must repeatedly apply the same $P_{HE-LTF}$ matrices across transmissions, the matrices are necessarily stored and maintained in the Accused Products' memory. This storage is required for compliance with the standard.

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{STS}$) being sounded ($N_{HE-LTF} \geq N_{STS}$). Each HE-LTF symbol, combined with the application of the $P_{HE-LTF}$ matrix, effectively

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 58 of 93 PageID #: 614

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| | probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{HE\text{-}LTF}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{HE\text{-}LTF}$ mapping used for the sounding has been probed.<br><br>The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.<br><br>In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE\text{-}LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE\text{-}LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE\text{-}LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$.<br><br>IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [12c] a transmission controller configured to: | The Accused Products comprise a transmission controller. |

| | |
|---|---|
| | The 802.11ax Standard specifies that the transmitter maintains TXVECTOR and BEAM_CHANGE parameters and uses them to control the formation and transmission of PPDUs, including the selection of beamforming matrices, the number of spatial streams, and whether beam changes occur.<br><br>**26.11.3 BEAM_CHANGE**<br><br>An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).<br><br>An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:<br>— The number of spatial streams is greater than 2.<br>— The PPDU is the first PPDU in a TXOP.<br>— The PPDU carries a Trigger frame.<br><br>IEEE 802.11ax-2021 § 26.11.3. |
| [12c(i)]    a    transmission controller    configured    to: iteratively  transmit  via  the one   or   more   antennas sounding packets in different directions                using beamforming until a channel estimate is received; | The Accused Products comprise a transmission controller configured to iteratively transmit via the one or more antennas sounding packets in different directions using beamforming until a channel estimate is received.<br><br>The 802.11ax Standard specifies that the beamformer transmits HE sounding NDPs using different spatial mapping matrices (*i.e.*, different directions).  The TXVECTOR and BEAM_CHANGE parameters control the transmission direction. |

**26.7.3 Rules for HE sounding protocol sequences**

An HE non-TB sounding sequence is initiated by an HE beamformer with an individually addressed HE NDP Announcement frame comprising exactly one STA Info field, followed after SIFS by an HE sounding NDP. The HE beamformee responds after SIFS with an HE Compressed Beamforming/CQI frame.

The AID11 subfield of the STA Info field shall be set to the AID of the STA identified by the RA field of the HE NDP Announcement frame, or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS STA.

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.



**Figure 26-7—Example of HE non-TB sounding**

IEEE 802.11ax-2021 § 26.7.3.

**26.11.3 BEAM_CHANGE**

<mark>An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF</mark> (see Table 27-1).

An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:
— The number of spatial streams is greater than 2.
— The PPDU is the first PPDU in a TXOP.
— The PPDU carries a Trigger frame.

IEEE 802.11ax-2021 § 26.11.3 (emphasis added).

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 61 of 93 PageID #: 617

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | |
|---|---|
| [12c(ii)] a transmission controller configured to: receive the channel estimate from a receiver responsive to one of the sounding packets; and | The Accused Products comprise a transmission controller configured to receive the channel estimate from a receiver responsive to one of the sounding packets.<br><br>The Accused Products receive from the receiver (beamformee) a channel estimate in the form of compressed beamforming feedback in response to the transmitted sounding NDP.<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>**9.4.1.65 HE Compressed Beamforming Report field**<br><br>The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.<br><br>IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added). |
| [12c(iii)] a transmission controller configured to: form a beamformed channel with the one or more antennas based on the received channel estimate. | The Accused Products comprise a transmission controller configured to form a beamformed channel with the one or more antennas based on the received channel estimate.<br><br>Once the channel estimate feedback is received, the transmitter forms the steering matrix and applies it to subsequent transmissions, thus establishing a beamformed channel based on the channel estimate received from the receiver. |

| | |
|---|---|
| | **26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added). |
| [13] The apparatus as recited in claim 12, wherein the transmission controller is further configured to form the beamformed channel by generating a steering matrix using the channel estimate. | The Accused Products comprise an apparatus recited in claim 12, the method of claim 5, wherein the transmission controller is further configured to form the beamformed channel by generating a steering matrix using the channel estimate.<br><br>The below excerpt shows, for DL MU-MIMO beamforming, the Accused Products calculate a steering matrix using the channel estimate. |

steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ $(0 \leq u \leq N_{user,r}-1)$ in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

### 27.3.16.3 CQI feedback

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream $1, \ldots, Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix Q_k is implementation specific.").

The 802.11ax Standard specifies that after the receiver provides feedback containing the channel estimate (*i.e.*, compressed beamforming matrix V), the transmitter must use this information to generate the steering matrix Q.

| | |
|---|---|
| | **26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1. |
| [14] The apparatus as recited in claim 12, wherein each of the predefined spatial mapping matrices is configured to transmit using a different direction respectively. | The Accused Products comprise an apparatus recited in claim 12, wherein each of the predefined spatial mapping matrices is configured to transmit using a different direction respectively.<br><br>The Accused Products, in compliance with the 802.11ax Standard, use the mapping matrices, $Q_k$, and use different angles, $\phi$ and $\psi$, for each predefined spatial mapping matrix. The use of different angles allows transmission in different directions.<br><br>The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.<br><br>After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |

| | |
|---|---|
| | The spatial mapping matrices ($Q_k$, $P_{HE\text{-}LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space. <br><br> **27.3.11.10 HE-LTF field** <br><br> The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected. <br><br> IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). <br><br> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined. <br><br> IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added). |
| [16PRE]    A    system comprising: | The Defendant and its customers directly infringe claim 16 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed system in the United States. In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products |

| | |
|---|---|
| | domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing systems comprising each of the limitations of one or more of the claims of the '870 patent, including claim 16, into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '870 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Accused Products constitute systems. |
| [16a] one or more antennas configured for directional transmissions; | The Accused Products comprise one or more antennas configured for directional transmissions.<br><br>The 802.11ax Standard requires multiple transmit antennas for MIMO and beamforming operations.<br><br>The directional nature of these transmissions is evident from the application of spatial mapping matrices to the transmit antennas. |

### 26.7 HE sounding protocol

#### 26.7.1 General

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

Further, the standard specifies that spatial mapping matrices (Q) are applied across transmit antennas to shape transmissions in particular directions:

steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

**27.3.16.3 CQI feedback**

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream $1, \ldots, Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.").

| | |
|---|---|
| [16b] memory configured to maintain a codebook having predefined spatial mapping matrices; and | The Accused Products comprise memory configured to maintain a codebook having predefined spatial mapping matrices.<br><br>The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |

**high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.

**high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

**high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{\text{HE-LTF}}$, across the spatial streams being sounded. This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams.

$A_{\text{HE-LTF}}^{k}$ is given by Equation (27-55).

$$A_{\text{HE-LTF}}^{k} = \begin{cases} R_{\text{HE-LTF}}, & \text{if } k \in K_{\text{Pilot}} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{\text{HE-LTF}}, & \text{otherwise} \end{cases} \quad (27\text{-}55)$$

where

$K_{\text{Pilot}}$    is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{\text{HE-LTF}}$    is a $N_{\text{HE-LTF}} \times N_{\text{HE-LTF}}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{\text{HE-LTF}}\right]_{m,n} = \left[P_{\text{HE-LTF}}\right]_{1,n}, \quad 1 \le m, n \le N_{\text{HE-LTF}} \quad (27\text{-}56)$$

$P_{\text{HE-LTF}}$    is defined in Equation (27-57)

$$P_{\text{HE-LTF}} = \begin{cases} P_{4 \times 4}, & N_{\text{HE-LTF}} = 1, 2, 4 \\ P_{6 \times 6}, & N_{\text{HE-LTF}} = 6 \\ P_{8 \times 8}, & N_{\text{HE-LTF}} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r_{\text{HE-LTF}}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{\text{HE-LTF}}-1} w_{T_{\text{HE-LTF}}}(t - nT_{\text{HE-LTF}}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{\text{HE-LTF}}|} \quad (27\text{-}58)$$

$$\sum_{k \in K_r} \eta_{\text{HE-LTF},k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[Q_k^{(i_{Seg})}\right]_{i_{TX},(M_{r,u}+m)} \left[A_{\text{HE-LTF}}^{k}\right]_{(M_{r,u}+m),(n+1)} HELTF''_{k,u,m} \right.$$

$$\left. \cdot \exp(j2\pi k \Delta_{F,\text{HE}}(t - nT_{\text{HE-LTF-SYM}} - T_{GI,\text{HE-LTF}} - T_{CS,\text{HE}}(M_{r,u}+m))) \right)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 71 of 93 PageID #:
627

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

|  | predefined orthogonal codes).<br><br>These matrices are stored in a codebook at the transmitter.<br><br>> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The Accused Products store these predefined HE-LTF sequences and the $P_{HE\text{-}LTF}$ mapping matrix in the Accused Products' memory. The predefined HE-LTF and $P_{HE\text{-}LTF}$ mapping matrix are applied to generate the HE Sounding NDP. |



IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{HE-LTF}$, applies to the HE Sounding NDP.).

The Accused Products store the predefined spatial mapping matrices ($P_{HE-LTF}$) in memory at the transmitter. The 802.11ax Standard requires that the preamble of an HE transmission include HE-LTF symbols in which the data tones are multiplied by entries of a matrix $P_{HE-LTF}$. *See* IEEE 802.11ax-2021 § 27.3.11.10 ("An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver.").

Because the Accused Products must repeatedly apply the same $P_{HE-LTF}$ matrices across transmissions, the matrices are necessarily stored and maintained in the Accused Products' memory. This storage is required for compliance with the standard.

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{STS}$) being sounded ($N_{HE-LTF} \geq N_{STS}$). Each HE-LTF symbol, combined with the application of the $P_{HE-LTF}$ matrix, effectively

| | |
|---|---|
| | probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{HE\text{-}LTF}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{HE\text{-}LTF}$ mapping used for the sounding has been probed. |
| | The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected. <br><br> In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE\text{-}LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE\text{-}LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE\text{-}LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$. <br><br> IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [16c]    a    transmission controller configured to: | The Accused Products comprise a transmission controller. |

| | |
|---|---|
| | The 802.11ax Standard specifies that the transmitter maintains TXVECTOR and BEAM_CHANGE parameters and uses them to control the formation and transmission of PPDUs, including the selection of beamforming matrices, the number of spatial streams, and whether beam changes occur.<br><br>**26.11.3 BEAM_CHANGE**<br><br>An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).<br><br>An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:<br><br>— The number of spatial streams is greater than 2.<br>— The PPDU is the first PPDU in a TXOP.<br>— The PPDU carries a Trigger frame.<br><br>IEEE 802.11ax-2021 § 26.11.3. |
| [16c(i)] a transmission controller configured to: directionally transmit, via the one or more antennas, a sounding packet to a receiver using one of the predefined spatial mapping matrices; and | The Accused Products comprise a transmission controller configured to directionally transmit, via the one or more antennas, a sounding packet to a receiver using one of the predefined spatial mapping matrices.<br><br>The Accused Products practice iterative MIMO transmissions using different spatial mapping matrices for each transmission attempt. |

> Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.
>
> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products transmit an HE sounding NDP (Null Data Packet) with a number of space-time streams (NSTS) as an initial training packet.

> The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.
>
> The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.
>
> Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

The Accused Products use a predefined spatial mapping matrix to probe the wireless channel. After sounding, the Accused Products transmit subsequent data packets using a beamformed spatial mapping matrix. In compliance with the 802.11ax Standard, the Accused Products transmit a PPDU using a beamforming steering matrix.

> **high-efficiency (HE) beacon:** A Beacon frame transmitted in a HE single-user (SU) physical layer (PHY) protocol data unit (PPDU).
>
> **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.
>
> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.

IEEE 802.11ax-2021 § 3.2 (emphasis added).

The Accused Products use a different predefined matrix (a beamforming steering matrix) to transmit subsequent data packets. The Accused Products, in compliance with the 802.11ax Standard, use the feedback matrix from the receiver to select the steering matrix $Q_k$ for the next data transmission.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

| | After each sounding exchange, the Accused Products select a new spatial matrix for subsequent packets. By transmitting one packet using a first spatial matrix (*e.g.*, the sounding packet) and then transmitting another packet using a second, different spatial matrix (the selected beamforming matrix), the Accused Products perform iterative transmissions with different predefined spatial mapping matrices. |
|---|---|



An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields, followed after a SIFS by an HE sounding NDP, followed after a SIFS by a BFRP Trigger frame. Each HE beamformee responds after a SIFS with an HE Compressed Beamforming/CQI frame.

An example of an HE TB sounding sequence with more than one HE beamformee is shown in Figure 26-8.

**Figure 26-8—Example of HE TB sounding**

An HE beamformer that initiates an HE TB sounding sequence shall transmit the HE NDP Announcement frame with two or more STA Info fields and the RA field set to the broadcast address.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added) ("An HE TB sounding sequence is initiated by an HE beamformer with a broadcast HE NDP Announcement frame with two or more STA Info fields." (describes sounding sequence initiation)).

The spatial mapping matrices ($Q_k$, $P_{HE-LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space.

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 79 of 93 PageID #: 635

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

### 27.3.11.10 HE-LTF field

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE-LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

| [16c(ii)] a transmission controller configured to:<br><br>(a) select another one of the predefined | The Accused Products comprise a transmission controller configured to select another one of the predefined spatial mapping matrices to directionally retransmit the sounding packet in a different direction when it is determined that the sounding packet has not been received by the receiver. |
| --- | --- |

| | |
|---|---|
| spatial mapping matrices to directionally retransmit the sounding packet in a different direction when it is determined that the sounding packet has not been received by the receiver; or<br><br>(b) form a beamformed channel based on a channel estimate obtained from the receiver responsive to the sounding packet. | The Accused Products select another predefined spatial mapping matrix when the transmitter determines that the sounding packet has not been received by the receiver.  The 802.11ax Standard requires acknowledgment and retransmission procedures for sounding packets.  If the receiver does not acknowledge the transmission, the transmitter must retransmit, which involves selecting another spatial mapping (direction) from the predefined, stored set.<br><br>**10.3.2.13.3 Acknowledgment procedure for UL MU transmission**<br><br>An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with Normal Ack or Implicit BAR ack policy or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5) or an HE MU PPDU (see 26.4.4.6). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU, or HE MU PPDU. After the reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame, or Multi-STA BlockAck frame.<br><br>IEEE 802.11ax-2021 § 10.3.2.13.3 (emphasis added). |

**26.5.4.4 Retransmission procedure for UORA**

A non-AP STA whose HE TB PPDU transmission sent in an RA-RU of a Trigger frame is unsuccessful, may attempt to retransmit the failed PPDU using EDCA or as a response to a Trigger frame.

If the HE TB PPDU is not successfully transmitted in the selected RA-RU, then the non-AP STA shall update its OCW to $2 \times OCW + 1$ when the OCW is less than the value of *OCWmax*, and shall randomly select its OBO counter in the range of 0 and OCW. Once the OCW reaches *OCWmax* for successive retransmission attempts, the OCW shall remain at the value of *OCWmax* until the OCW is reset as described in 26.5.4.3.

A non-AP STA shall update its OCW value under the condition that the updated OCW remains in the range *OCWmin* to *OCWmax* obtained from the most recently received UORA Parameter Set element (see 9.4.2.250). If the updated OCW becomes greater than *OCWmax* as a consequence of receiving a modified UORA Parameter Set element, then the non-AP STA shall set the value of OCW to the new *OCWmax* value.

IEEE 802.11ax-2021 § 26.5.4.4.

The Accused Products comprise a transmission controller also configured to form a beamformed channel based on a channel estimate obtained from the receiver responsive to the sounding packet.

The Accused Products receive from the receiver (beamformee) a channel estimate in the form of compressed beamforming feedback in response to the transmitted sounding NDP.

**26.7.1 General**

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

<table>
<tr><td></td><td>

**9.4.1.65 HE Compressed Beamforming Report field**

The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

Once the channel estimate feedback is received, the transmitter forms the steering matrix and applies it to subsequent transmissions, thus establishing a beamformed channel based on the channel estimate received from the receiver.

**26.7.1 General**

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

</td></tr>
<tr><td>

[17] The system as described in claim 16, wherein the transmission controller is further configured to iteratively transmit the sounding packet using different predefined spatial

</td><td>

The Accused Products are systems described in claim 16, wherein the transmission controller is further configured to iteratively transmit the sounding packet using different predefined spatial mapping matrices until an acknowledgment is received from the receiver.

The beamformee (the receiver) sends a channel estimate based on the received training packet and returns this information to the Accused Products. The Accused Products, in compliance with the

</td></tr>
</table>

| | |
|---|---|
| mapping matrices until an acknowledgment is received from the receiver. | 802.11ax Standard, receive from the "HE beamformee . . . an estimate of the channel state in an HE Compressed Beamforming report."<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.<br><br>The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>This Accused Products receive from the receiver a feedback report which contains the channel state information (CSI) in the form of a compressed beamforming matrix $V$, which represents the channel estimate.  The Accused Products, in compliance with the 802.11ax Standard, use a beamforming feedback matrix $V$ that is sent by the receiver.  The Accused Products receive, from the receiver, channel estimates responsive to the iteratively transmitted packets (*e.g.*, HE sounding NDPs or data packets containing HE-LTFs).<br><br>The Accused Products, in compliance with the 802.11ax Standard, receive channel state information from receiver(s) based on sounding packets.  For example, the Accused Products, in compliance with the 802.11ax Standard, receive HE Compressed Beamforming/CQI frames. |

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 84 of 93 PageID #:
640

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

The HE Compressed Beamforming/CQI frame is an Action No Ack frame of category HE. The Action field of an HE Compressed Beamforming/CQI frame contains the information shown in Table 9-526b.

**Table 9-526b—HE Compressed Beamforming/CQI frame Action field format**

| Order | Information |
|-------|-------------|
| 1 | Category |
| 2 | HE Action |
| 3 | HE MIMO Control (see 9.4.1.64) |
| 4 | HE Compressed Beamforming Report (see 9.4.1.65) |
| 5 | HE MU Exclusive Beamforming Report (see 9.4.1.66) |
| 6 | HE CQI Report (see 9.4.1.67) |

The Category field is defined in Table 9-51.

The HE Action field is defined in Table 9-526a.

The presence and contents of the HE Compressed Beamforming Report field, HE MU Exclusive Beamforming Report field and HE CQI Report field are dependent on the values of the Feedback Type subfield of the HE MIMO Control field (see 9.4.1.65, 9.4.1.66, and 9.4.1.67).

IEEE 802.11ax-2021 § 9.6.31.2 (emphasis added) (These frames carry the HE Compressed Beamforming Report field (§ 9.4.1.65), HE MU Exclusive Beamforming Report field (§ 9.4.1.66), and/or HE CQI Report field (§ 9.4.1.67), which contain the channel estimates.).

The Accused Products receive channel estimates from the receiver wherein the channel estimates are responsive to the transmission of the sounding packet (*e.g.*, HE sounding NDP), which contains HE-LTFs constructed using the predefined matrices. *See, e.g.*, the HE non-TB sounding sequence in Figure 26-7 and HE TB sounding sequence in Figure 26-8.



An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.

**Figure 26-7—Example of HE non-TB sounding**

An HE beamformer that initiates the HE non-TB sounding sequence shall transmit the HE NDP Announcement frame with a single STA Info field, and the value in the AID11 field of that STA Info field shall be other than 2047 and set to the AID of the STA identified by the RA field or to 0 if the STA identified by the RA field is a mesh STA, AP, or IBSS member STA.

IEEE 802.11ax-2021 § 26.7.3 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products receive from the receiver "channel estimates" or "feedback" after receiving the beamformer's training data (*e.g.*, HE sounding NDP). The format and content of these frames received by the Accused Products include beamforming matrices and SNR information - channel estimates.

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 86 of 93 PageID #: 642

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

> The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.
>
> The size of the HE CQI Report field depends on the values in the HE MIMO Control field. The HE CQI Report field contains HE CQI Report information. HE CQI Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates CQI feedback. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE CQI Report field does not include information for tones that are included within 26-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.67 (emphasis added) (The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link." (describing "average SNRs" and "quality of the link")).

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added) ("The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices V

for use by a transmit beamformer to determine steering matrices Q." (describing the content of the channel estimate)).

The Accused Products, in compliance with the 802.11ax Standard, use the mapping matrices, $Q_k$, and use different angles, $\phi$ and $\psi$, for each predefined spatial mapping matrix. The use of different angles allows transmission in different directions.

> The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.
>
> After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,t}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \le u \le N_{user,t}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

The spatial mapping matrices ($Q_k$, $P_{HE\text{-}LTF}$) are applied to streams before transmission; their columns/rows correspond to different orthogonal directions in the transmit antenna space.

**27.3.11.10 HE-LTF field**

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_{\psi}$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).

| | |
|---|---|
| [18] The system as described in claim 16, wherein the transmission controller is further configured to repeatedly transmit the | The Accused Products are systems described in claim 16, wherein the transmission controller is further configured to repeatedly transmit the sounding packet using different predefined spatial mapping matrices until the channel estimate is received. |

| | |
|---|---|
| sounding packet using different predefined spatial mapping matrices until the channel estimate is received. | The High Efficiency (HE) sounding protocol in the 802.11ax Standard requires the beamformer (transmitter utilizing the transmission controller) to transmit sounding packets (HE NDPs) that are constructed using the HE-LTF fields. These HE-LTFs are generated by applying the predefined $P_{HE-LTF}$ spatial mapping matrices. Each column/row of the matrix corresponds to a different orthogonal spatial dimension, and is thus a different predefined spatial mapping matrix. The receiver measures the channel from each of these and then sends back the channel estimate in the form of a compressed beamforming/CQI report.<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added). |

Case 5:26-cv-00101-RWS    Document 1-16    Filed 07/30/26    Page 90 of 93 PageID #: 646

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).

If the sounding exchange is unsuccessful (*i.e.*, there is no channel estimate/feedback report received by the transmitter), the transmitter will retransmit repeatedly until the feedback report with the channel estimate is received.

**26.5.4.4 Retransmission procedure for UORA**

A non-AP STA whose HE TB PPDU transmission sent in an RA-RU of a Trigger frame is unsuccessful, may attempt to retransmit the failed PPDU using EDCA or as a response to a Trigger frame.

If the HE TB PPDU is not successfully transmitted in the selected RA-RU, then the non-AP STA shall update its OCW to $2 \times OCW + 1$ when the OCW is less than the value of *OCWmax*, and shall randomly select its OBO counter in the range of 0 and OCW. Once the OCW reaches *OCWmax* for successive retransmission attempts, the OCW shall remain at the value of *OCWmax* until the OCW is reset as described in 26.5.4.3.

A non-AP STA shall update its OCW value under the condition that the updated OCW remains in the range *OCWmin* to *OCWmax* obtained from the most recently received UORA Parameter Set element (see 9.4.2.250). If the updated OCW becomes greater than *OCWmax* as a consequence of receiving a modified UORA Parameter Set element, then the non-AP STA shall set the value of OCW to the new *OCWmax* value.

IEEE 802.11ax-2021 § 26.5.4.4.

| [19] The system as described in claim 16, wherein the transmission controller is further configured to form the beamformed channel by generating a steering matrix using the channel estimate. | The Accused Products are systems described in claim 16, wherein the transmission controller is further configured to form the beamformed channel by generating a steering matrix using the channel estimate. |
|---|---|
| | The below excerpt shows, for DL MU-MIMO beamforming, the Accused Products calculate a steering matrix using the channel estimate. |

<div style="margin-left:2em">

steering matrix $Q_k$. **For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix** $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

**27.3.16.3 CQI feedback**

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

</div>

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix... The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.").

The 802.11ax Standard specifies that after the receiver provides feedback containing the channel estimate (*i.e.*, compressed beamforming matrix V), the transmitter must use this information to generate the steering matrix Q.

| | |
|---|---|
| | **26.7 HE sounding protocol**<br><br>**26.7.1 General**<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>IEEE 802.11ax-2021 § 26.7.1. |
| [20] The system as described in claim 16, wherein the transmission controller is further configured to determine that the sounding packet has not been received by the receiver when an acknowledgment has not been received. | The Accused Products are systems as described in Claim 16, wherein the transmission controller is further configured to determine that the sounding packet has not been received by the receiver when an acknowledgment has not been received.<br><br>The Accused Products determine that the sounding packet has not been received when an acknowledgement has not been received.  The 802.11ax Standard requires that frames requiring acknowledgment must be immediately acknowledged by the receiver. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 8,213,870

**10.3.2.13.3 Acknowledgment procedure for UL MU transmission**

An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with Normal Ack or Implicit BAR ack policy or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5) or an HE MU PPDU (see 26.4.4.6). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU, or HE MU PPDU. After the reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame, or Multi-STA BlockAck frame.

IEEE 802.11ax-2021 § 10.3.2.13.3 (emphasis added).

Further, the sounding procedure incorporates these acknowledgement rules.

**26.5.4.4 Retransmission procedure for UORA**

A non-AP STA whose HE TB PPDU transmission sent in an RA-RU of a Trigger frame is unsuccessful, may attempt to retransmit the failed PPDU using EDCA or as a response to a Trigger frame.

If the HE TB PPDU is not successfully transmitted in the selected RA-RU, then the non-AP STA shall update its OCW to $2 \times OCW + 1$ when the OCW is less than the value of $OCWmax$, and shall randomly select its OBO counter in the range of 0 and OCW. Once the OCW reaches $OCWmax$ for successive retransmission attempts, the OCW shall remain at the value of $OCWmax$ until the OCW is reset as described in 26.5.4.3.

A non-AP STA shall update its OCW value under the condition that the updated OCW remains in the range $OCWmin$ to $OCWmax$ obtained from the most recently received UORA Parameter Set element (see 9.4.2.250). If the updated OCW becomes greater than $OCWmax$ as a consequence of receiving a modified UORA Parameter Set element, then the non-AP STA shall set the value of OCW to the new $OCWmax$ value.

IEEE 802.11ax-2021 § 26.5.4.4.