# Exhibit 19

## U.S. PATENT NO. 10,200,096
### BEAMFORMING USING PREDEFINED SPATIAL MAPPING MATRICES

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 10,200,096 (the "'096 patent") identified below are infringed.

Accused Products: The Accused Products are devices that practice the High Efficiency (HE) MAC and PHY features of the IEEE 802.11ax (Wi Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'096 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE]   A   method comprising: | To the extent the preamble is limiting, the '096 Accused Products perform a computer-implemented method for beamforming using matrices.<br><br>The Defendant and its customers directly infringe claim 1 of the '096 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States.  In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |

[1] This analysis is preliminary and subject to amendment.  Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products.  The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report.  Velocity has prepared these contentions before obtaining discovery in this action.  Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available.  Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

| | |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '096 patent into the United States. The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '096 patent through the use of 802.11ax or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] transmitting data packets to a receiver, the transmitting using predefined spatial mapping matrices stored in a memory and continuing until each of the predefined spatial mapping matrices is used; | The Accused Products transmit data packets to a receiver, the transmitting using predefined spatial mapping matrices stored in a memory and continuing until each of the predefined spatial mapping matrices is used.<br><br>The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |

| |
|---|
| **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.<br><br>**high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix.<br><br>**high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU).<br><br>IEEE 802.11ax-2021 § 3.2 (emphasis added).<br><br>The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{HE\text{-}LTF}$, across the spatial streams being sounded.  This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

$A_{HE\text{-}LTF}^{k}$ is given by Equation (27-55).

$$A_{HE\text{-}LTF}^{k} = \begin{cases} R_{HE\text{-}LTF}, & \text{if } k \in K_{Pilot} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{HE\text{-}LTF}, & \text{otherwise} \end{cases} \tag{27-55}$$

where

$K_{Pilot}$     is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{HE\text{-}LTF}$    is a $N_{HE\text{-}LTF} \times N_{HE\text{-}LTF}$ matrix whose elements are defined in Equation (27-56)

$$\left[R_{HE\text{-}LTF}\right]_{m,n} = \left[P_{HE\text{-}LTF}\right]_{1,n}, 1 \leq m, n \leq N_{HE\text{-}LTF} \tag{27-56}$$

$P_{HE\text{-}LTF}$   is defined in Equation (27-57)

$$P_{HE\text{-}LTF} = \begin{cases} P_{4\times4}, & N_{HE\text{-}LTF} = 1, 2, 4 \\ P_{6\times6}, & N_{HE\text{-}LTF} = 6 \\ P_{8\times8}, & N_{HE\text{-}LTF} = 8 \end{cases} \tag{27-57}$$

where $P_{4\times4}$ is defined in Equation (19-27), $P_{6\times6}$ is defined in Equation (21-44), and $P_{8\times8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r_{HE\text{-}LTF}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{HE\text{-}LTF}-1} w_{T_{HE\text{-}LTF}}(t - nT_{HE\text{-}LTF}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{HE\text{-}LTF}|} \tag{27-58}$$

$$\sum_{k \in k_r} \eta_{HE\text{-}LTF,k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[Q_k^{(i_{Seg})}\right]_{i_{TX}, (M_{r,u}+m)} \left[A_{HE\text{-}LTF}^{k}\right]_{(M_{r,u}+m),(n+1)} HELTF^{"}_{k,u,m} \right.$$
$$\left. \cdot \exp(j2\pi k\Delta_{F, HE}(t - nT_{HE\text{-}LTF\text{-}SYM} - T_{GI, HE\text{-}LTF} - T_{CS, HE}(M_{r,u}+m))) \right)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

predefined orthogonal codes).

The Accused Products store these predefined HE-LTF sequences and the $P_{\text{HE-LTF}}$ mapping matrix in the Accused Products' memory. The predefined HE-LTF and $P_{\text{HE-LTF}}$ mapping matrix are applied to generate the HE Sounding NDP.



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:
— Uses the HE SU PPDU format but without the Data field
— Has a PE field that is 4 µs in duration

IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{\text{HE-LTF}}$, applies to the HE Sounding NDP.).

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{\text{STS}}$) being sounded ($N_{\text{HE-LTF}} \geq N_{\text{STS}}$). Each HE-LTF symbol, combined with the application of the $P_{\text{HE-LTF}}$ matrix, effectively probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{\text{HE-LTF}}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{\text{HE-LTF}}$ mapping used for the sounding has been probed.

| | |
|---|---|
| | The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE-LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected. <br><br> In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE-LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT-LTF}$ replaced by $N_{HE-LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE-LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE-LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT-LTF}$ replaced by $N_{HE-LTF}$. |
| | IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added). |
| [1b] receiving, from the receiver, a quality of reception for each the predefined spatial mapping matrices; | The Accused Products receive, from the receiver, a quality of reception for each the predefined spatial mapping matrices. <br><br> The Accused Products receive feedback reports from the beamformee after the sounding process. Following the reception of the HE Sounding NDP by the Accused Products, the receiver (beamformee) calculates feedback based on channel quality determined during sounding. The channel quality data is transmitted to the beamformer. The quality of reception information contains information on the quality of the channel as probed by the HE-LTFs. Specifically, the Accused Products receive HE Compressed |

Beamforming Reports, which contain the average SNR of each space-time stream and compressed beamforming feedback matrices.

> The HE Compressed Beamforming Report field carries the average SNR of each space-time stream and compressed beamforming feedback matrices $V$ for use by a transmit beamformer to determine steering matrices $Q$, as described in 10.34.3 and 19.3.12.3.
>
> The size of the HE Compressed Beamforming Report field depends on the values in the HE MIMO Control field. The HE Compressed Beamforming Report field contains HE Compressed Beamforming Report information or successive (possibly zero-length) portions thereof in the case of segmented HE compressed beamforming/CQI report (see 26.7.4). HE Compressed Beamforming Report information is included in the HE compressed beamforming/CQI report if the Feedback Type subfield in the HE MIMO Control field indicates SU or MU. If the HE MIMO Control field contains a Disallowed Subchannel Bitmap subfield, then the HE Compressed Beamforming Report field does not include information for tones that are included within 242-tone RUs that are indicated as disallowed by the bitmap.

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

> **27.3.16.2 Beamforming feedback matrix $V$**
>
> Upon receipt of an HE sounding NDP, the beamformee computes a set of matrices for feedback to the beamformer as described in 21.3.11.2. The eligible beamformees shall remove the space-time stream CSD in Table 21-11 from the measured channel before computing a set of matrices for feedback to the beamformer.
>
> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) (Contains quantized angles representing the beamforming feedback matrix V computed by the beamformee.).

| | |
|---|---|
| | The Accused Products receive a Channel Quality Indication (CQI) report, which contains an average Signal-to-Noise Ratio (SNR) per spatial stream and/or per Resource Unit (RU).  The CQI received by the Accused Products contains the quality of reception for different spatial dimensions/frequency resources.<br><br>**27.3.16.3 CQI feedback**<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, …, $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.3.  *See id.* § 9.4.1.67 ("The HE CQI Report field carries the per-RU average SNRs of each space-time stream").<br><br>The Accused Products receive from the receiver the quality of reception for the predefined spatial matrix; this can occur in an HE Compressed Beamforming/CQI frame, which is sent in response to a BFRP Trigger frame (in HE TB Sounding) or is sent after the NDP (in HE non-TB Sounding). |

<table>
<tr><td></td><td>

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.

— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.

— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.

The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames.").

</td></tr>
<tr><td>

[1c] comparing the quality of reception for each of the predefined spatial mapping matrices;

</td><td>

The Accused Products compare the quality of reception for each of the predefined spatial mapping matrices.

The Accused Products compare the quality of reception when the beamformer processes the received feedback to determine the optimal transmit strategy. Upon receiving the feedback report, the beamformer analyzes the quality information. For example, if CQI (SNR) feedback is received, the Accused Products compare the SNR values reported for different spatial streams and/or RUs to understand which spatial dimensions or frequency resources offer better quality.

</td></tr>
</table>

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.3 (emphasis added) (The Accused Products "use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions.").

The Accused Products compare the quality of reception for each of the predefined spatial mapping matrices by comparing the compressed beamforming report, which contains V matrix angles. The Accused Products use the matrix(ces) to calculate the transmit steering matrix Q. The Accused Products, in comparing the quality of reception, calculate a Q value using the different spatial paths represented in feedback.

Control field (see 9.4.1.64). The compressed beamforming feedback matrix as defined in 19.3.12.3.6 is the only Clause 27 beamforming feedback matrix defined.

The beamformee shall generate the beamforming feedback matrices with the number of rows ($Nr$) equal to the $N_{STS}$ of the HE sounding NDP.

After receiving the angle information, $\phi(k,u)$ and $\psi(k,u)$, the beamformer reconstructs $V_{k,u}$ using Equation (19-79). For SU-MIMO beamforming, the beamformer uses the $V_{k,0}$ matrix to determine the steering matrix $Q_k$. For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ using $V_{k,u}$ and $\Delta SNR_{k,u}$ ($0 \leq u \leq N_{user,r}-1$) in order to suppress crosstalk between participating beamformees. The method used by the beamformer to calculate the steering matrix $Q_k$ is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added) ("For DL MU-MIMO beamforming, the beamformer may calculate a steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots$ in order to suppress crosstalk between participating beamformees.").

| [1d] selecting, based on a highest quality of reception, one of the predefined spatial mapping matrices; and | The Accused Products select, based on a highest quality of reception, one of the predefined spatial mapping matrices.<br><br>The Accused Products select based on a highest quality of reception by determining the transmit steering matrix Q based on the processed feedback. The Accused Products, based on the comparison/processing of the quality feedback, determine the spatial mapping matrix to use for subsequent data transmission. The Accused Products select *a* steering matrix $Q_k$ for each subcarrier k (or group of subcarriers) to be used for transmission. |
|---|---|

Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.

The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:

— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.

NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added) ("The HE beamformer uses this estimate to derive the steering matrix.").

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$ is a vector of additive noise and may include interference

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, \ldots, N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

For SU-MIMO beamforming, the steering matrix $Q_k$ can be determined from the beamforming feedback matrix $V_k$ that is sent back to the beamformer by the beamformee using the compressed beamforming feedback matrix format as defined in 19.3.12.3.6. The feedback report format is described in 9.4.1.65.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) (The calculation or derivation of Q is the selection process.).

The Accused Products select the parameters for subsequent data transmission wherein the selection is based on the received quality (such as the highest signal to noise ratio). For SU-MIMO or DL MU-MIMO, the Accused Products derive the steering matrix $Q_k$ using the beamforming feedback (*e.g.*, V matrix, SNR values) received from the receiver.

> The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:
>
> — SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.
>
> — MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.
>
> — CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.
>
> NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.
>
> The HE compressed beamforming/CQI report is carried in a single HE Compressed Beamforming/CQI frame if the resulting frame is less than or equal to 11 454 octets in length (see 26.7.3). Otherwise, the HE beamforming feedback is segmented, and each segment is carried in an HE Compressed Beamforming/CQI frame.

IEEE 802.11ax-2021 § 26.7.1 (emphasis added).

The Accused Products select, based on the best subset of spatial streams, in order to maximize reception quality. As part of the Accused Products' selection process, the $Q_K$ matrix is calculated. The $Q_K$ matrix represents the highest quality of reception determined from the sounding feedback.

> The HE Compressed Beamforming Report information contains the channel matrix elements indexed, first, by matrix angles in order shown in Table 9-71 and, second, by data and pilot subcarrier index from lowest frequency to highest frequency. An explanation of how these angles are generated from the beamforming feedback matrix $V$ is given in 19.3.12.3.6, where $Nc$ is the number of columns in a compressed beamforming feedback matrix determined by the Nc Index subfield of the HE MIMO Control field, and $Nr$ is the number of rows in a compressed beamforming feedback matrix determined by the Nr Index subfield of the HE MIMO Control field.
>
> The beamforming feedback matrix $V$ is formed by the beamformee as follows. The beamformer transmits an HE sounding NDP with $N_{STS,NDP}$ space-time streams, where $N_{STS,NDP}$ takes a value between 2 and 8. Based on this HE sounding NDP, the beamformee estimates the $N_{RX,BFEE} \times N_{STS,NDP}$ channel, and based on that channel it determines a $Nr \times Nc$ orthogonal matrix $V$, where $Nr$ and $Nc$ satisfy Equation (9-1). $N_{RX,BFEE}$ is the number of receiver chains used to receive the HE sounding NDP at the beamformee.
>
> Further restrictions on $Nc$ are described in 27.2. The angles are quantized as defined in Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO Control field (see 9.4.1.64).
>
> The HE Compressed Beamforming Report information has the structure and order defined in Table 9-91b, where $Na$ is the number of angles used for the compressed beamforming feedback matrix (see Table 9-71).

IEEE 802.11ax-2021 § 9.4.1.65 (emphasis added).

The selection of the $Q_k$ matrix by the Accused Products maximizes the quality of reception based on feedback received from the receiver(s). For instance, with SU-MIMO, the Accused Products use the V matrix to derive the optimal weights for each transmit antenna to steer the signal towards the receiver, selecting the "best" combination of spatial weights based on the channel estimate derived from the sounded streams.

| Parameter | Condition | Value | TXVECTOR | RXVECTOR |
|---|---|---|---|---|
| DELTA_SNR | FORMAT is HE_MU | Contains an array of delta SNR values as defined in 9.4.1.66 based on the channel measured during the training symbols of the received HE sounding NDP. | MU | N |
| | FORMAT is HE_SU and PSDU_LENGTH greater than 0, or FORMAT is HE_ER_SU or HE_TB | | O | N |
| | FORMAT is HE_SU and PSDU_LENGTH is 0 | | N | Y |
| | Otherwise | See corresponding entry in Table 19-1 or Table 21-1. | | |

IEEE 802.11ax-2021 § 27.2.2 (describing how the DELTA Signal to Noise ratio is determined and used based on the data received from the HE Sounding NDP).

| [1e] transmitting, using the selected predefined spatial mapping matrix, additional data packets to the receiver. | The Accused Products transmit, using the selected predefined spatial mapping matrix, additional data packets to the receiver.<br><br>Specifically, the Accused Products use the selected steering matrix Q during subsequent data transmissions. After determining the steering matrix, the Accused Products use the selected matrix to precode data signals for transmission in subsequent HE SU or HE MU PPDUs directed to receivers. The beamformed transmission applies to the data field of the HE PPDU, which carries the data (PSDU/A-MPDU) as shown in the below table. |
|---|---|

The fields of the HE PPDU formats are summarized in Table 27-11.

**Table 27-11—HE PPDU fields**

| Field | Description |
|---|---|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| RL-SIG | Repeated Non-HT SIGNAL field |
| HE-SIG-A | HE SIGNAL A field |
| HE-SIG-B | HE SIGNAL B field |
| HE-STF | HE Short Training field |
| HE-LTF | HE Long Training field |
| Data | The Data field carrying the PSDU(s) |
| PE | Packet extension field |

IEEE 802.11ax-2021 § 27.3.4 (emphasis added).

The Accused Products use the selected predefined spatial mapping matrix to transmit additional data packets. Specifically, steering matrix $Q_K$ modifies the data packets being sent to a receiver by the Accused Products by applying the desired spatial steering. The 802.11ax Standard requires the steering matrix $Q_k$ be applied to SU-MIMO and DL MU-MIMO data packet transmissions sent to receiver(s). $y_{k,u}$ is a function of the channel $H_{K,U}$, the steering matrix $Q_k$, and the original transmit signal vector. Equation (27-126) cited below shows the received signal $y_{k,u}$ is a function of the channel $H_{k,u}$, the steering matrix $Q_k$, and the original transmit signal vector $x_k$: $y_{k,u} = H_{k,u} * [Q_{k,0}, Q_{k,1}, ..., Q_{k,Nuser,r-1}] * x_k + n$.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

For SU-MIMO and DL MU-MIMO beamforming in RU $r$, the receive signal vector in subcarrier $k$ (where subcarrier $k$ is one of the subcarriers in RU $r$, $K_r$ is the set of used subcarrier indices in RU $r$, and $k \in K_r$) at beamformee $u$, $y_{k,u} = [y_{k,0}, y_{k,1}, \ldots, y_{k,N_{RX_u}-1}]^T$, is shown in Equation (27-126), where $x_k = [x_{k,0}^T, x_{k,1}^T, \ldots, x_{k,N_{user,r}-1}^T]^T$ denotes the transmit signal vector in subcarrier $k$ for all $N_{user,r}$ beamformees, with $x_{k,u} = [x_{k,0}, x_{k,1}, \ldots, x_{k,N_{STS,r,u}-1}]^T$ being the transmit signal for beamformee $u$.

$$y_{k,u} = H_{k,u} \times [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user,r}-1}] \times x_k + n \qquad (27\text{-}126)$$

where

$H_{k,u}$ is the channel matrix from the beamformer to beamformee $u$ in subcarrier $k$ with dimensions $N_{RX_u} \times N_{TX}$

$N_{RX_u}$ is the number of receive antennas at beamformee $u$

$Q_{k,u}$ is a steering matrix for beamformee $u$ in subcarrier $k$ with dimensions $N_{TX} \times N_{STS,r,u}$

$N_{user,r}$ is the number of HE MU PPDU recipients (see Table 27-15) in RU $r$

$n$ is a vector of additive noise and may include interference

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) (showing the use of the selected matrix $Q_K$ during transmission.)

Further, the HE-SIG-A field is used by the Accused Products to indicate for HE SU PPDU and includes a "Beamformed" bit to indicate whether beamforming steering is applied to the HE modulated fields of the data packet.

**Table 27-18—HE-SIG-A field of an HE SU PPDU and HE ER SU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B10 | Beamformed | 1 | Set to 1 if a beamforming steering matrix is applied to the HE modulated fields. Set to 0 otherwise. |
| B11–B12 | Pre-FEC Padding Factor | 2 | Indicates the pre-FEC padding factor: Set to 0 to indicate a pre-FEC padding factor of 4. Set to 1 to indicate a pre-FEC padding factor of 1. Set to 2 to indicate a pre-FEC padding factor of 2. Set to 3 to indicate a pre-FEC padding factor of 3. |
| B13 | PE Disambiguity | 1 | Indicates PE disambiguity as defined in 27.3.13. |
| B14 | Reserved | 1 | Reserved and set to 1. |
| B15 | Doppler | 1 | Set to 1 if one of the following applies: — The number of OFDM symbols in the Data field is larger than the signaled midamble periodicity plus 1 and the midamble is present. — The number of OFDM symbols in the Data field is less than or equal to the signaled midamble periodicity plus 1 (see 27.3.12.16, the midamble is not present, but the channel is fast varying. It recommends that midamble may be used for the PPDUs of the reverse link. Set to 0 otherwise. |
| B16–B19 | CRC | 4 | CRC for bits 0–41 of the HE-SIG-A field (see 27.3.11.7.3). Bits 0–41 of the HE-SIG-A field correspond to bits 0–25 of the HE-SIG-A1 subfield followed by bits 0–15 of the HE-SIG-A2 subfield. |
| B20–B25 | Tail | 6 | Used to terminate the trellis of the convolutional decoder. Set to 0. |

IEEE 802.11ax-2021 § 27.3.11.7.2 (emphasis added) ("Beamformed [bit B10]: Set to 1 if a beamforming steering matrix is applied to the HE modulated fields. Set to 0 otherwise.").

<table>
<tr><td></td><td>

**27.3.16.3 CQI feedback**

If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, …, $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.

IEEE 802.11ax-2021 § 27.3.16.3 (emphasis added).
</td></tr>
<tr><td>

[2] The method of claim 1, wherein the quality of reception for each of the predefined spatial mapping matrices is a measurement of a packet error rate for each of the predefined spatial mapping matrices.
</td><td>

The Accused Products perform the method of claim 1, wherein the quality of reception for each of the predefined spatial mapping matrices is a measurement of a packet error rate for each of the predefined spatial mapping matrices.

The Accused Products monitor the packet error rate (PER) of ongoing transmissions and switch to a different spatial mapping matrix if the PER rises above a certain threshold. The 802.11ax Standard establishes a target packet error rate threshold of 10% for data packet transmissions. For example, the Accused Products select another predefined spatial mapping matrix when a packet error rate associated with data packet transmission exceeds a defined error rate threshold, by initiating processes that evaluate and select an updated matrix.
</td></tr>
</table>

Case 5:26-cv-00101-RWS    Document 1-19    Filed 07/30/26    Page 22 of 44 PageID #: 861

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |
| 16-QAM | N/A | 3/4 | −70 | −67 | −64 | −61 |
| 64-QAM | N/A | 2/3 | −66 | −63 | −60 | −57 |
| 64-QAM | N/A | 3/4 | −65 | −62 | −59 | −56 |
| 64-QAM | N/A | 5/6 | −64 | −61 | −58 | −55 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products will trigger the evaluation and selection of a new matrix if the defined threshold for packet error rates, signal-to-noise ratio (SNR), or negative acknowledgments are exceeded.  For example, high packet error rates will trigger link adaptation.

For either a solicited or an unsolicited response, the recommended HE-MCS and NSS subfields of HLA Control subfield shall be selected from the HE-MCS and NSS set supported by the recipient STA.

The HE-MCS subfield of HLA Control subfield is the recommended data rate, for given transmission properties carried in the RXVECTOR of the PPDU used for MFB estimation, which results in an estimated frame error rate of 10% or lower for an MPDU length of 3895 octets.

IEEE 802.11ax-2021 § 26.13 (emphasis added) ("recommended HE-MCS and NSS subfields…results in an estimated frame error rate of 10% or lower for an MPDU length of 3895 octets.").

Further, if the packet error rate for data sent by the Accused Products using a beamforming matrix exceeds a threshold (*e.g.*, goes above 10%), the Accused Products initiate selection of an alternate spatial mapping matrix.

The interfering signal in the nonadjacent channel shall be a signal compliant with the HE PHY, unsynchronized with the signal in the channel under test, and shall have a minimum duty cycle of 50%. The corresponding rejection shall be no less than specified in Table 27-52.

The measurement of nonadjacent channel rejection for 160 MHz operation in regulatory domain is required only if such a frequency band plan is permitted in the regulatory domain.

**27.3.20.5 Receiver maximum input level**

The receiver shall provide a maximum PER of 10% at a PSDU length of 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations, for a maximum input level of −30 dBm in the 5 GHz and 6 GHz bands and −20 dBm in the 2.4 GHz band, measured at each antenna for any baseband HE modulation.

IEEE 802.11ax-2021 § 27.3.20.5 (emphasis added).

Case 5:26-cv-00101-RWS    Document 1-19    Filed 07/30/26    Page 24 of 44 PageID #: 863

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("The steering matrix that is computed (or updated) using new beamforming feedback…might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.").

When the packet error rate becomes too high, the Accused Products select another predefined spatial mapping matrix (by re-sounding the channel and updating the steering matrix) to improve performance. For example, the beamformer will initiate a new sounding sequence to receive updated channel estimates (using a new HE sounding NDP or including HE-LTFs in data packets). The re-sounding of the channel will then be used to select a new spatial mapping matrix.

**26.5.2.2.5 AP access procedures for UL MU operation**

The AP shall follow the EDCA procedure defined in 10.23 and the additional rules in this subclause.

If an AP receives an immediate response with at least one frame from at least one non-AP STA solicited by a triggering frame, the frame exchange is successful.

If an AP does not receive an immediate response with at least one frame from at least one non-AP STA solicited by a PPDU that contains at least one Trigger frame, then the frame exchange is not successful, and the AP shall follow the backoff procedure in 10.23.2.2.

IEEE 802.11ax-2021 § 26.5.2.2.5 ("If an AP does not receive an immediate response with at least one frame from at least one non-AP STA solicited by a triggering frame... then the frame exchange is not successful, and the AP shall follow the backoff procedure in 10.23.2.2.").

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

| | |
|---|---|
| | The Accused Products, in compliance with the 802.11ax Standard, will select another predefined spatial mapping matrix whenever the current mapping's performance degrades beyond the desired error rate threshold.  For example, if conditions change or error rates spike, the Accused Products are expected to adapt by switching to another predefined spatial mapping matrix.  The standard mandates certain conditions where the Accused Products must switch their spatial mapping matrix.  Specifically, an HE AP "shall set the TXVECTOR parameter BEAM_CHANGE to 1 if… the PPDU is the first PPDU in a TXOP." 802.11ax-2021 § 26.11.3.<br><br>**26.11.3 BEAM_CHANGE**<br><br>An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).<br><br>An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:<br>—  The number of spatial streams is greater than 2.<br>—  The PPDU is the first PPDU in a TXOP.<br>—  The PPDU carries a Trigger frame.<br><br>802.11ax-2021 § 26.11.3 (emphasis added).<br><br>The Accused Products, in compliance with this section of the 802.11ax Standard, will select another spatial mapping matrix at the start of a transmission burst (TXOP), rather than reusing the old beamforming matrix. |
| [3] The method of claim 1, wherein the quality of reception for each of the predefined spatial mapping matrices is a measurement of a data rate for each of the | The Accused Products perform the method of claim 1, wherein the quality of reception for each of the predefined spatial mapping matrices is a measurement of a data rate for each of the predefined spatial mapping matrices.<br><br>The Accused Products, in compliance with the 802.11ax Standard, receive Channel Quality Indicator (CQI) reports from the receiver.  The CQI Report field carries the "per-RU average SNRs of each space-time stream." |

Case 5:26-cv-00101-RWS    Document 1-19    Filed 07/30/26    Page 26 of 44 PageID #: 865

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

| | |
|---|---|
| predefined spatial mapping matrices. | **9.4.1.67 HE CQI Report field**<br><br>The HE CQI Report field carries the per-RU average SNRs of each space-time stream, where each per-RU average SNR is the arithmetic mean of the SNR in decibels over a 26-tone RU for which the feedback is being requested. The HE CQI Report field contains information about the quality of the link.<br><br>802.11ax-2021 § 9.4.1.67 (emphasis added).<br><br>The average SNR values reported in the CQI feedback are used to determine the modulation and coding schemes (MCS) that can be supported for each spatial mapping.<br><br>The 802.11ax Standard specifies that the transmitter "uses the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmission." 802.11ax-2021 § 27.3.16.3. The CQI report is mandatory. *See id.* §§ 9.4.1.67; 26.5.7; 26.15.3.<br><br>The CQI values are directly mapped to modulation and coding scheme (MCS) levels that define achievable throughput on a per-stream or per-RU basis.<br><br>As shown in Table 27-55, the various MCS levels correspond directly to different data rates. |

**Table 27-55—HE-MCSs for 26-tone RU, $N_{SS} = 1$**

| HE-MCS Index | DCM | Modula-tion | $R$ | $N_{BPSCS}$ | $N_{SD}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) 0.8 µs GI | 1.6 µs GI | 3.2 µs GI |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | BPSK | 1/2 | 1 | 12 | 12 | 6 | 0.4 | 0.4 | 0.4 |
| 0 | 0 | BPSK | 1/2 | 1 | 24 | 24 | 12 | 0.9 | 0.8 | 0.8 |
| 1 | 1 | QPSK | 1/2 | 2 | 12 | 24 | 12 | 0.9 | 0.8 | 0.8 |
| 1 | 0 | QPSK | 1/2 | 2 | 24 | 48 | 24 | 1.8 | 1.7 | 1.5 |
| 2 | N/A | QPSK | 3/4 | 2 | 24 | 48 | 36 | 2.6 | 2.5 | 2.3 |
| 3 | 1 | 16-QAM | 1/2 | 4 | 12 | 48 | 24 | 1.8 | 1.7 | 1.5 |
| 3 | 0 | 16-QAM | 1/2 | 4 | 24 | 96 | 48 | 3.5 | 3.3 | 3.0 |
| 4 | 1 | 16-QAM | 3/4 | 4 | 12 | 48 | 36 | 2.6 | 2.5 | 2.3 |
| 4 | 0 | 16-QAM | 3/4 | 4 | 24 | 96 | 72 | 5.3 | 5.0 | 4.5 |
| 5 | N/A | 64-QAM | 2/3 | 6 | 24 | 144 | 96 | 7.1 | 6.7 | 6.0 |
| 6 | N/A | 64-QAM | 3/4 | 6 | 24 | 144 | 108 | 7.9 | 7.5 | 6.8 |
| 7 | N/A | 64-QAM | 5/6 | 6 | 24 | 144 | 120 | 8.8 | 8.3 | 7.5 |
| 8 | N/A | 256-QAM | 3/4 | 8 | 24 | 192 | 144 | 10.6 | 10.0 | 9.0 |
| 9 | N/A | 256-QAM | 5/6 | 8 | 24 | 192 | 160 | 11.8 | 11.1 | 10.0 |
| 10 | N/A | 1024-QAM | 3/4 | 10 | 24 | 240 | 180 | 13.2 | 12.5 | 11.3 |
| 11 | N/A | 1024-QAM | 5/6 | 10 | 24 | 240 | 200 | 14.7 | 13.9 | 12.5 |

802.11ax-2021 § 27.5.2 (Table 27-55) (emphasis added).

Because the SNR determines which MCS can be reliably decoded, the CQI feedback received by the Accused Products is a measurement of the achievable data rate for each spatial mapping matrix.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

| [5a] The method of claim 1, further comprising: monitoring the quality of reception for the selected predefined spatial mapping matrix; and | The Accused Products perform the method of claim 1, further comprising: monitoring the quality of reception for the selected predefined spatial mapping matrix.<br><br>The Accused Products use the HE sounding protocol functionality to monitor the quality of the channel.<br><br>Transmit beamforming and DL MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmit signal to optimize reception at one or more receivers. HE STAs use the HE sounding protocol to determine the channel state information. The HE sounding protocol provides explicit feedback mechanisms, defined as HE non-trigger-based (non-TB) sounding and HE trigger-based (TB) sounding, where the HE beamformee measures the channel using a training signal (i.e., an HE sounding NDP) transmitted by the HE beamformer and sends back a transformed estimate of the channel state. The HE beamformer uses this estimate to derive the steering matrix.<br><br>The HE beamformee returns an estimate of the channel state in an HE compressed beamforming/CQI report carried in one or more HE Compressed Beamforming/CQI frames. There are three types of HE compressed beamforming/CQI report:<br><br>— SU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field.<br>— MU feedback: The HE compressed beamforming/CQI report consists of an HE Compressed Beamforming Report field and HE MU Exclusive Beamforming Report field.<br>— CQI feedback: The HE compressed beamforming/CQI report consists of an HE CQI Report field.<br><br>NOTE—Use of HE TB sounding does not necessarily imply MU feedback. HE TB sounding is also used to obtain SU feedback and CQI feedback.<br><br>IEEE 802.11ax-2021 § 26.7.1 (emphasis added).<br><br>The 802.11ax Standard expressly requires that an HE STA transmitting an HE PPDU select its <HE-MCS, NSS> tuple based on the channel conditions and the receiving STA's supported capabilities. Specifically, § 26.15.3 provides that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS . . . .  An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits." |

Page 27 of 43

**26.15.3 MCS, NSS, BW, and DCM selection**

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 further mandates that "[a]n HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).

IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).

| | |
|---|---|
| | These provisions make clear the Accused Products are required to select and adapt MCS continuously according to ongoing channel conditions and reception quality. Because MCS level directly defines the data rate, monitoring reception quality and adjusting MCS as required by the 802.11ax Standard necessarily monitors the quality of reception for the selected predefined spatial mapping matrix. |
| [5b] responsive to the quality of reception for the selected predefined spatial mapping matrix failing to meet a reception quality metric threshold, transmitting subsequent data packets to the receiver, the transmitting continuing until each of the predefined spatial mapping matrices is used. | The Accused Products perform the method of claim 1, further comprising: responsive to the quality of reception for the selected predefined spatial mapping matrix failing to meet a reception quality metric threshold, transmitting subsequent data packets to the receiver, the transmitting continuing until each of the predefined spatial mapping matrices is used.<br><br>The Accused Products compare the quality of reception when the beamformer processes the received feedback to determine the optimal transmit strategy. Upon receiving the feedback report, the beamformer analyzes the quality information. For example, if CQI (SNR) feedback is received, the Accused Products compare the SNR values reported for different spatial streams and/or RUs to understand which spatial dimensions or frequency resources offer better quality.<br><br>If the HE NDP Announcement frame requests CQI feedback, then upon receipt of the HE sounding NDP, the beamformee computes CQI feedback as described in 9.4.1.67. The CQI feedback, $CQI_{s,r,u}$, for beamformee $u$ in RU $r$ for space-time stream $s$ shall be estimated using the method described in 9.4.1.67. The CQI values to be fed back are derived from quantized SNRs according to Table 9-91h. The beamformee shall transmit the CQI feedback for space-time stream 1, ..., $Nc$ for each of the RU indices for which the CQI report is being requested by the beamformer. The beamformer may use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions. The actual use is implementation specific.<br><br>IEEE 802.11ax-2021 § 27.3.16.3 (emphasis added) (The Accused Products "use the CQI feedback to determine the best range of RUs for a compressed beamforming/CQI report or for RU assignment during a subsequent MU transmissions."). |

The 802.11ax Standard requires continuous link adaptation when channel quality degrades. For example, § 26.15.3 mandates that "[a]n HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS …"

---

**26.15.3 MCS, NSS, BW, and DCM selection**

An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS and the rules defined in 10.3.2.7, 10.3.2.9, 10.6.6.6, and 10.6.12 for selecting the channel width (BW) of transmitted PPDUs with the following exceptions:

— HE-MCS, NSS, and BW selection for an HE TB PPDU is defined in 26.5.2.3.

— Rate and BW selection for a CTS sent in response to an MU-RTS Trigger frame is defined in 26.2.6.

— A STA that transmits a Control frame carried in a non-HT PPDU that is a response to a frame received in an HE ER SU PPDU shall set the rate of the non-HT PPDU to 6 Mb/s.

— A STA that transmits a Control frame that is an S-MPDU carried in an HE ER SU PPDU and that is a response to a frame received in an HE ER SU PPDU shall use the <HE-MCS, NSS> tuple <HE-MCS 0, 1>.

— NSS and BW selection is further constrained as defined in 11.40, 26.9, 26.15.2, 26.15.4 through 26.15.8, and 26.17.

An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field in the HE Capabilities element that the receiving STA transmits. If the Supported HE-MCS and NSS set of a receiving STA is not known, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the basic HE-MCS and NSS set if the basic HE-MCS and NSS set is not empty. Otherwise, the transmitting STA shall transmit using a <HE-MCS, NSS> tuple in the mandatory HE-MCS and NSS set. An HE STA is subject to all of the rules for HT STAs and VHT STAs that apply to its operating band (see 10.27).

---

IEEE 802.11ax-2021 § 26.15.3 (emphasis added).

Section 26.15.4 specifies that "An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s)."

|  |  |
|---|---|
|  | An HE STA shall not, unless explicitly stated otherwise, transmit an HE PPDU, unless the <HE-MCS, NSS> tuple and bandwidth used are in the receive HE-MCS and NSS set of the receiving HE STA(s).<br><br>IEEE 802.11ax-2021 § 26.15.4.1 (emphasis added).<br><br>When the monitored quality of reception falls below a threshold—*i.e.*, when the reported SNR no longer supports a higher MCS—the Accused Products must adjust by transmitting subsequent data packets at a lower MCS or by requesting updated CQI/beamforming feedback through a new sounding procedure. *See* 802.11ax-2021 § 26.7.3 ("An HE beamformee that receives an HE NDP Announcement frame soliciting SU feedback as part of an HE non-TB sounding sequence shall generate an HE compressed beamforming/CQI report for SU feedback . . . .  The HE beamformee shall transmit the HE compressed beamforming/CQI report a SIFs after the HE sounding NDP.").<br><br>Accordingly, when reception quality falls below the threshold necessary to sustain the selected MCS, the Accused Products are required by the 802.11ax Standard to alter transmission parameters in response, thus transmitting subsequent data packets to the receiver, the transmitting continuing until each of the predefined spatial mapping matrices is used. |
| [6] The method of claim 5, wherein the reception quality metric threshold is a minimum data rate or a maximum packet error rate. | The Accused Products perform the method of claim 5, wherein the reception quality metric threshold is a minimum data rate or a maximum packet error rate.<br><br>The Accused Products monitor the packet error rate (PER) of ongoing transmissions and switch to a different spatial mapping matrix if the PER rises above a certain threshold.  The 802.11ax Standard establishes a target packet error rate threshold of 10% for data packet transmissions. For example, the Accused Products select another predefined spatial mapping matrix when a packet error rate associated with data packet transmission exceeds a defined error rate threshold, by initiating processes that evaluate and select an updated matrix. |

The packet error rate (PER) shall be less than 10% for a PSDU with the rate-dependent input levels listed in Table 27-51. The PSDU length shall be 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations.

**Table 27-51—Receiver minimum input level sensitivity**

| Modulation | | Rate (R) | Minimum sensitivity (20 MHz PPDU) (dBm) | Minimum sensitivity (40 MHz PPDU) (dBm) | Minimum sensitivity (80 MHz PPDU) (dBm) | Minimum sensitivity (160 MHz or 80+80 MHz PPDU) (dBm) |
|---|---|---|---|---|---|---|
| Without DCM | With DCM | | | | | |
| N/A | BPSK | 1/2 | −82 | −79 | −76 | −73 |
| BPSK | QPSK | 1/2 | −82 | −79 | −76 | −73 |
| QPSK | 16-QAM | 1/2 | −79 | −76 | −73 | −70 |
| QPSK | 16-QAM | 3/4 | −77 | −74 | −71 | −68 |
| 16-QAM | N/A | 1/2 | −74 | −71 | −68 | −65 |
| 16-QAM | N/A | 3/4 | −70 | −67 | −64 | −61 |
| 64-QAM | N/A | 2/3 | −66 | −63 | −60 | −57 |
| 64-QAM | N/A | 3/4 | −65 | −62 | −59 | −56 |
| 64-QAM | N/A | 5/6 | −64 | −61 | −58 | −55 |

IEEE 802.11ax-2021 § 27.3.20.2 (emphasis added).

In compliance with the 802.11ax Standard, the Accused Products will trigger the evaluation and selection of a new matrix if the defined threshold for packet error rates, signal-to-noise ratio (SNR), or negative acknowledgments are exceeded. For example, high packet error rates will trigger link adaptation.

> For either a solicited or an unsolicited response, the recommended HE-MCS and NSS subfields of HLA Control subfield shall be selected from the HE-MCS and NSS set supported by the recipient STA.
>
> The HE-MCS subfield of HLA Control subfield is the recommended data rate, for given transmission properties carried in the RXVECTOR of the PPDU used for MFB estimation, which results in an estimated frame error rate of 10% or lower for an MPDU length of 3895 octets.

IEEE 802.11ax-2021 § 26.13 (emphasis added) ("recommended HE-MCS and NSS subfields…results in an estimated frame error rate of 10% or lower for an MPDU length of 3895 octets.").

Further, if the packet error rate for data sent by the Accused Products using a beamforming matrix exceeds a threshold (*e.g.*, goes above 10%), the Accused Products initiate selection of an alternate spatial mapping matrix.

> The interfering signal in the nonadjacent channel shall be a signal compliant with the HE PHY, unsynchronized with the signal in the channel under test, and shall have a minimum duty cycle of 50%. The corresponding rejection shall be no less than specified in Table 27-52.
>
> The measurement of nonadjacent channel rejection for 160 MHz operation in regulatory domain is required only if such a frequency band plan is permitted in the regulatory domain.
>
> **27.3.20.5 Receiver maximum input level**
>
> The receiver shall provide a maximum PER of 10% at a PSDU length of 2048 octets for BPSK modulation with DCM or 4096 octets for all other modulations, for a maximum input level of –30 dBm in the 5 GHz and 6 GHz bands and –20 dBm in the 2.4 GHz band, measured at each antenna for any baseband HE modulation.

IEEE 802.11ax-2021 § 27.3.20.5 (emphasis added).

The DL MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, ..., Q_{k,N_{user,r}-1}]$ can be determined by the beamformer using the beamforming feedback for subcarrier $k$ from beamformee $u$, where $u = 0, 1, ..., N_{user,r} - 1$. The feedback report format is described in 9.4.1.65 and 9.4.1.66. The steering matrix that is computed (or updated) using new beamforming feedback from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.

IEEE 802.11ax-2021 § 27.3.16.1 (emphasis added) ("The steering matrix that is computed (or updated) using new beamforming feedback…might replace the existing steering matrix $Q_k$ for the next DL MU-MIMO data transmission.").

When the packet error rate becomes too high, the Accused Products select another predefined spatial mapping matrix (by re-sounding the channel and updating the steering matrix) to improve performance. For example, the beamformer will initiate a new sounding sequence to receive updated channel estimates (using a new HE sounding NDP or including HE-LTFs in data packets). The re-sounding of the channel will then be used to select a new spatial mapping matrix.

**26.5.2.2.5 AP access procedures for UL MU operation**

The AP shall follow the EDCA procedure defined in 10.23 and the additional rules in this subclause.

If an AP receives an immediate response with at least one frame from at least one non-AP STA solicited by a triggering frame, the frame exchange is successful.

If an AP does not receive an immediate response with at least one frame from at least one non-AP STA solicited by a PPDU that contains at least one Trigger frame, then the frame exchange is not successful, and the AP shall follow the backoff procedure in 10.23.2.2.

IEEE 802.11ax-2021 § 26.5.2.2.5 ("If an AP does not receive an immediate response with at least one frame from at least one non-AP STA solicited by a triggering frame... then the frame exchange is not successful, and the AP shall follow the backoff procedure in 10.23.2.2.").

The Accused Products, in compliance with the 802.11ax Standard, will select another predefined spatial mapping matrix whenever the current mapping's performance degrades beyond the desired error rate threshold.  For example, if conditions change or error rates spike, the Accused Products are expected to adapt by switching to another predefined spatial mapping matrix.  The standard mandates certain conditions where the Accused Products must switch their spatial mapping matrix.  Specifically, an HE AP "shall set the TXVECTOR parameter BEAM_CHANGE to 1 if… the PPDU is the first PPDU in a TXOP." 802.11ax-2021 § 26.11.3.

**26.11.3 BEAM_CHANGE**

An HE STA uses the TXVECTOR parameter BEAM_CHANGE to indicate a change in the spatial mapping of the pre-HE-STF portion of the PPDU and the first symbol of HE-LTF (see Table 27-1).

An HE STA that transmits an HE SU PPDU or an HE ER SU PPDU shall set the TXVECTOR parameter BEAM_CHANGE to 1 if one or more of the following conditions are met:
— The number of spatial streams is greater than 2.
— The PPDU is the first PPDU in a TXOP.
— The PPDU carries a Trigger frame.

802.11ax-2021 § 26.11.3 (emphasis added).

The Accused Products, in compliance with this section of the 802.11ax Standard, will select another spatial mapping matrix at the start of a transmission burst (TXOP), rather than reusing the old beamforming matrix.

The Accused Products monitor the quality of reception for the selected predefined spatial mapping matrix using reception quality thresholds that are defined by the 802.11ax Standard as both minimum sustainable data rates and maximum allowable packet error rates.

The 802.11ax Standard requires that an HE STA transmitting an HE PPDU select an <HE-MCS, NSS> tuple that is sustainable under the prevailing channel conditions. *See* 802.11ax-2021 Standard § 26.15.3 ("An HE STA shall follow the rules defined in 10.6 and 26.15.4 for selecting the rate, MCS, and NSS

… An HE STA that transmits an HE PPDU to a receiving STA shall use an <HE-MCS, NSS> tuple that is supported by the receiving STA as indicated by the Supported HE-MCS And NSS Set field …").

Each MCS index in the HE-MCS corresponds to a defined modulation, coding, and data rate, thereby requiring that the Accused Products monitor whether the minimum sustainable data rate for the selected MCS can be achieved.

**Table 27-55—HE-MCSs for 26-tone RU, $N_{SS} = 1$**

| HE-MCS Index | DCM | Modula-tion | R | $N_{BPSCS}$ | $N_{SD}$ | $N_{CBPS}$ | $N_{DBPS}$ | Data rate (Mb/s) | | |
| | | | | | | | | 0.8 µs GI | 1.6 µs GI | 3.2 µs GI |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | BPSK | 1/2 | 1 | 12 | 12 | 6 | 0.4 | 0.4 | 0.4 |
| | 0 | | 1/2 | | 24 | 24 | 12 | 0.9 | 0.8 | 0.8 |
| 1 | 1 | QPSK | 1/2 | 2 | 12 | 24 | 12 | 0.9 | 0.8 | 0.8 |
| | 0 | | 1/2 | | 24 | 48 | 24 | 1.8 | 1.7 | 1.5 |
| 2 | N/A | | 3/4 | | 24 | 48 | 36 | 2.6 | 2.5 | 2.3 |

802.11ax-2021 § 27.5.2 (Table 27-55) (emphasis added).

In addition, as discussed above, the 802.11ax Standard imposes maximum packet error rate thresholds. Compliance with these requirements necessarily obligates transmitters to adjust transmission parameters when packet error rates exceed tolerable limits.

Further, the mandatory ACK and BlockAck procedures provide continuous feedback on packet success and error rates, enabling the Accused Products to detect when the maximum PER threshold has been exceeded and to adapt transmissions accordingly.

A non-AP STA that is the recipient, within an HE MU PPDU, of a QoS Data frame or QoS Null frame with HETP Ack ack policy, of an MU-BAR Trigger frame or a GCR MU-BAR Trigger frame, or of a Management frame that solicits acknowledgment, shall send the immediate response according to the scheduling information that is carried either in the Trigger frame(s) or TRS Control subfield. If a Basic Trigger frame (see 9.3.1.22) or frame carrying a TRS Control subfield (see 9.2.4.6a.1) is not received, then the STA shall not respond.

802.11ax-2021 § 10.3.2.13.2 (emphasis added).

**10.3.2.13.3 Acknowledgment procedure for UL MU transmission**

An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with Normal Ack or Implicit BAR ack policy or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5) or an HE MU PPDU (see 26.4.4.6). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU, or HE MU PPDU. After the reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame, or Multi-STA BlockAck frame.

802.11ax-2021 § 10.3.2.13.3 (emphasis added).

— The STA shall update the corresponding block acknowledgment record for an MSDU or A-MSDU for which fragments are received only if that MSDU or A-MSDU is successfully reconstructed (see 10.5). Otherwise, the STA shall not update the block ack record for that MSDU or A-MSDU.

802.11ax-2021 § 26.3.3.3

| | |
|---|---|
| | **26.4 HE acknowledgment procedure**<br><br>**26.4.1 Overview**<br><br>The HE acknowledgment procedure builds on the features defined for HT-immediate block ack (see 10.25.6), with the following extensions:<br>— Support for a Multi-STA BlockAck frame<br>— Support for a MU-BAR Trigger frame<br>— Support for a Multi-TID BlockAckReq frame<br>— Support for BlockAck Bitmap field lengths of 32, 64, 128, and 256<br>— Acknowledging QoS Data frames with two or more TIDs using a Multi-STA BlockAck frame<br>— Acknowledging QoS Data frames with one or more TIDs and a Management frame using a Multi-STA BlockAck frame<br>— Acknowledging all MPDUs in a PPDU using a variant of the Multi-STA BlockAck frame<br>— Acknowledging MPDUs from multiple associated STAs using a single Multi-STA BlockAck frame<br>— Acknowledging MPDUs from multiple unassociated STAs with a single Multi-STA BlockAck frame<br><br>802.11ax-2021 § 26.4.1 (emphasis added).<br><br>Thus, the Accused Products are required by the 802.11ax Standard to monitor reception quality using both minimum sustainable data rates (through MCS selection) and maximum allowable packet error rates (through PER limits and acknowledgment feedback). |
| [7] The method of claim 1, wherein the predefined spatial mapping matrices are stored in a codebook at a transmitter, and wherein the codebook is maintained by the memory. | The Accused Products perform the method of claim 1, wherein the predefined spatial mapping matrices are stored in a codebook at a transmitter, and wherein the codebook is maintained by the memory.<br><br>The Accused Products, in compliance with the High Efficiency ("HE") PHY requirements of the 802.11ax Standard, send a signal (HE Sounding NDP) to a receiver (beamformee). This sounding process probes the spatial characteristics of the channel. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

|  |  |
|---|---|
|  | **high-efficiency (HE) beamformee:** An HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix. <br><br> **high-efficiency (HE) beamformer:** An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix. <br><br> **high-efficiency (HE) extended range (ER) single-user (SU) physical layer (PHY) protocol data unit (PPDU) (HE ER SU PPDU):** A PPDU transmitted with HE ER SU PPDU format. This PPDU carries a single PHY service data unit (PSDU). <br><br> IEEE 802.11ax-2021 § 3.2 (emphasis added). <br><br> The Accused Products perform HE sounding NDP, which utilizes HE Long Training Fields (HE-LTFs). The Accused Products generate these HE-LTFs by applying a predefined mapping matrix, $P_{HE\text{-}LTF}$, across the spatial streams being sounded. This matrix consists of specific, predefined orthogonal sequences which separate the spatial streams. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096

$A_{HE\text{-}LTF}^{k}$ is given by Equation (27-55).

$$A_{HE\text{-}LTF}^{k} = \begin{cases} R_{HE\text{-}LTF}, & \text{if } k \in K_{Pilot} \text{ and HE single stream pilot HE-LTF mode is used} \\ P_{HE\text{-}LTF}, & \text{otherwise} \end{cases} \quad (27\text{-}55)$$

where

$K_{Pilot}$     is the set of subcarrier indices for the pilot subcarriers as defined in 27.3.2.4

$R_{HE\text{-}LTF}$    is a $N_{HE\text{-}LTF} \times N_{HE\text{-}LTF}$ matrix whose elements are defined in Equation (27-56)

$$\left[ R_{HE\text{-}LTF} \right]_{m,n} = \left[ P_{HE\text{-}LTF} \right]_{1,n}, \quad 1 \le m, n \le N_{HE\text{-}LTF} \quad (27\text{-}56)$$

$P_{HE\text{-}LTF}$    is defined in Equation (27-57)

$$P_{HE\text{-}LTF} = \begin{cases} P_{4 \times 4}, & N_{HE\text{-}LTF} = 1, 2, 4 \\ P_{6 \times 6}, & N_{HE\text{-}LTF} = 6 \\ P_{8 \times 8}, & N_{HE\text{-}LTF} = 8 \end{cases} \quad (27\text{-}57)$$

where $P_{4 \times 4}$ is defined in Equation (19-27), $P_{6 \times 6}$ is defined in Equation (21-44), and $P_{8 \times 8}$ is defined in Equation (21-45)

If the 1x HE-LTF is used for non-OFDMA UL MU-MIMO, the HE no pilot HE-LTF mode is used.

In an HE SU PPDU, HE MU PPDU, and HE ER SU PPDU, the time domain representation of the waveform, transmitted on frequency segment $i_{Seg}$ and transmit chain $i_{TX}$, shall be as described by Equation (27-58).

$$r_{HE\text{-}LTF}^{(i_{Seg}, i_{TX})}(t) = \frac{1}{\sqrt{\sum_{r=0}^{N_{RU}-1} \alpha_r^2 |K_r|}} \sum_{n=0}^{N_{HE\text{-}LTF}-1} w_{T_{HE\text{-}LTF}}(t - nT_{HE\text{-}LTF}) \sum_{r=0}^{N_{RU}-1} \frac{\alpha_r \sqrt{|K_r|}}{\sqrt{N_{STS,r,total}} |K_r^{HE\text{-}LTF}|}$$

$$\sum_{k \in K_r} \eta_{HE\text{-}LTF,k} \sum_{u=0}^{N_{user,r}-1} \sum_{m=1}^{N_{STS,r,u}} \left( \left[ Q_k^{(i_{Seg})} \right]_{i_{TX}, (M_{r,u}+m)} \left[ A_{HE\text{-}LTF}^{k} \right]_{(M_{r,u}+m),(n+1)} HELTF''_{k,u,m} \right.$$
$$\left. \cdot \exp(j2\pi k \Delta_{F,HE}(t - nT_{HE\text{-}LTF\text{-}SYM} - T_{GI,HE\text{-}LTF} - T_{CS,HE}(M_{r,u}+m))) \right) \quad (27\text{-}58)$$

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added) (showing the matrices $P_{4x4}$, $P_{6x6}$, $P_{8x8}$, contain

|  | predefined orthogonal codes).<br><br>These matrices are stored in a codebook at the transmitter.<br><br>> The beamforming feedback matrix, $V_{k,u}$, found by the beamformee $u$ for subcarrier $k$ in RU $r$ shall be compressed in the form of angles using the method described in 19.3.12.3.6. The angles, $\phi(k,u)$ and $\psi(k,u)$, are quantized according to Table 9-74 with $b_\psi$ defined by the Codebook Information field of the HE MIMO<br><br>IEEE 802.11ax-2021 § 27.3.16.2 (emphasis added).<br><br>The Accused Products store these predefined HE-LTF sequences and the $P_{\text{HE-LTF}}$ mapping matrix in the Accused Products' memory.  The predefined HE-LTF and $P_{\text{HE-LTF}}$ mapping matrix are applied to generate the HE Sounding NDP. |
|---|---|

Case 5:26-cv-00101-RWS    Document 1-19    Filed 07/30/26    Page 43 of 44 PageID #: 882

Velocity Prelim. Infringement Analysis
U.S. Patent No. 10,200,096



The HE sounding NDP is a variant of the HE SU PPDU. The format of an HE sounding NDP is defined in Figure 27-45.

**Figure 27-45—HE sounding NDP format**

NOTE—The number of HE-LTF symbols in the HE sounding NDP is indicated in the NSTS And Midamble Periodicity field in the HE-SIG-A field.

The HE sounding NDP has the following properties:
— Uses the HE SU PPDU format but without the Data field
— Has a PE field that is 4 µs in duration

IEEE 802.11ax-2021 § 27.3.17 ("The HE Sounding NDP is a variant of the HE SU PPDU" and contains this HE-LTF field. The HE-LTF generation process, including use of $P_{HE-LTF}$, applies to the HE Sounding NDP.).

The Accused Products store the predefined spatial mapping matrices ($P_{HE-LTF}$) in memory at the transmitter. The 802.11ax Standard requires that the preamble of an HE transmission include HE-LTF symbols in which the data tones are multiplied by entries of a matrix $P_{HE-LTF}$. *See* IEEE 802.11ax-2021 § 27.3.11.10 ("An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE-LTF}$, to enable channel estimation at the receiver.").

Because the Accused Products must repeatedly apply the same $P_{HE-LTF}$ matrices across transmissions, the matrices are necessarily stored and maintained in the Accused Products' memory. This storage is required for compliance with the standard.

The HE Sounding NDP transmits HE-LTF symbols equal to space-time streams ($N_{STS}$) being sounded ($N_{HE-LTF} \geq N_{STS}$). Each HE-LTF symbol, combined with the application of the $P_{HE-LTF}$ matrix, effectively

probes a different spatial dimension defined by the predefined orthogonal sequences within $P_{HE\text{-}LTF}$. The receiver processes all transmitted HE-LTFs to estimate the channel across all sounded spatial streams. Thus, the sounding transmission inherently continues until each spatial dimension defined by the predefined $P_{HE\text{-}LTF}$ mapping used for the sounding has been probed.

The HE-LTF field provides a means for the receiver to estimate the MIMO channel between the set of constellation mapper outputs (or, if STBC is applied, the STBC encoder outputs) and the receive chains. In an HE SU PPDU and HE ER SU PPDU, the transmitter provides training for $N_{STS}$ space-time streams (spatial mapper inputs) used for the transmission of the PSDU. In an HE MU PPDU, the transmitter provides training for $N_{STS,r,total}$ space-time streams used for the transmission of the PSDU(s) in the $r^{th}$ RU. In an HE TB PPDU, the transmitter of user $u$ in the $r^{th}$ RU provides training for $N_{STS,r,u}$ space-time streams used for the transmission of the PSDU. For each subcarrier in the $r^{th}$ RU, the MIMO channel that can be estimated is an $N_{RX} \times N_{STS,r,total}$ matrix. An HE transmission has a preamble that contains HE-LTF symbols, where the data tones of each HE-LTF symbol are multiplied by entries belonging to a matrix $P_{HE\text{-}LTF}$, to enable channel estimation at the receiver. When single stream pilot is used in HE-LTF, the pilot subcarriers of each HE-LTF symbol are multiplied by the entries of a matrix $R_{HE\text{-}LTF}$ defined below to allow receivers to track phase and/or frequency offset during MIMO channel estimation using the HE-LTF. Single stream pilots shall be used in the HE-LTF field for SU, DL, and UL OFDMA, DL MU-MIMO, and partial-bandwidth UL MU-MIMO transmissions. Single stream pilots shall be used in the HE-LTF field for a full-bandwidth UL MU-MIMO transmission if single stream pilot HE-LTF mode is selected.

In an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU with a single RU (the RU having an MU-MIMO allocation or an SU allocation), the number of HE-LTF symbols, $N_{HE\text{-}LTF}$, is a function of the total number of space-time streams, $N_{STS}$, as shown in Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$ and with $N_{STS,total}$ replaced by $N_{STS}$. In an HE MU PPDU, $N_{HE\text{-}LTF}$ is indicated in the HE-SIG-A field. In an HE MU PPDU with more than one RU, $N_{HE\text{-}LTF}$ may take a value 1, 2, 4, 6, or 8 that is greater than or equal to the maximum value of the initial number of HE-LTF symbols for each RU, where the initial number of HE-LTF symbols is calculated as a function of $N_{STS,r,total}$ (where $r$ is the index of the RU) based on Table 21-13 in 21.3.8.3.5 with $N_{VHT\text{-}LTF}$ replaced by $N_{HE\text{-}LTF}$.

IEEE 802.11ax-2021 § 27.3.11.10 (emphasis added).