# Exhibit 22

## U.S. PATENT NO. 9,596,648
### UNIFIED BEACON FORMAT

Velocity Communication Technologies, LLC ("Velocity") contends that at least the following claims of U.S. Patent No. 9,596,648 (the "'648 patent") identified below are infringed.

Accused Products: The Accused Products are all Access Points ("AP") that practice the IEEE 802.11ax (Wi-Fi 6) standard ("802.11ax Standard") made, used, offered for sale, sold, and/or imported into the United States by Defendant(s), including but not limited to the "'648 Accused Products" specifically listed in the Complaint (collectively, the "Accused Products").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method for transmitting network information for a wireless network, the method comprising: | To the extent the preamble is limiting, the '648 Accused Products perform a computer-implemented method for transmitting network information for a wireless network.<br><br>The Defendant and its customers directly infringe the '648 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States. In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |

---

[1] This analysis is preliminary and subject to amendment. Velocity reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Accused Products. The chart provides exemplary evidence of Velocity's current infringement theory based on available information and is not intended as an expert report. Velocity has prepared these contentions before obtaining discovery in this action. Velocity expects the Defendant(s) and third parties will produce additional information regarding the Accused Products beyond what is publicly available. Accordingly, Velocity reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Case 5:26-cv-00101-RWS     Document 1-22     Filed 07/30/26     Page 3 of 80 PageID #:
1039

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '648 patent into the United States. The Accused Products are a material part of the invention, and the Accused Processes are specifically adapted for infringing the '648 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards. They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products. To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist. In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [1a] determining whether (i) a short beacon is to be transmitted, or (ii) a full beacon is to be transmitted; | The Accused Products determine whether a short beacon or a full beacon is to be transmitted.<br><br>Specifically, the Accused Products, operating in compliance with the 802.11ax Standard, make determinations about the type of beacon frame to transmit. One mechanism in the Accused Products to determine whether to transmit a short beacon or a full beacon is the Multiple Basic Service Set Identifier ("M-BSSID") extension to the 802.11ax Standard.<br><br>The Accused Products, by supporting M-BSSID, can manage several BSSIDs with one being the "transmitted BSSID" (which sends regular Beacons) and others being "nontransmitted BSSIDs" whose information is advertised within the Beacons of the transmitted BSSID. The Accused Products determine how much information about these nontransmitted BSSIDs is included in any given Beacon frame. In implementing the Multiple BSSID (M-BSSID) functionality, the Accused Products must make determinations about how much information about nontransmitted BSSIDs to include in Beacon frames. |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

As used herein, "short beacon" refers to a Beacon frame carrying only a partial list of nontransmitted BSSID profiles and "full beacon" refers to a Beacon frame carrying a complete list of nontransmitted BSSID profiles.

> **11.1.3.8.3 Discovery of a nontransmitted BSSID profile**
>
> An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The Accused Products, in conforming to the 802.11ax Standard, implement a decision-making process to determine whether to send a "complete" profile (full beacon) or a "partial list" (short beacon) in any given Beacon frame. Section 11.1.3.8.3 of the 802.11ax Standard imposes specific requirements on the Accused Products:

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.
>
> An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.
>
> NOTE 2—A nontransmitted BSSID profile is requested if, in the soliciting Probe Request frame, the SSID or BSSID matches the SSID or the BSSID, respectively, of the BSS corresponding to the nontransmitted BSSID.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

Additionally, Section 9.4.2.260 ("Multiple BSSID Configuration element") states: "[t]he Multiple BSSID Configuration element is used to provide configuration information for a multiple BBSID set".

The Accused Products may determine to not include a nontransmitted BSSID profile in a Beacon frame if the contents of the nontransmitted BSSID profile are the same as reported in the previous Beacon frame. The Accused Products, in compliance with the 802.11ax Standard, with the M-BSSID extension determine whether to transmit a short beacon (partial list of profiles) or a full beacon (complete list of profiles). This determination revolves around how much information about the nontransmitted BSSIDs within its M-BSSID set to include in any given Beacon frame.

The Accused Products make a determination regarding the extent of profile information to include. A beacon containing a "partial list" is a "short beacon" while one with a "complete list" or a larger set of profiles is a "full beacon."

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

A STA that supports the Multiple BSSID capability has dot11MultiBSSIDImplemented equal to true and shall set to 1 the Multiple BSSID field of the Extended Capabilities elements that it transmits. Support for the Multiple BSSID capability is mandatory for a FILS STA and non-AP HE STA. An AP that supports enhancements related to the discovery and advertisement of a nontransmitted BSSID shall set the Enhanced Multi-BSSID Advertisement Support bit in the Extended Capabilities element to 1 and is referred to as an EMA AP. A 6 GHz AP with dot11MultiBSSIDImplemented equal to true and advertising a partial list of nontransmitted BSSID profiles shall operate as an EMA AP. If an HE AP operating in the 2.4 GHz or 5 GHz bands has dot11MultiBSSIDImplemented equal to true, advertises a partial list of nontransmitted BSSID profiles, and intends a non-AP STA to discover the complete list of nontransmitted BSSID profiles, where a complete list of nontransmitted BSSID profile comprises only BSSIDs that are discoverable, then the HE AP shall operate as an EMA AP.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The 802.11ax Standard further explains the behavior of an Enhanced Multi-BSSID Advertisement (EMA) by the Accused Products in § 11.1.3.8.3: "An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame... to indicate the configuration of the multiple BSSID set."

The inclusion of this configuration element is part of the Accused Products' determination process for how they will advertise its M-BSSID set. Additionally, § 11.1.3.8.3 of the 802.11ax Standard explicitly requires Access Points to signal their determination about beacon content completeness: "An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1."

| | |
|---|---|
| [1b] generating, at a network interface device, a beacon frame corresponding to a unified beacon format, including; | The Accused Products generate, at a network interface device, a beacon frame corresponding to a unified beacon format.<br><br>Specifically, the Accused Products' network interface device (the PHY/MAC hardware) constructs beacon frames that conform to a unified format defined by the 802.11ax Standard. The Accused Products, in compliance with § 9.3.3 of the 802.11ax Standard, use a unified general structure for Management frames, including Beacon frames. |

Section 9.3.3.2 ("Beacon frame format") details the components of a Beacon frame, referring to Table 9-32 ("Beacon frame body"), which lists the elements that constitute the body of a Beacon frame. When an Accused Product is part of an M-BSSID set, the 802.11ax Standard, § 11.1.3.8.1 mandates:

> The BSSID of the AP belonging to a multiple BSSID set is referred to as the transmitted BSSID if the AP includes the Multiple BSSID element in the Beacon frame that it transmits. In a multiple BSSID set, there shall not be more than one AP corresponding to the transmitted BSSID. The BSSID of an AP belonging to a multiple BSSID set is a nontransmitted BSSID if the AP's BSSID is derived according to 9.4.2.45 and 9.4.2.73. Among all AP STAs in a multiple BSSID set, only the AP corresponding to the transmitted BSSID shall transmit a Beacon frame.

IEEE 802.11ax-2021 § 11.1.3.8.1 (emphasis added).

This Beacon frame, while potentially carrying information about non-transmitted BSSIDs via the Multiple BSSID element (§ 9.4.2.45), adheres to the standard unified Beacon frame format. Therefore, the Accused Products generate Beacon frames that conform to the unified format specified in the 802.11ax Standard, with a header and a body containing a defined sequence of fields.

The timestamp is the first body field and occurs immediately after the MAC header regardless of whether the beacon is short or full.

> The received Timestamp value shall be adjusted by adding an amount equal to the receiving STA's delay through its local PHY components plus the time since the first bit of the Timestamp field was received at the MAC/PHY interface.

IEEE 802.11-2020 § 11.1.3.10.3 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

| | |
|---|---|
| | — The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values. <br><br> IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32). |
| [1c] generating a first portion of the beacon frame, wherein the first portion has the same format whether (i) it is determined to transmit the short beacon frame or, (ii) it is determined to transmit the full beacon frame, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows | The Accused Products generate a first portion of the beacon frame, wherein the first portion has the same format whether (i) it is determined to transmit the short beacon frame or, (ii) it is determined to transmit the full beacon frame, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field. <br><br> Specifically, the Accused Products generate a first portion of the beacon frame that maintains the same format regardless of whether a short or full beacon is transmitted. The Accused Products, in compliance with the 802.11ax Standard, generate a first portion of the Beacon frame which has the same format regardless of the Beacon frame being a short Beacon frame or full Beacon frame. Section 9.2.3 of the IEEE 802.11-2020 Standard[2] defines "MAC frame formats" as follows: |

[2] The 802.11ax Standard is an Amendment to the IEEE 802.11-2020 Standard. *See* IEEE 802.11ax-2021 Standard, Abstract ("Modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1GHz and 7.125 GHz are defined in this amendment to IEEE Std 802.11-2020."). The sections of the 802.11-2020 Standard cited herein have not been amended by the 802.11ax Standard and are therefore performed by devices that comply with the 802.11ax Standard, including the Accused Products.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field; |

### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.

Figure 9-2—MAC frame format

IEEE 802.11-2020 § 9.2.3 (emphasis added) (showing that the first portion of the MAC frame remains the same for both short beacon frames and full beacon frames).

This first portion of a Beacon frame includes a Frame Control field. |
|---|---|



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

IEEE 802.11-2020 § 9.2.4.1 (emphasis added).

For a Beacon Frame Control Field, the Accused Products make the following selections for this field. The field Type is Management (00) and Subtype is Beacon (1000) as per Table 9-1 "Valid type and subtype combinations." This field is always present with the same structure for all Beacon frames. IEEE 802.11-2020 § 9.2.4.1.3.

The duration field follows the frame control field in the first portion of the beacon frame. This field always follows the Frame Control field and has the same format for all Beacon frames.

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 11 of 80 PageID #: 1047

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The encoding of the Duration/ID field is given in Table 9-9.

**Table 9-9—Duration/ID field encoding**

| Bits 0–13 | Bit 14 | Bit 15 | Usage |
|---|---|---|---|
| 0–32 767 | | 0 | Duration value (in microseconds) within all frames except PS-Poll frames that are not PS-Poll+BDT |
| 0–16 383 | 0 | 1 | Reserved |
| 0 | 1 | 1 | AID 0 is used for broadcast transmission in S1G PPDU, reserved if not in S1G PPDU. |
| 1–2007 | 1 | 1 | AID in PS-Poll frames other than PS-Poll+BDT. |
| 2008–8191 | 1 | 1 | Additional AIDs in S1G PS-Poll frames other than PS-Poll+BDT. Reserved if not in S1G PS-Poll frames. |
| 8192–16 383 | 1 | 1 | Reserved |

IEEE 802.11-2020 § 9.2.4.2.[3]

The source address field follows the duration field and is the BSSID of the Accused Products.

The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field was initiated. The Individual/Group bit is always transmitted as a 0 in the source address.

IEEE 802.11ax-2021 § 9.2.4.3.6 (emphasis added).

The timestamp appears after the source address field and represents the timing synchronization functions. This field remains the same for both the short beacon frame and full beacon frame, as the

---

[3] This portion of the preceding IEEE 802.11-2020 Standard is incorporated into the IEEE 802.11ax-2021 Standard.

timestamp field from the full beacon and short beacon "are always the same as the corresponding transmitted BSSID Values."  IEEE 802.11ax-2021 § 9.4.2.45.

This field represents the timing synchronization function (TSF) timer (see 11.1 and 11.19) of a frame's source. The length of the Timestamp field is 8 octets. The Timestamp field is shown in Figure 9-93.

| Timestamp |
|-----------|

Octets:        8

**Figure 9-93—Timestamp field format**

IEEE 802.11ax-2020 § 9.4.1.10.

As specified in Table 9-32 ("Beacon frame body"), the Timestamp field is listed as Order 1 with a fixed length of 8 octets.

The frame body of a Beacon frame contains the information shown in Table 9-32.

**Table 9-32—Beacon frame body**

| Order | Information | Notes |
|-------|-------------|-------|
| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

The format and presence of these four fields remain identical across all Beacon frames transmitted by the Accused Products regardless of whether the Accused Products have determined to transmit a partial or full list of the nontransmitted BSSIDs.

| [1d] generating a second portion of the beacon frame, wherein<br><br>the second portion corresponds to a first subformat when it is determined to transmit the short beacon frame,<br><br>the second portion corresponds to a second subformat when it is determined to transmit the full beacon frame, and<br><br>the first subformat is different than the second subformat, and | The Accused Products generate a second portion of the beacon frame, wherein the second portion corresponds to a first subformat when it is determined to transmit the short beacon frame, the second portion corresponds to a second subformat when it is determined to transmit the full beacon frame, and the first subformat is different than the second subformat.<br><br>Specifically, the Accused Products generate a second portion of the beacon frame with distinctly different subformats depending on whether a short or full beacon is transmitted.<br><br>The Accused Products generate the variable part of the Beacon frame body (following the fixed first portion) with content that differs based on the Accused Products' determination of how much M-BSSID profile information to include. When the Accused Products determine to send a short beacon, the Accused Products generate a second portion with a first subformat containing: Mandatory elements for the transmitted BSSID (*e.g.*, Capability Information, SSID, Supported Rates); Essential HE elements (HE Capabilities, HE Operation); A partial list of Nontransmitted BSSID Profile subelements within the Multiple BSSID element; or no Nontransmitted BSSID Profile subelements. The Accused Products, in compliance with the 802.11ax Standard, will transmit a short beacon containing a partial list of the nontransmitted BSSIDs.<br><br>When the Accused Products determine to send a full beacon, the Accused Products generate a second portion with a second subformat containing all the non-transmitted BSSIDs.  In compliance with the 802.11ax Standard, the Accused Products transmit this full beacon based on a second subformat. |

The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs. A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:

— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.

— The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).

The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used.  For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission.

| | |
|---|---|
| | An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1. <br><br> An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame. <br><br> A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame. <br><br> IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added). |
| [1e] including, (i) in the beacon frame or (ii) in a physical layer (PHY) header associated with the beacon frame, an indication of whether the beacon frame corresponds to the first subformat or the second subformat; and | The Accused Products generate, at a network interface device, a beacon frame corresponding to a unified beacon format including (i) in the beacon frame or (ii) in a physical layer (PHY) header associated with the beacon frame, an indication of whether the beacon frame corresponds to the first subformat or the second subformat. <br><br> Specifically, the Beacon Frame includes an extended capabilities field that identifies which format will be used. In compliance with the 802.11ax Standard, the Accused Products will include "the Multiple BSSID Configuration element . . . in its Beacon frame." |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.
>
> An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The Accused Products transmit, in the Beacon frame, a dedicated bit within the Extended Capabilities element of the Beacon frame that directly indicates whether the current beacon corresponds to the first subformat ("short beacon" with a partial list of BSSID Profiles) or the second subformat ("full beacon" with the full list of BSSID Profiles).

**Table 9-153—Extended Capabilities element** *(continued)*

| Bit | Information | Notes |
|---|---|---|
| 80 | Complete List of NonTxBSSID Profiles | This field is reserved for a non-AP STA or when the AP has dot11MultiBSSIDImplemented set to false. <br><br> ~~When set to 1,~~ Set to 1 to indicates that the frame carrying this element includes a complete list of nontransmitted BSSID profiles. <br> ~~When set to 0,~~ Set to 0 by a non-HE AP if there is no indication about the completeness of the list of nontransmitted BSSID profiles in the frame. <br> Set to 0 by an HE AP to indicate that the frame carrying this element does not include a complete list of nontransmitted BSSID profiles. <br><br> Also see 11.1.3.8. |
| ... | | |

IEEE 802.11ax-2021 § 9.4.2.26 (emphasis added) ("Extended Capabilities element" defines capability bits in Table 9-153 "Extended Capabilities element." Bit 80 is explicitly defined as "Complete List of NonTxBSSID Profiles.").

| | |
|---|---|
| [1f] transmitting, using the network interface device, the beacon frame. | The Accused Products transmit the beacon frame using the network interface device. <br><br> Specifically, the Accused Products use their network interface device (comprising MAC and PHY layers) to transmit the generated Beacon frame over the wireless medium according to the procedures and formats specified in the 802.11ax Standard. Section 10.1 of the 802.11ax Standard describes the MAC sublayer and details how frames are constructed and passed to the PHY for transmission. |

The MAC functional description is presented in this clause. The architecture of the MAC sublayer, including the distributed coordination function (DCF), the hybrid coordination function (HCF), the mesh coordination function (MCF), the triggered UL access (TUA), and their coexistence in an IEEE 802.11 LAN are introduced in 10.2. These functions are expanded on in 10.3, 10.23, and 10.24, and 26.2. Fragmentation and defragmentation are defined in 10.4 and 10.5. Multirate support is addressed in 10.6. A number of additional restrictions to limit the cases in which MSDUs are reordered or discarded are described in 10.7. Operation across regulatory domains is defined in 10.22. The block ack mechanism is described in 10.25. The No Ack mechanism is described in 10.26. The protection mechanism is described in 10.27. Rules for processing MAC frames are described in 10.28.

## 10.2 MAC architecture

### 10.2.1 General

*Replace Figure 10-1 with the following figure:*

**Figure 10-1—Non-DMG non-CMMG non-S1G STA MAC architecture**

IEEE 802.11ax-2021 § 10.1.

The Accused Products then use the network interface to send the packets. ""In order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state."

| | |
|---|---|
| | In all options, in order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state. Further, the PHY is set to operate at the appropriate frequency through station management via the PLME, as specified in 27.4. Other transmit parameters, such as HE-MCS, coding types, and transmit power, are set via the PHY-SAP using the PHYTXSTART.request(TXVECTOR) primitive, as described in 27.2.2. After transmitting a PPDU that carries a Trigger frame, the MAC sublayer issues a PHY-TRIGGER.request with a TRIGVECTOR parameter that provides the PHY entity with the information needed to demodulate the expected HE TB PPDU response. The remainder of this subclause applies to the first four options.<br><br>The PHY indicates the state of the primary channel and other channels (if any) via the PHY-CCA.indication primitive (see 21.3.18.5 and 8.3.5.12). Transmission of the PPDU shall be initiated by the PHY after receiving the PHY-TXSTART.request(TXVECTOR) primitive. The TXVECTOR parameters for the PHY-TXSTART.request primitive are specified in Table 27-1.<br><br>After the PHY preamble transmission is started, the PHY entity immediately initiates data scrambling and data encoding. The encoding method for the Data field is based on the FEC_CODING, CH_BANDWIDTH, NUM_STS, STBC, MCS, and NUM_USERS parameters of the TXVECTOR, as described in 27.3.4.<br><br>IEEE 802.11ax-2021 § 27.3.21 (emphasis added). |
| [2] The method of claim 1, wherein the first portion includes only one address field. | The Accused Products perform the method of claim 1, wherein the first portion includes only one address field.<br><br>For every Beacon, the first three body fields of the frame are fixed as: (1) Timestamp; (2) Beacon Interval; (3) Capability Information. |

**9.3.3.2 Beacon frame format**

The frame body of a Beacon frame contains the information shown in Table 9-32.

**Table 9-32—Beacon frame body**

| Order | Information | Notes |
|---|---|---|
| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

The address field for nontransmitted BSSID profiles constitutes only one address field.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | **11.1.3.8.2 Nontransmitted BSSID profile**<br><br>A nontransmitted BSSID profile represents information about a particular nontransmitted BSSID. It consists of a set of elements that are carried in a single Nontransmitted BSSID Profile subelement, unless the subelement cannot fit in a single Multiple BSSID element. In this case, the nontransmitted BSSID profile is fragmented and is carried in more than one Nontransmitted BSSID Profile subelements across more than one Multiple BSSID element in the same frame. Each nontransmitted BSSID profile, at a minimum, shall include the elements that are mandatory for that BSS (i.e., Nontransmitted BSSID Capability element, SSID element, Multiple BSSID-Index element as described in 9.4.2.45). An example of Multiple BSSID element carrying one or more Nontransmitted BSSID Profile subelements is shown in Figure 11-3a. The figure also shows the order in which the elements are present within each Nontransmitted BSSID Profile subelement.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.2 (emphasis added).<br><br>The nontransmitted BSSID profiles are expressly identified as the third element in the beacon frame, and are thus within the first portion of the beacon frame.<br><br>— ~~For each nontransmitted BSSID, t~~ The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.<br><br>IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). |
| [4PRE] An apparatus, comprising: | The Defendant and its customers directly infringe claim 4 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed apparatus in the United States. In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus comprising each of the limitations of one or more of the claims of the '648 patent, |

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 22 of 80 PageID #: 1058

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | including claim 4, into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '648 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use.<br><br>Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Accused Products constitute an apparatus. |
| [4a] a network interface device configured to | The Accused Products comprise a network interface device.<br><br>The Accused Products comprise the medium access control (MAC) layer and physical (PHY) layer, which are the hardware that perform frame transmission and reception.<br><br>This amendment defines modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1 GHz and 7.125 GHz.<br><br>IEEE 802.11ax-2021 Introduction (emphasis added). |

| | |
|---|---|
| | **20.2 DMG PHY service interface**<br><br>**20.2.1 Introduction**<br><br>The PHY interfaces to the MAC through the TXVECTOR, RXVECTOR, and the PHYCONFIG_VECTOR. Using the TXVECTOR, the MAC supplies the PHY with per-PPDU transmit parameters. Using the RXVECTOR, the PHY informs the MAC of the received packet parameters. Using the PHYCONFIG_VECTOR, the MAC configures the PHY for operation, independent of frame transmission or reception.<br><br>IEEE 802.11-2020 § 20.2.1 (emphasis added) (explaining that the MAC sends frames to the PHY for transmission—i.e., performing as a network interface device).<br><br>The Accused Products comprise MAC/PHY hardware stacks because they operate as wireless transmitters and receivers. |
| [4a(i)] determine whether (i) a short beacon is to be transmitted, or (ii) a full beacon is to be transmitted, | The Accused Products comprise a network interface device configured to determine whether (i) a short beacon is to be transmitted, or (ii) a full beacon is to be transmitted.<br><br>The Accused Products, operating in compliance with the 802.11ax Standard, make determinations about the type of beacon frame to transmit. One mechanism in the Accused Products to determine whether to transmit a short beacon or a full beacon is the Multiple Basic Service Set Identifier ("M-BSSID") extension to the 802.11ax Standard.<br><br>The Accused Products, by supporting M-BSSID, can manage several BSSIDs with one being the "transmitted BSSID" (which sends regular Beacons) and others being "nontransmitted BSSIDs" whose information is advertised within the Beacons of the transmitted BSSID. The Accused Products determine how much information about these nontransmitted BSSIDs is included in any given Beacon frame. In implementing the Multiple BSSID (M-BSSID) functionality, the Accused Products must make determinations about how much information about nontransmitted BSSIDs to include in Beacon frames. |

> An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

As used herein, "short beacon" refers to a Beacon frame carrying only a partial list of nontransmitted BSSID profiles and "full beacon" refers to a Beacon frame carrying a complete list of nontransmitted BSSID profiles.

> **11.1.3.8.3 Discovery of a nontransmitted BSSID profile**
>
> An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The Accused Products, in conforming to the 802.11ax Standard, implement a decision-making process to determine whether to send a "complete" profile (full beacon) or a "partial list" (short beacon) in any given Beacon frame. Section 11.1.3.8.3 of the 802.11ax Standard imposes specific requirements on the Accused Products:

Case 5:26-cv-00101-RWS     Document 1-22     Filed 07/30/26     Page 25 of 80 PageID #: 1061

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.
>
> An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.
>
> NOTE 2—A nontransmitted BSSID profile is requested if, in the soliciting Probe Request frame, the SSID or BSSID matches the SSID or the BSSID, respectively, of the BSS corresponding to the nontransmitted BSSID.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

Additionally, Section 9.4.2.260 ("Multiple BSSID Configuration element") states: "[t]he Multiple BSSID Configuration element is used to provide configuration information for a multiple BBSID set".

The Accused Products may determine to not include a nontransmitted BSSID profile in a Beacon frame if the contents of the nontransmitted BSSID profile are the same as reported in the previous Beacon frame. The Accused Products, in compliance with the 802.11ax Standard, with the M-BSSID extension determine whether to transmit a short beacon (partial list of profiles) or a full beacon (complete list of profiles). This determination revolves around how much information about the nontransmitted BSSIDs within its M-BSSID set to include in any given Beacon frame.

The Accused Products make a determination regarding the extent of profile information to include. A beacon containing a "partial list" is a "short beacon" while one with a "complete list" or a larger set of profiles is a "full beacon."

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 26 of 80 PageID #:
1062

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | A STA that supports the Multiple BSSID capability has dot11MultiBSSIDImplemented equal to true and shall set to 1 the Multiple BSSID field of the Extended Capabilities elements that it transmits. Support for the Multiple BSSID capability is mandatory for a FILS STA and non-AP HE STA. An AP that supports enhancements related to the discovery and advertisement of a nontransmitted BSSID shall set the Enhanced Multi-BSSID Advertisement Support bit in the Extended Capabilities element to 1 and is referred to as an EMA AP. A 6 GHz AP with dot11MultiBSSIDImplemented equal to true and advertising a partial list of nontransmitted BSSID profiles shall operate as an EMA AP. If an HE AP operating in the 2.4 GHz or 5 GHz bands has dot11MultiBSSIDImplemented equal to true, advertises a partial list of nontransmitted BSSID profiles, and intends a non-AP STA to discover the complete list of nontransmitted BSSID profiles, where a complete list of nontransmitted BSSID profile comprises only BSSIDs that are discoverable, then the HE AP shall operate as an EMA AP.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).<br><br>The 802.11ax Standard further explains the behavior of an Enhanced Multi-BSSID Advertisement (EMA) by the Accused Products in § 11.1.3.8.3: "An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame... to indicate the configuration of the multiple BSSID set."<br><br>The inclusion of this configuration element is part of the Accused Products' determination process for how they will advertise its M-BSSID set. Additionally, § 11.1.3.8.3 of the 802.11ax Standard explicitly requires Access Points to signal their determination about beacon content completeness: "An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1." |
| [4a(ii)] generate a beacon frame corresponding to a unified beacon format, including | The Accused Products comprise a network interface device configured to generate a beacon frame corresponding to a unified beacon format.<br><br>Specifically, the Accused Products' network interface device (the PHY/MAC hardware) constructs beacon frames that conform to a unified format defined by the 802.11ax Standard. The Accused Products, in compliance with § 9.3.3 of the 802.11ax Standard, use a unified general structure for Management frames, including Beacon frames. |

Section 9.3.3.2 ("Beacon frame format") details the components of a Beacon frame, referring to Table 9-32 ("Beacon frame body"), which lists the elements that constitute the body of a Beacon frame.  When an Accused Product is part of an M-BSSID set, the 802.11ax Standard, § 11.1.3.8.1 mandates:

> The BSSID of the AP belonging to a multiple BSSID set is referred to as the transmitted BSSID if the AP includes the Multiple BSSID element in the Beacon frame that it transmits. In a multiple BSSID set, there shall not be more than one AP corresponding to the transmitted BSSID. The BSSID of an AP belonging to a multiple BSSID set is a nontransmitted BSSID if the AP's BSSID is derived according to 9.4.2.45 and 9.4.2.73. Among all AP STAs in a multiple BSSID set, only the AP corresponding to the transmitted BSSID shall transmit a Beacon frame.

IEEE 802.11ax-2021 § 11.1.3.8.1 (emphasis added).

This Beacon frame, while potentially carrying information about non-transmitted BSSIDs via the Multiple BSSID element (§ 9.4.2.45), adheres to the standard unified Beacon frame format. Therefore, the Accused Products generate Beacon frames that conform to the unified format specified in the 802.11ax Standard, with a header and a body containing a defined sequence of fields.

The timestamp is the first body field and occurs immediately after the MAC header regardless of whether the beacon is short or full.

> The received Timestamp value shall be adjusted by adding an amount equal to the receiving STA's delay through its local PHY components plus the time since the first bit of the Timestamp field was received at the MAC/PHY interface.

IEEE 802.11-2020 § 11.1.3.10.3 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 28 of 80 PageID #: 1064

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

| | |
|---|---|
| [4a(ii)(x)] generating a first portion of the beacon frame, wherein the first portion has the same format whether (i) it is determined to transmit the short beacon frame or, (ii) it is determined to transmit the full beacon frame, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field, | The Accused Products comprise a network interface device configured to generate a first portion of the beacon frame, wherein the first portion has the same format whether (i) it is determined to transmit the short beacon frame or, (ii) it is determined to transmit the full beacon frame, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field.

Specifically, the Accused Products generate a first portion of the beacon frame that maintains the same format regardless of whether a short or full beacon is transmitted. The Accused Products, in compliance with the 802.11ax Standard, generate a first portion of the Beacon frame which has the same format regardless of the Beacon frame being a short Beacon frame or full Beacon frame. Section 9.2.3 of the IEEE 802.11-2020 Standard defines "MAC frame formats" as follows: |



### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.

Figure 9-2—MAC frame format

IEEE 802.11-2020 § 9.2.3 (emphasis added) (showing that the first portion of the MAC frame remains the same for both short beacon frames and full beacon frames).

This first portion of a Beacon frame includes a Frame Control field.

Page 28 of 79



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| B0 B1 | B2 B3 | B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

IEEE 802.11-2020 § 9.2.4.1 (emphasis added).

For a Beacon Frame Control Field, the Accused Products make the following selections for this field. The field Type is Management (00) and Subtype is Beacon (1000) as per Table 9-1 "Valid type and subtype combinations." This field is always present with the same structure for all Beacon frames. IEEE 802.11-2020 § 9.2.4.1.3.

The duration field follows the frame control field in the first portion of the beacon frame. This field always follows the Frame Control field and has the same format for all Beacon frames.

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 31 of 80 PageID #: 1067

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The encoding of the Duration/ID field is given in Table 9-9.

**Table 9-9—Duration/ID field encoding**

| Bits 0–13 | Bit 14 | Bit 15 | Usage |
|---|---|---|---|
| 0–32 767 | | 0 | Duration value (in microseconds) within all frames except PS-Poll frames that are not PS-Poll+BDT |
| 0–16 383 | 0 | 1 | Reserved |
| 0 | 1 | 1 | AID 0 is used for broadcast transmission in S1G PPDU, reserved if not in S1G PPDU. |
| 1–2007 | 1 | 1 | AID in PS-Poll frames other than PS-Poll+BDT. |
| 2008–8191 | 1 | 1 | Additional AIDs in S1G PS-Poll frames other than PS-Poll+BDT. Reserved if not in S1G PS-Poll frames. |
| 8192–16 383 | 1 | 1 | Reserved |

IEEE 802.11-2020 § 9.2.4.2.

The source address field follows the duration field and is the BSSID of the Accused Products.

The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field was initiated. The Individual/Group bit is always transmitted as a 0 in the source address.

IEEE 802.11ax-2021 § 9.2.4.3.6 (emphasis added).

The timestamp appears after the source address field and represents the timing synchronization functions.  This field remains the same for both the short beacon frame and full beacon frame, as the timestamp field from the full beacon and short beacon "are always the same as the corresponding transmitted BSSID Values." IEEE 802.11ax-2021 § 9.4.2.45.

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 32 of 80 PageID #:
1068

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> This field represents the timing synchronization function (TSF) timer (see 11.1 and 11.19) of a frame's source. The length of the Timestamp field is 8 octets. The Timestamp field is shown in Figure 9-93.
>
> | Timestamp |
> |-----------|
>
> Octets:       8
>
> **Figure 9-93—Timestamp field format**

IEEE 802.11ax-2020 § 9.4.1.10.

As specified in Table 9-32 ("Beacon frame body"), the Timestamp field is listed as Order 1 with a fixed length of 8 octets.

> The frame body of a Beacon frame contains the information shown in Table 9-32.
>
> **Table 9-32—Beacon frame body**
>
> | Order | Information | Notes |
> |-------|-------------|-------|
> | 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
> | 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
> | 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

The format and presence of these four fields remain identical across all Beacon frames transmitted by the Accused Products regardless of whether the Accused Products have determined to transmit a partial or full list of the nontransmitted BSSIDs.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| [4a(ii)(y)] generating a second portion of the beacon frame, wherein<br><br>the second portion corresponds to a first subformat when it is determined to transmit the short beacon frame,<br><br>the second portion corresponds to a second subformat when it is determined to transmit the full beacon frame, and<br><br>the first subformat is different than the second subformat, and | The Accused Products comprise a network interface device configured to generate a second portion of the beacon frame, wherein the second portion corresponds to a first subformat when it is determined to transmit the short beacon frame, the second portion corresponds to a second subformat when it is determined to transmit the full beacon frame, and the first subformat is different than the second subformat.<br><br>Specifically, the Accused Products generate a second portion of the beacon frame with distinctly different subformats depending on whether a short or full beacon is transmitted.<br><br>The Accused Products generate the variable part of the Beacon frame body (following the fixed first portion) with content that differs based on the Accused Products' determination of how much M-BSSID profile information to include. When the Accused Products determine to send a short beacon, the Accused Products generate a second portion with a first subformat containing: Mandatory elements for the transmitted BSSID (*e.g.*, Capability Information, SSID, Supported Rates); Essential HE elements (HE Capabilities, HE Operation); A partial list of Nontransmitted BSSID Profile subelements within the Multiple BSSID element; or no Nontransmitted BSSID Profile subelements. The Accused Products, in compliance with the 802.11ax Standard, will transmit a short beacon containing a partial list of the nontransmitted BSSIDs.<br><br>When the Accused Products determine to send a full beacon, the Accused Products generate a second portion with a second subformat containing all the non-transmitted BSSIDs. In compliance with the 802.11ax Standard, the Accused Products transmit this full beacon based on a second subformat. |

Case 5:26-cv-00101-RWS     Document 1-22     Filed 07/30/26     Page 34 of 80 PageID #: 1070

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:

— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.

— The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).

The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used. For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission.

| | |
|---|---|
| | An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame.

A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added). |
| [4a(iii)] include, (i) in the beacon frame or (ii) in a physical layer (PHY) header associated with the beacon frame, an indication of whether the beacon frame corresponds to the first subformat or the second subformat, and | The Accused Products comprise a network interface device configured to generate a beacon frame corresponding to a unified beacon format, including (i) in the beacon frame or (ii) in a physical layer (PHY) header associated with the beacon frame, an indication of whether the beacon frame corresponds to the first subformat or the second subformat.

Specifically, the Beacon Frame includes an extended capabilities field that identifies which format will be used. In compliance with the 802.11ax Standard, the Accused Products will include "the Multiple BSSID Configuration element . . . in its Beacon frame." |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.

An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The Accused Products transmit, in the Beacon frame, a dedicated bit within the Extended Capabilities element of the Beacon frame that directly indicates whether the current beacon corresponds to the first subformat ("short beacon" with a partial list of BSSID Profiles) or the second subformat ("full beacon" with the full list of BSSID Profiles).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

**Table 9-153—Extended Capabilities element** *(continued)*

| Bit | Information | Notes |
|---|---|---|
| 80 | Complete List of NonTxBSSID Profiles | This field is reserved for a non-AP STA or when the AP has dot11MultiBSSIDImplemented set to false.<br><br>~~When set to 1,~~ Set to 1 to indicates that the frame carrying this element includes a complete list of nontransmitted BSSID profiles.<br>~~When set to 0,~~ Set to 0 by a non-HE AP if there is no indication about the completeness of the list of nontransmitted BSSID profiles in the frame.<br>Set to 0 by an HE AP to indicate that the frame carrying this element does not include a complete list of nontransmitted BSSID profiles.<br><br>Also see 11.1.3.8. |
| ... | | |

IEEE 802.11ax-2021 § 9.4.2.26 (emphasis added) ("Extended Capabilities element" defines capability bits in Table 9-153 "Extended Capabilities element." Bit 80 is explicitly defined as "Complete List of NonTxBSSID Profiles.").

| [4a(iv)] cause the beacon frame to be transmitted. | The Accused Products comprise a network interface device configured to cause the beacon frame to be transmitted.<br><br>The Accused Products use their network interface device (comprising MAC and PHY layers) to transmit the generated Beacon frame over the wireless medium according to the procedures and formats specified in the 802.11ax Standard. Section 10.1 of the 802.11ax Standard describes the MAC sublayer and details how frames are constructed and passed to the PHY for transmission. |
|---|---|

Page 36 of 79

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 38 of 80 PageID #:
1074

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The MAC functional description is presented in this clause. The architecture of the MAC sublayer, including the distributed coordination function (DCF), the hybrid coordination function (HCF), the mesh coordination function (MCF), the triggered UL access (TUA), and their coexistence in an IEEE 802.11 LAN are introduced in 10.2. These functions are expanded on in 10.3, 10.23, and 10.24, and 26.2. Fragmentation and defragmentation are defined in 10.4 and 10.5. Multirate support is addressed in 10.6. A number of additional restrictions to limit the cases in which MSDUs are reordered or discarded are described in 10.7. Operation across regulatory domains is defined in 10.22. The block ack mechanism is described in 10.25. The No Ack mechanism is described in 10.26. The protection mechanism is described in 10.27. Rules for processing MAC frames are described in 10.28.

## 10.2 MAC architecture

### 10.2.1 General

*Replace Figure 10-1 with the following figure:*



**Figure 10-1—Non-DMG non-CMMG non-S1G STA MAC architecture**

IEEE 802.11ax-2021 § 10.1.

The Accused Products then use the network interface to send the packets. ""In order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state."

Case 5:26-cv-00101-RWS     Document 1-22     Filed 07/30/26     Page 39 of 80 PageID #:
1075

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

In all options, in order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state. Further, the PHY is set to operate at the appropriate frequency through station management via the PLME, as specified in 27.4. Other transmit parameters, such as HE-MCS, coding types, and transmit power, are set via the PHY-SAP using the PHYTXSTART.request(TXVECTOR) primitive, as described in 27.2.2. After transmitting a PPDU that carries a Trigger frame, the MAC sublayer issues a PHY-TRIGGER.request with a TRIGVECTOR parameter that provides the PHY entity with the information needed to demodulate the expected HE TB PPDU response. The remainder of this subclause applies to the first four options.

The PHY indicates the state of the primary channel and other channels (if any) via the PHY-CCA.indication primitive (see 21.3.18.5 and 8.3.5.12). Transmission of the PPDU shall be initiated by the PHY after receiving the PHY-TXSTART.request(TXVECTOR) primitive. The TXVECTOR parameters for the PHY-TXSTART.request primitive are specified in Table 27-1.

After the PHY preamble transmission is started, the PHY entity immediately initiates data scrambling and data encoding. The encoding method for the Data field is based on the FEC_CODING, CH_BANDWIDTH, NUM_STS, STBC, MCS, and NUM_USERS parameters of the TXVECTOR, as described in 27.3.4.

IEEE 802.11ax-2021 § 27.3.21 (emphasis added).

| | |
|---|---|
| [5] The apparatus of claim 4, wherein the first portion includes only one address field. | The Accused Products comprise the apparatus of claim 4, wherein the first portion includes only one address field.<br><br>For every Beacon, the first three body fields of the frame are fixed as: (1) Timestamp; (2) Beacon Interval; (3) Capability Information. |

### 9.3.3.2 Beacon frame format

The frame body of a Beacon frame contains the information shown in Table 9-32.

**Table 9-32—Beacon frame body**

| Order | Information | Notes |
|---|---|---|
| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 41 of 80 PageID #: 1077

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | The address field for nontransmitted BSSID profiles constitutes only one address field.<br><br>**11.1.3.8.2 Nontransmitted BSSID profile**<br><br>A nontransmitted BSSID profile represents information about a particular nontransmitted BSSID. It consists of a set of elements that are carried in a single Nontransmitted BSSID Profile subelement, unless the subelement cannot fit in a single Multiple BSSID element. In this case, the nontransmitted BSSID profile is fragmented and is carried in more than one Nontransmitted BSSID Profile subelements across more than one Multiple BSSID element in the same frame. Each nontransmitted BSSID profile, at a minimum, shall include the elements that are mandatory for that BSS (i.e., Nontransmitted BSSID Capability element, SSID element, Multiple BSSID-Index element as described in 9.4.2.45). An example of Multiple BSSID element carrying one or more Nontransmitted BSSID Profile subelements is shown in Figure 11-3a. The figure also shows the order in which the elements are present within each Nontransmitted BSSID Profile subelement.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.2 (emphasis added).<br><br>The nontransmitted BSSID profiles are expressly identified as the third element in the beacon frame, and are thus within the first portion of the beacon frame.<br><br>— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.<br><br>IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). |
| [7PRE] A method for receiving network information for a wireless | To the extent the preamble is limiting, the '648 Accused Products perform a computer-implemented method for receiving network information for a wireless network. |

| network, the method comprising: | The Defendant and its customers directly infringe the '648 patent under 35 U.S.C. § 271(a) by using the claimed methods in the United States.  In particular, Defendant infringes § 271(a) by using and testing its Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards—which incorporate these methods. |
|---|---|
| | Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or importing an apparatus for practicing the '648 patent into the United States.  The Accused Products are a material part of the invention, and the Accused Processes are specifically adapted for infringing the '648 patent through the use of the 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use. |
| | Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| [7a] receiving, at a communication device, a beacon frame transmitted by an access point, wherein a physical layer (PHY) header is associated with the beacon frame, | The Accused Products receive, at a communication device, a beacon frame transmitted by an access point, wherein a physical layer (PHY) header is associated with the beacon frame, wherein the beacon frame has a unified format. |
| | The Accused Products' network interface device (the PHY/MAC hardware) constructs beacon frames that conform to a unified format defined by the 802.11ax Standard.  The Accused Products, in compliance with § 9.3.3 of the 802.11ax Standard, use a unified general structure for Management frames, including Beacon frames. |

| | |
|---|---|
| wherein the beacon frame has a unified format; | Section 9.3.3.2 ("Beacon frame format") details the components of a Beacon frame, referring to Table 9-32 ("Beacon frame body"), which lists the elements that constitute the body of a Beacon frame. When an Accused Product is part of an M-BSSID set, the 802.11ax Standard, § 11.1.3.8.1 mandates:<br><br>The BSSID of the AP belonging to a multiple BSSID set is referred to as the transmitted BSSID if the AP includes the Multiple BSSID element in the Beacon frame that it transmits. In a multiple BSSID set, there shall not be more than one AP corresponding to the transmitted BSSID. The BSSID of an AP belonging to a multiple BSSID set is a nontransmitted BSSID if the AP's BSSID is derived according to 9.4.2.45 and 9.4.2.73. Among all AP STAs in a multiple BSSID set, only the AP corresponding to the transmitted BSSID shall transmit a Beacon frame.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.1 (emphasis added).<br><br>This Beacon frame, while potentially carrying information about non-transmitted BSSIDs via the Multiple BSSID element (§ 9.4.2.45), adheres to the standard unified Beacon frame format. Therefore, the Accused Products generate Beacon frames that conform to the unified format specified in the 802.11ax Standard, with a header and a body containing a defined sequence of fields.<br><br>The timestamp is the first body field and occurs immediately after the MAC header regardless of whether the beacon is short or full.<br><br>The received Timestamp value shall be adjusted by adding an amount equal to the receiving STA's delay through its local PHY components plus the time since the first bit of the Timestamp field was received at the MAC/PHY interface.<br><br>IEEE 802.11-2020 § 11.1.3.10.3 (emphasis added). |

| | |
|---|---|
| | All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.<br><br>— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.<br><br>IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).  *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).<br><br>Station devices (STAs) receive and use the information in received beacon frames.<br><br>**11.1.3.7 Beacon reception**<br><br>STAs in an infrastructure network or PBSS shall use information in received Beacon frames, DMG Beacon frames, or Announce frames only if the BSSID field is equal to the MAC address currently in use by the STA contained in the AP of the BSS or to the MAC address currently in use by the PCP of the PBSS. A non-AP STA in an infrastructure BSS and a non-PCP STA in a PBSS that supports the Multiple BSSID capability shall<br><br>IEEE 802.11-2020 §11.1.3.8 (emphasis added). |
| [7b] determining, based on an indicator (i) in the | The Accused Products determine, based on an indicator (i) in the beacon frame or (ii) in the PHY header, whether the beacon frame has a short beacon subformat or a full beacon subformat. |

| beacon frame or (ii) in the PHY header, whether the beacon frame has a short beacon subformat or a full beacon subformat; | The Beacon Frame includes an extended capabilities field that identifies which format will be used. In compliance with the 802.11ax Standard, the Accused Products will include "the Multiple BSSID Configuration element . . . in its Beacon frame."<br><br>An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.<br><br>An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).<br><br>The Accused Products transmit, in the Beacon frame, a dedicated bit within the Extended Capabilities element of the Beacon frame that directly indicates whether the current beacon corresponds to the first subformat ("short beacon" with a partial list of BSSID Profiles) or the second subformat ("full beacon" with the full list of BSSID Profiles). |

Case 5:26-cv-00101-RWS     Document 1-22     Filed 07/30/26     Page 46 of 80 PageID #:
1082

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

**Table 9-153—Extended Capabilities element** *(continued)*

| Bit | Information | Notes |
|---|---|---|
| 80 | Complete List of NonTxBSSID Profiles | This field is reserved for a non-AP STA or when the AP has dot11MultiBSSIDImplemented set to false.<br><br>~~When set to 1,~~ Set to 1 to indicates that the frame carrying this element includes a complete list of nontransmitted BSSID profiles.<br>~~When set to 0,~~ Set to 0 by a non-HE AP if there is no indication about the completeness of the list of nontransmitted BSSID profiles in the frame.<br>Set to 0 by an HE AP to indicate that the frame carrying this element does not include a complete list of nontransmitted BSSID profiles.<br><br>Also see 11.1.3.8. |
| … | | |

IEEE 802.11ax-2021 § 9.4.2.26 (emphasis added) ("Extended Capabilities element" defines capability bits in Table 9-153 "Extended Capabilities element." Bit 80 is explicitly defined as "Complete List of NonTxBSSID Profiles.").

Receiving devices use this indicator to determine what information within the beacon frame will be used—i.e., a complete list of profiles or an incomplete list.

Page 45 of 79

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 47 of 80 PageID #:
1083

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

**11.1.3.7 Beacon reception**

STAs in an infrastructure network or PBSS shall use information in received Beacon frames, DMG Beacon frames, or Announce frames only if the BSSID field is equal to the MAC address currently in use by the STA contained in the AP of the BSS or to the MAC address currently in use by the PCP of the PBSS. A non-AP STA in an infrastructure BSS and a non-PCP STA in a PBSS that supports the Multiple BSSID capability shall

use other information in received Beacon or DMG Beacon frames only if the BSSID field of the non-AP or non-PCP STA is equal to the MAC address currently in use by the STA contained in the AP or PCP, respectively, of the BSS corresponding to the transmitted BSSID or if the BSSID field of the non-AP or non-PCP STA is equal to one of the nontransmitted BSSIDs.

IEEE 802.11-2020 § 11.1.3.7 (emphasis added).

| | |
|---|---|
| [7c] processing a first portion of the beacon frame, wherein the first portion has the same format whether the beacon frame has (i) the short beacon subformat or, (ii) the full beacon subformat, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that | The Accused Products process a first portion of the beacon frame, wherein the first portion has the same format whether the beacon frame has (i) the short beacon subformat or, (ii) the full beacon subformat, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field.<br><br>The Accused Products receive a first portion of the beacon frame that maintains the same format regardless of whether a short or full beacon is transmitted. The Accused Products, in compliance with the 802.11ax Standard, generate a first portion of the Beacon frame which has the same format regardless of the Beacon frame being a short Beacon frame or full Beacon frame. Section 9.2.3 of the IEEE 802.11-2020 Standard defines "MAC frame formats" as follows: |

| | |
|---|---|
| follows the source address field; | <br><br>IEEE 802.11-2020 § 9.2.3 (emphasis added) (showing that the first portion of the MAC frame remains the same for both short beacon frames and full beacon frames).<br><br>This first portion of a Beacon frame includes a Frame Control field. |



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| B0  B1 | B2  B3 | B4  B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocol Version | Type | Subtype | To DS | From DS | More Fragments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

IEEE 802.11-2020 § 9.2.4.1 (emphasis added).

For a Beacon Frame Control Field, the Accused Products make the following selections for this field. The field Type is Management (00) and Subtype is Beacon (1000) as per Table 9-1 "Valid type and subtype combinations." This field is always present with the same structure for all Beacon frames. IEEE 802.11-2020 § 9.2.4.1.3.

The duration field follows the frame control field in the first portion of the beacon frame. This field always follows the Frame Control field and has the same format for all Beacon frames.

The encoding of the Duration/ID field is given in Table 9-9.

**Table 9-9—Duration/ID field encoding**

| Bits 0–13 | Bit 14 | Bit 15 | Usage |
|---|---|---|---|
| 0–32 767 | | 0 | Duration value (in microseconds) within all frames except PS-Poll frames that are not PS-Poll+BDT |
| 0–16 383 | 0 | 1 | Reserved |
| 0 | 1 | 1 | AID 0 is used for broadcast transmission in S1G PPDU, reserved if not in S1G PPDU. |
| 1–2007 | 1 | 1 | AID in PS-Poll frames other than PS-Poll+BDT. |
| 2008–8191 | 1 | 1 | Additional AIDs in S1G PS-Poll frames other than PS-Poll+BDT. Reserved if not in S1G PS-Poll frames. |
| 8192–16 383 | 1 | 1 | Reserved |

IEEE 802.11-2020 § 9.2.4.2.[4]

The source address field follows the duration field and is the BSSID of the Accused Products.

> The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field was initiated. The Individual/Group bit is always transmitted as a 0 in the source address.

IEEE 802.11ax-2021 § 9.2.4.3.6 (emphasis added).

---

[4] This portion of the preceding IEEE 802.11-2020 Standard is incorporated into the IEEE 802.11ax-2021 Standard.

The timestamp appears after the source address field and represents the timing synchronization functions. This field remains the same for both the short beacon frame and full beacon frame, as the timestamp field from the full beacon and short beacon "are always the same as the corresponding transmitted BSSID Values." IEEE 802.11ax-2021 § 9.4.2.45.

> This field represents the timing synchronization function (TSF) timer (see 11.1 and 11.19) of a frame's source. The length of the Timestamp field is 8 octets. The Timestamp field is shown in Figure 9-93.
>
> | Timestamp |
> |---|
>
> Octets:      8
>
> **Figure 9-93—Timestamp field format**

IEEE 802.11ax-2020 § 9.4.1.10.

As specified in Table 9-32 ("Beacon frame body"), the Timestamp field is listed as Order 1 with a fixed length of 8 octets.

> The frame body of a Beacon frame contains the information shown in Table 9-32.
>
> **Table 9-32—Beacon frame body**
>
> | Order | Information | Notes |
> |---|---|---|
> | 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
> | 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
> | 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | The format and presence of these four fields remain identical across all Beacon frames transmitted by the Accused Products regardless of whether the Accused Products have determined to transmit a partial or full list of the nontransmitted BSSIDs. |
| [7d] when it is determined that the beacon frame has the short beacon subformat, processing a second portion of the beacon frame according to the short beacon subformat; | When it is determined that the beacon frame has the short beacon subformat, the Accused Products process a second portion of the beacon frame according to the short beacon subformat. |

The Accused Products process a second portion of the beacon frame with distinctly different subformats depending on whether a short or full beacon is transmitted.

The Accused Products generate the variable part of the Beacon frame body (following the fixed first portion) with content that differs based on the Accused Products' determination of how much M-BSSID profile information to include. When the Accused Products determine to send a short beacon, the Accused Products generate a second portion with a first subformat containing: Mandatory elements for the transmitted BSSID (*e.g.*, Capability Information, SSID, Supported Rates); Essential HE elements (HE Capabilities, HE Operation); A partial list of Nontransmitted BSSID Profile subelements within the Multiple BSSID element; or no Nontransmitted BSSID Profile subelements. The Accused Products, in compliance with the 802.11ax Standard, will transmit a short beacon containing a partial list of the nontransmitted BSSIDs.

> The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:
>
> — For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.
>
> — The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).

Page 51 of 79

Case 5:26-cv-00101-RWS   Document 1-22   Filed 07/30/26   Page 53 of 80 PageID #: 1089

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used. For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission.

> An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.
>
> An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame.
>
> A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

When the partial list of nontransmitted BSSIDs is sent, the receiver will inherit the profile from the beacon.

| | |
|---|---|
| | When a station receives a Beacon frame or DMG Beacon frame with a Multiple BSSID element that consists of a nontransmitted BSSID profile with only the mandatory elements, it may inherit the complete profile from a previously received Beacon frame, DMG Beacon frame, or Probe Response frame, or it may send a Probe Request frame to obtain the complete BSSID profiles. Each Beacon element not transmitted in a nontransmitted BSSID subelement is inherited from previous Beacon, DMG Beacon, or Probe Response frame in which the element is present, except for the Quiet element, which shall take effect only in the Beacon frame or DMG Beacon frame that contains it and not carry forward as a part of the inheritance. An AP or PCP is not required to include all supported nontransmitted BSSID profiles in a Probe Response frame, and may choose to only include a subset based on any criteria. When a nontransmitted BSSID profile is present in the Multiple BSSID element of the Probe Response frame, the AP or PCP shall include all elements that are specific to this BSS. If any of the optional elements are not present in a nontransmitted BSSID profile, the corresponding values are the element values of the transmitted BSSID unless the element is listed in the Non-Inheritance element (if included) in the nontransmitted BSSID profile for that BSS.<br><br>IEEE 802.11-2020 §11.1.3.8 (emphasis added). |
| [7e] when it is determined that the beacon frame [h]as the full beacon subformat, processing the second portion of the beacon frame according to the full beacon subformat; and | When it is determined that the beacon frame [h]as the full beacon subformat, the Accused Products process the second portion of the beacon frame according to the full beacon subformat.<br><br>When the Accused Products determine to send a full beacon, the Accused Products generate a second portion with a second subformat containing all the non-transmitted BSSIDs. In compliance with the 802.11ax Standard, the Accused Products transmit this full beacon based on a second subformat. |

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 55 of 80 PageID #:
1091

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs. A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:

— For each nontransmitted BSSID, t-The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.

— The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).

The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used. For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission.

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 56 of 80 PageID #: 1092

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame.

A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

| | |
|---|---|
| [7f] determining network information communicated by the access point based on (i) the processing of the first portion, and (ii) the processing of the second portion. | The Accused Products determine network information communicated by the access point based on (i) the processing of the first portion, and (ii) the processing of the second portion.<br><br>The Accused Products use their network interface device (comprising MAC and PHY layers) to transmit the generated Beacon frame over the wireless medium according to the procedures and formats specified in the 802.11ax Standard. Section 10.1 of the 802.11ax Standard describes the MAC sublayer and details how frames are constructed and passed to the PHY for transmission. |

The MAC functional description is presented in this clause. The architecture of the MAC sublayer, including the distributed coordination function (DCF), the hybrid coordination function (HCF), the mesh coordination function (MCF), the triggered UL access (TUA), and their coexistence in an IEEE 802.11 LAN are introduced in 10.2. These functions are expanded on in 10.3, 10.23, and 10.24, and 26.2. Fragmentation and defragmentation are defined in 10.4 and 10.5. Multirate support is addressed in 10.6. A number of additional restrictions to limit the cases in which MSDUs are reordered or discarded are described in 10.7. Operation across regulatory domains is defined in 10.22. The block ack mechanism is described in 10.25. The No Ack mechanism is described in 10.26. The protection mechanism is described in 10.27. Rules for processing MAC frames are described in 10.28.

**10.2 MAC architecture**

**10.2.1 General**

*Replace Figure 10-1 with the following figure:*



**Figure 10-1—Non-DMG non-CMMG non-S1G STA MAC architecture**

IEEE 802.11ax-2021 § 10.1.

The Accused Products then use the network interface to send the packets. ""In order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state."

| | |
|---|---|
| | In all options, in order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state. Further, the PHY is set to operate at the appropriate frequency through station management via the PLME, as specified in 27.4. Other transmit parameters, such as HE-MCS, coding types, and transmit power, are set via the PHY-SAP using the PHYTXSTART.request(TXVECTOR) primitive, as described in 27.2.2. After transmitting a PPDU that carries a Trigger frame, the MAC sublayer issues a PHY-TRIGGER.request with a TRIGVECTOR parameter that provides the PHY entity with the information needed to demodulate the expected HE TB PPDU response. The remainder of this subclause applies to the first four options.<br><br>The PHY indicates the state of the primary channel and other channels (if any) via the PHY-CCA.indication primitive (see 21.3.18.5 and 8.3.5.12). Transmission of the PPDU shall be initiated by the PHY after receiving the PHY-TXSTART.request(TXVECTOR) primitive. The TXVECTOR parameters for the PHY-TXSTART.request primitive are specified in Table 27-1.<br><br>After the PHY preamble transmission is started, the PHY entity immediately initiates data scrambling and data encoding. The encoding method for the Data field is based on the FEC_CODING, CH_BANDWIDTH, NUM_STS, STBC, MCS, and NUM_USERS parameters of the TXVECTOR, as described in 27.3.4.<br><br>IEEE 802.11ax-2021 § 27.3.21 (emphasis added). |
| [8] The method of claim 7, wherein the first portion includes only one address field. | The Accused Products perform the method of claim 7, wherein the first portion includes only one address field.<br>For every Beacon, the first three body fields of the frame are fixed as: (1) Timestamp; (2) Beacon Interval; (3) Capability Information. |

**9.3.3.2 Beacon frame format**

The frame body of a Beacon frame contains the information shown in Table 9-32.

**Table 9-32—Beacon frame body**

| Order | Information | Notes |
|---|---|---|
| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

| | |
|---|---|
| | The address field for nontransmitted BSSID profiles constitutes only one address field.<br><br>**11.1.3.8.2 Nontransmitted BSSID profile**<br><br>A nontransmitted BSSID profile represents information about a particular nontransmitted BSSID. It consists of a set of elements that are carried in a single Nontransmitted BSSID Profile subelement, unless the subelement cannot fit in a single Multiple BSSID element. In this case, the nontransmitted BSSID profile is fragmented and is carried in more than one Nontransmitted BSSID Profile subelements across more than one Multiple BSSID element in the same frame. Each nontransmitted BSSID profile, at a minimum, shall include the elements that are mandatory for that BSS (i.e., Nontransmitted BSSID Capability element, SSID element, Multiple BSSID-Index element as described in 9.4.2.45). An example of Multiple BSSID element carrying one or more Nontransmitted BSSID Profile subelements is shown in Figure 11-3a. The figure also shows the order in which the elements are present within each Nontransmitted BSSID Profile subelement.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.2 (emphasis added).<br><br>The nontransmitted BSSID profiles are expressly identified as the third element in the beacon frame, and are thus within the first portion of the beacon frame.<br><br>— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.<br><br>IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). |
| [10PRE] An apparatus, comprising: | The Defendant and its customers directly infringe claim 10 under 35 U.S.C. § 271(a) by making, selling, offering to sell, importing, and/or using the claimed apparatus in the United States.  In particular, Defendant infringes § 271(a) by making, selling, offering to sell, importing, and/or using the Accused Products domestically, while its customers and end users infringe by using and testing products that implement the 802.11ax Standard—or later, backwards-compatible standards.<br><br>Moreover, the Defendant induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe, and contributes to infringement under § 271(c) by offering, selling, and/or |

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

| | |
|---|---|
| | importing an apparatus comprising each of the limitations of one or more of the claims of the '648 patent, including claim 10, into the United States.  The Accused Products are a material part of the invention, and the Accused Products are specifically adapted for infringing the '648 patent through the use of 802.11ax Standard or subsequent backwards-compatible wireless networking standards.  They are not staple articles of commerce suitable for substantial non-infringing use. |
| | Unless otherwise noted, Velocity contends that every element of each asserted claim is literally met by the Defendant's testing and use of the Accused Products.  To the extent Defendant claims any element is not literally met, Velocity asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Accused Products exist.  In every instance, each step of the methods performed by the Accused Products is performed by the Accused Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Accused Products, Velocity asserts that any similarly functioning components also infringe the charted claims. |
| | To the extent the preamble is limiting, the Accused Products constitute an apparatus. |
| [10a] a network interface device configured to | The Accused Products comprise a network interface device. |
| | The Accused Products comprise the medium access control (MAC) layer and physical (PHY) layer, which are the hardware that perform frame transmission and reception. |
| | This amendment defines modifications to both the IEEE 802.11 physical layer (PHY) and medium access control (MAC) sublayer for high-efficiency operation in frequency bands between 1 GHz and 7.125 GHz. |
| | IEEE 802.11ax-2021 Introduction (emphasis added). |

<table>
<tr><td></td><td>

**20.2 DMG PHY service interface**

**20.2.1 Introduction**

The PHY interfaces to the MAC through the TXVECTOR, RXVECTOR, and the PHYCONFIG_VECTOR. Using the TXVECTOR, the MAC supplies the PHY with per-PPDU transmit parameters. Using the RXVECTOR, the PHY informs the MAC of the received packet parameters. Using the PHYCONFIG_VECTOR, the MAC configures the PHY for operation, independent of frame transmission or reception.

IEEE 802.11-2020 § 20.2.1 (emphasis added) (explaining that the MAC sends frames to the PHY for transmission—i.e., performing as a network interface device).

The Accused Products comprise MAC/PHY hardware stacks because they operate as wireless transmitters and receivers.

</td></tr>
<tr><td>

[10a(i)] receive a beacon frame that was transmitted by an access point, wherein a physical layer (PHY) header is associated with the beacon frame, and wherein the beacon frame has a unified format,

</td><td>

The Accused Products receive a beacon frame that was transmitted by an access point, wherein a physical layer (PHY) header is associated with the beacon frame, and wherein the beacon frame has a unified format.

Specifically, the Accused Products' network interface device (the PHY/MAC hardware) constructs beacon frames that conform to a unified format defined by the 802.11ax Standard. The Accused Products, in compliance with § 9.3.3 of the 802.11ax Standard, use a unified general structure for Management frames, including Beacon frames.

Section 9.3.3.2 ("Beacon frame format") details the components of a Beacon frame, referring to Table 9-32 ("Beacon frame body"), which lists the elements that constitute the body of a Beacon frame. When an Accused Product is part of an M-BSSID set, the 802.11ax Standard, § 11.1.3.8.1 mandates:

</td></tr>
</table>

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> The BSSID of the AP belonging to a multiple BSSID set is referred to as the transmitted BSSID if the AP includes the Multiple BSSID element in the Beacon frame that it transmits. In a multiple BSSID set, there shall not be more than one AP corresponding to the transmitted BSSID. The BSSID of an AP belonging to a multiple BSSID set is a nontransmitted BSSID if the AP's BSSID is derived according to 9.4.2.45 and 9.4.2.73. Among all AP STAs in a multiple BSSID set, only the AP corresponding to the transmitted BSSID shall transmit a Beacon frame.

IEEE 802.11ax-2021 § 11.1.3.8.1 (emphasis added).

This Beacon frame, while potentially carrying information about non-transmitted BSSIDs via the Multiple BSSID element (§ 9.4.2.45), adheres to the standard unified Beacon frame format. Therefore, the Accused Products generate Beacon frames that conform to the unified format specified in the 802.11ax Standard, with a header and a body containing a defined sequence of fields.

The timestamp is the first body field and occurs immediately after the MAC header regardless of whether the beacon is short or full.

> The received Timestamp value shall be adjusted by adding an amount equal to the receiving STA's delay through its local PHY components plus the time since the first bit of the Timestamp field was received at the MAC/PHY interface.

IEEE 802.11-2020 § 11.1.3.10.3 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648



IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).  *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

Station devices (STAs) receive and use the information in received beacon frames.

**11.1.3.7 Beacon reception**

STAs in an infrastructure network or PBSS shall use information in received Beacon frames, DMG Beacon frames, or Announce frames only if the BSSID field is equal to the MAC address currently in use by the STA contained in the AP of the BSS or to the MAC address currently in use by the PCP of the PBSS. A non-AP STA in an infrastructure BSS and a non-PCP STA in a PBSS that supports the Multiple BSSID capability shall

IEEE 802.11-2020 § 11.1.3.7 (emphasis added).

| | |
|---|---|
| [10a(ii)] determine, based on an indicator (i) in the beacon frame or (ii) in the PHY header, whether the beacon frame has a short beacon subformat or a full beacon subformat, | The Accused Products determine, based on an indicator (i) in the beacon frame or (ii) in the PHY header, whether the beacon frame has a short beacon subformat or a full beacon subformat. <br><br> The Beacon Frame includes an extended capabilities field that identifies which format will be used.  In compliance with the 802.11ax Standard, the Accused Products will include "the Multiple BSSID Configuration element . . . in its Beacon frame." |

Page 63 of 79

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

An EMA AP advertising a partial list of BSSID profiles, shall include the Multiple BSSID Configuration element (see 9.4.2.260) in its Beacon frame, S1G Beacon frame, or DMG Beacon frame and in any Probe Response frame it sends to indicate the configuration of the multiple BSSID set.

An AP shall set the BSSID Count field of the Multiple BSSID Configuration element to indicate the number of active BSSIDs in the multiple BSSID set, and shall set the Full Set Rx Periodicity field to indicate the number of beacons a scanning STA is required to receive in order to discover all the active nontransmitted BSSIDs in the set. An AP corresponding to the transmitted BSSID shall respond with a Probe Response frame carrying one or more Multiple BSSID elements that include, at a minimum, the profiles for the nontransmitted BSSIDs requested by the soliciting Probe Request frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

The Accused Products transmit, in the Beacon frame, a dedicated bit within the Extended Capabilities element of the Beacon frame that directly indicates whether the current beacon corresponds to the first subformat ("short beacon" with a partial list of BSSID Profiles) or the second subformat ("full beacon" with the full list of BSSID Profiles).

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 66 of 80 PageID #:
1102

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

**Table 9-153—Extended Capabilities element** *(continued)*

| Bit | Information | Notes |
|---|---|---|
| 80 | Complete List of NonTxBSSID Profiles | This field is reserved for a non-AP STA or when the AP has dot11MultiBSSIDImplemented set to false.<br><br>~~When set to 1,~~ Set to 1 to indicates that the frame carrying this element includes a complete list of nontransmitted BSSID profiles.<br>~~When set to 0,~~ Set to 0 by a non-HE AP if there is no indication about the completeness of the list of nontransmitted BSSID profiles in the frame.<br>Set to 0 by an HE AP to indicate that the frame carrying this element does not include a complete list of nontransmitted BSSID profiles.<br><br>Also see 11.1.3.8. |
| ... | | |

IEEE 802.11ax-2021 § 9.4.2.26 (emphasis added) ("Extended Capabilities element" defines capability bits in Table 9-153 "Extended Capabilities element." Bit 80 is explicitly defined as "Complete List of NonTxBSSID Profiles.").

Receiving devices use this indicator to determine what information within the beacon frame will be used—i.e., a complete list of profiles or an incomplete list.

| | |
|---|---|
| | **11.1.3.7 Beacon reception**<br><br>STAs in an infrastructure network or PBSS shall use information in received Beacon frames, DMG Beacon frames, or Announce frames only if the BSSID field is equal to the MAC address currently in use by the STA contained in the AP of the BSS or to the MAC address currently in use by the PCP of the PBSS. A non-AP STA in an infrastructure BSS and a non-PCP STA in a PBSS that supports the Multiple BSSID capability shall<br><br>use other information in received Beacon or DMG Beacon frames only if the BSSID field of the non-AP or non-PCP STA is equal to the MAC address currently in use by the STA contained in the AP or PCP, respectively, of the BSS corresponding to the transmitted BSSID or if the BSSID field of the non-AP or non-PCP STA is equal to one of the nontransmitted BSSIDs.<br><br>IEEE 802.11-2020 § 11.1.3.7 (emphasis added). |
| [10a(iii)] process a first portion of the beacon frame, wherein the first portion has the same format whether the beacon frame has (i) the short beacon subformat or, (ii) the full beacon subformat, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field, | The Accused Products process a first portion of the beacon frame, wherein the first portion has the same format whether the beacon frame has (i) the short beacon subformat or, (ii) the full beacon subformat, wherein the first portion comprises (i) a frame control field, (ii) a duration field that follows the frame control field, (iii) a source address field that follows the duration field, and (iv) a timestamp field that follows the source address field.<br><br>The Accused Products receive a first portion of the beacon frame that maintains the same format regardless of whether a short or full beacon is transmitted. The Accused Products, in compliance with the 802.11ax Standard, generate a first portion of the Beacon frame which has the same format regardless of the Beacon frame being a short Beacon frame or full Beacon frame.   Section 9.2.3 of the IEEE 802.11-2020 Standard defines "MAC frame formats" as follows: |



### 9.2.3 General frame format

The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 9-2 depicts the general MAC frame format for protocol version 0 (PV0) MPDUs, and Figure 9-978 (in 9.8.2) depicts the general MAC frame format for protocol version 1 (PV1) frames. The first 2 bits of the first subfield (Protocol Version) of the Frame Control field and the last field (FCS) in Figure 9-2 are present in all PV0 MPDUs and PV1 MPDUs, including reserved types and subtypes.

**Figure 9-2—MAC frame format**

IEEE 802.11-2020 § 9.2.3 (emphasis added) (showing that the first portion of the MAC frame remains the same for both short beacon frames and full beacon frames).

This first portion of a Beacon frame includes a Frame Control field.



### 9.2.4.1 Frame Control field

#### 9.2.4.1.1 General

The first three subfields of the Frame Control field of a PV0 frame are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

For a frame carried in an non-S1G PPDU, when the Type subfield is not 1 or the Subtype subfield is not 6, the remaining subfields within the Frame Control field are To DS, From DS, More Fragments, Retry, Power Management, More Data, Protected Frame, and +HTC. In this case, the format of the Frame Control field is shown in Figure 9-3.

| | B0 B1 | B2 B3 B4 B7 | B8 | B9 | B10 | B11 | B12 | B13 | B14 | B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Protocol Version | Type | Subtype | To DS | From DS | More Frag-ments | Retry | Power Management | More Data | Protected Frame | +HTC |
| Bits: | 2 | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Figure 9-3—Frame Control field format in non-S1G PPDUs when Type subfield is not equal to 1 or Subtype subfield is not equal to 6**

IEEE 802.11-2020 § 9.2.4.1 (emphasis added).

For a Beacon Frame Control Field, the Accused Products make the following selections for this field. The field Type is Management (00) and Subtype is Beacon (1000) as per Table 9-1 "Valid type and subtype combinations." This field is always present with the same structure for all Beacon frames. IEEE 802.11-2020 § 9.2.4.1.3.

The duration field follows the frame control field in the first portion of the beacon frame. This field always follows the Frame Control field and has the same format for all Beacon frames.

Case 5:26-cv-00101-RWS　Document 1-22　Filed 07/30/26　Page 70 of 80 PageID #: 1106

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The encoding of the Duration/ID field is given in Table 9-9.

**Table 9-9—Duration/ID field encoding**

| Bits 0–13 | Bit 14 | Bit 15 | Usage |
|---|---|---|---|
| 0–32 767 | | 0 | Duration value (in microseconds) within all frames except PS-Poll frames that are not PS-Poll+BDT |
| 0–16 383 | 0 | 1 | Reserved |
| 0 | 1 | 1 | AID 0 is used for broadcast transmission in S1G PPDU, reserved if not in S1G PPDU. |
| 1–2007 | 1 | 1 | AID in PS-Poll frames other than PS-Poll+BDT. |
| 2008–8191 | 1 | 1 | Additional AIDs in S1G PS-Poll frames other than PS-Poll+BDT. Reserved if not in S1G PS-Poll frames. |
| 8192–16 383 | 1 | 1 | Reserved |

IEEE 802.11-2020 § 9.2.4.2.

The source address field follows the duration field and is the BSSID of the Accused Products.

The SA field contains an IEEE MAC individual address that identifies the MAC entity from which the transfer of the MSDU (or fragment thereof) or A-MSDU (or fragment thereof), as defined in 9.3.2.1, contained in the frame body field was initiated. The Individual/Group bit is always transmitted as a 0 in the source address.

IEEE 802.11ax-2021 § 9.2.4.3.6 (emphasis added).

The timestamp appears after the source address field and represents the timing synchronization functions. This field remains the same for both the short beacon frame and full beacon frame, as the timestamp field from the full beacon and short beacon "are always the same as the corresponding transmitted BSSID Values." IEEE 802.11ax-2021 § 9.4.2.45.

| | |
|---|---|
| | This field represents the timing synchronization function (TSF) timer (see 11.1 and 11.19) of a frame's source. The length of the Timestamp field is 8 octets. The Timestamp field is shown in Figure 9-93.<br><br>Timestamp<br><br>Octets:    8<br><br>**Figure 9-93—Timestamp field format**<br><br>IEEE 802.11ax-2020 § 9.4.1.10.<br><br>As specified in Table 9-32 ("Beacon frame body"), the Timestamp field is listed as Order 1 with a fixed length of 8 octets.<br><br>The frame body of a Beacon frame contains the information shown in Table 9-32.<br><br>**Table 9-32—Beacon frame body**<br><br>| Order | Information | Notes |<br>|---|---|---|<br>| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |<br>| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |<br>| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |<br><br>IEEE 802.11-2020 § 9.3.3.2 (emphasis added).<br><br>The format and presence of these four fields remain identical across all Beacon frames transmitted by the Accused Products regardless of whether the Accused Products have determined to transmit a partial or full list of the nontransmitted BSSIDs. |
| [10a(iv)] when it is determined that the beacon | When it is determined that the beacon frame has the short beacon subformat, the Accused Products process a second portion of the beacon frame according to the short beacon subformat. |

| | |
|---|---|
| frame has the short beacon subformat, process a second portion of the beacon frame according to the short beacon subformat, | The Accused Products process a second portion of the beacon frame with distinctly different subformats depending on whether a short or full beacon is transmitted. |
| | The Accused Products generate the variable part of the Beacon frame body (following the fixed first portion) with content that differs based on the Accused Products' determination of how much M-BSSID profile information to include. When the Accused Products determine to send a short beacon, the Accused Products generate a second portion with a first subformat containing: Mandatory elements for the transmitted BSSID (*e.g.*, Capability Information, SSID, Supported Rates); Essential HE elements (HE Capabilities, HE Operation); A partial list of Nontransmitted BSSID Profile subelements within the Multiple BSSID element; or no Nontransmitted BSSID Profile subelements. The Accused Products, in compliance with the 802.11ax Standard, will transmit a short beacon containing a partial list of the nontransmitted BSSIDs. |
| | The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:<br><br>— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.<br>— The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement. |
| | IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added). |
| | The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used. For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission. |

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 73 of 80 PageID #:
1109

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.

An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame.

A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame.

IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added).

When the partial list of nontransmitted BSSIDs is sent, the receiver will inherit the profile from the beacon.

| | |
|---|---|
| | When a station receives a Beacon frame or DMG Beacon frame with a Multiple BSSID element that consists of a nontransmitted BSSID profile with only the mandatory elements, it may inherit the complete profile from a previously received Beacon frame, DMG Beacon frame, or Probe Response frame, or it may send a Probe Request frame to obtain the complete BSSID profiles. Each Beacon element not transmitted in a nontransmitted BSSID subelement is inherited from previous Beacon, DMG Beacon, or Probe Response frame in which the element is present, except for the Quiet element, which shall take effect only in the Beacon frame or DMG Beacon frame that contains it and not carry forward as a part of the inheritance. An AP or PCP is not required to include all supported nontransmitted BSSID profiles in a Probe Response frame, and may choose to only include a subset based on any criteria. When a nontransmitted BSSID profile is present in the Multiple BSSID element of the Probe Response frame, the AP or PCP shall include all elements that are specific to this BSS. If any of the optional elements are not present in a nontransmitted BSSID profile, the corresponding values are the element values of the transmitted BSSID unless the element is listed in the Non-Inheritance element (if included) in the nontransmitted BSSID profile for that BSS. |
| | IEEE 802.11-2020 § 11.1.3.8 (emphasis added). |
| [10a(v)] when it is determined that the beacon frame [h]as the full beacon subformat, process the second portion of the beacon frame according to the full beacon subformat, and | When it is determined that the beacon frame [h]as the full beacon subformat, the Accused Products process the second portion of the beacon frame according to the full beacon subformat.<br><br>When the Accused Products determine to send a full beacon, the Accused Products generate a second portion with a second subformat containing all the non-transmitted BSSIDs.  In compliance with the 802.11ax Standard, the Accused Products transmit this full beacon based on a second subformat. |

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 75 of 80 PageID #: 1111

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

> The Nontransmitted BSSID Profile subelement contains a list of elements for one or more APs or DMG STAs that have nontransmitted BSSIDs A nontransmitted BSSID profile carried in one or more Nontransmitted BSSID Profile subelements across one or more multiple BSSID elements in the same frame contains a list of elements for the AP or the DMG STA that has a nontransmitted BSSID and is defined as follows:
>
> — For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.
>
> — The SSID element (see 9.4.2.2) and Multiple BSSID-Index element (see 9.4.2.73) are included as the second and third elements, respectively in the Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).

The Accused Products' decision on whether to transmit the full list of nontransmitted BSSIDs or a partial list of nontransmitted BSSIDs determines if the first or second subformat is used. For example, if a partial set of non-transmissible BSSID profiles is transmitted (short frame), then the NonTXBSSID Profiles field is set to 1 and a Reduced Neighbor Report Element is included in the beacon frame transmission.

Page 74 of 79

| | |
|---|---|
| | An AP or PCP may choose to include only a partial list of nontransmitted BSSID profiles in the Beacon frame, S1G Beacon frame, or DMG Beacon frame or to include different sets of nontransmitted BSSID profiles in different Beacon frames, S1G Beacon frames, or DMG Beacon frames. An AP corresponding to the transmitted BSSID may choose to include only a partial list of nontransmitted BSSID profiles in an unsolicited broadcast Probe Response frame or a Probe Response frame sent in response to a Probe Request frame with Address 3 field set to wildcard BSSID and SSID set to wildcard. An AP advertising a complete list of nontransmitted BSSID profiles shall set the Complete List Of NonTxBSSID Profiles field of Extended Capabilities element to 1.<br><br>An EMA AP operating in the 2.4 GHz or 5 GHz band that transmits a Beacon or Probe Response frame carrying a partial list of nontransmitted BSSID profiles should include in the frame a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are not present in the Multiple BSSID element carried in that frame.<br><br>A 6 GHz-only EMA AP that transmits a Beacon or broadcast Probe Response frame carrying a partial list of nontransmitted BSSID profiles shall include a Reduced Neighbor Report element carrying information for at least the nontransmitted BSSIDs that are discoverable and not present in the Multiple BSSID element carried in that frame.<br><br>IEEE 802.11ax-2021 § 11.1.3.8.3 (emphasis added). |
| [10a(vi)] determine network information communicated by the access point based on (i) the processing of the first portion, and (ii) the processing of the second portion. | The Accused Products determine network information communicated by the access point based on (i) the processing of the first portion, and (ii) the processing of the second portion.<br><br>The Accused Products use their network interface device (comprising MAC and PHY layers) to transmit the generated Beacon frame over the wireless medium according to the procedures and formats specified in the 802.11ax Standard. Section 10.1 of the 802.11ax Standard describes the MAC sublayer and details how frames are constructed and passed to the PHY for transmission. |

The MAC functional description is presented in this clause. The architecture of the MAC sublayer, including the distributed coordination function (DCF), the hybrid coordination function (HCF), the mesh coordination function (MCF), ~~the~~ triggered UL access (TUA), and their coexistence in an IEEE 802.11 LAN are introduced in 10.2. These functions are expanded on in 10.3, 10.23, ~~and~~ 10.24, and 26.2. Fragmentation and defragmentation are defined in 10.4 and 10.5. Multirate support is addressed in 10.6. A number of additional restrictions to limit the cases in which MSDUs are reordered or discarded are described in 10.7. Operation across regulatory domains is defined in 10.22. The block ack mechanism is described in 10.25. The No Ack mechanism is described in 10.26. The protection mechanism is described in 10.27. Rules for processing MAC frames are described in 10.28.

## 10.2 MAC architecture

### 10.2.1 General

*Replace Figure 10-1 with the following figure:*

**Figure 10-1—Non-DMG non-CMMG non-S1G STA MAC architecture**

IEEE 802.11ax-2021 § 10.1.

The Accused Products then use the network interface to send the packets.  ""In order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state."

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 78 of 80 PageID #: 1114

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

In all options, in order to transmit data, the MAC generates a PHY-TXSTART.request primitive, which causes the PHY entity to enter the transmit state. Further, the PHY is set to operate at the appropriate frequency through station management via the PLME, as specified in 27.4. Other transmit parameters, such as HE-MCS, coding types, and transmit power, are set via the PHY-SAP using the PHYTXSTART.request(TXVECTOR) primitive, as described in 27.2.2. After transmitting a PPDU that carries a Trigger frame, the MAC sublayer issues a PHY-TRIGGER.request with a TRIGVECTOR parameter that provides the PHY entity with the information needed to demodulate the expected HE TB PPDU response. The remainder of this subclause applies to the first four options.

The PHY indicates the state of the primary channel and other channels (if any) via the PHY-CCA.indication primitive (see 21.3.18.5 and 8.3.5.12). Transmission of the PPDU shall be initiated by the PHY after receiving the PHY-TXSTART.request(TXVECTOR) primitive. The TXVECTOR parameters for the PHY-TXSTART.request primitive are specified in Table 27-1.

After the PHY preamble transmission is started, the PHY entity immediately initiates data scrambling and data encoding. The encoding method for the Data field is based on the FEC_CODING, CH_BANDWIDTH, NUM_STS, STBC, MCS, and NUM_USERS parameters of the TXVECTOR, as described in 27.3.4.

IEEE 802.11ax-2021 § 27.3.21 (emphasis added).

| [11] The apparatus of claim 10, wherein the first portion includes only one address field. | The Accused Products comprise the apparatus of claim 10, wherein the first portion includes only one address field.<br><br>For every Beacon, the first three body fields of the frame are fixed as: (1) Timestamp; (2) Beacon Interval; (3) Capability Information. |
|---|---|

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

### 9.3.3.2 Beacon frame format

The frame body of a Beacon frame contains the information shown in Table 9-32.

**Table 9-32—Beacon frame body**

| Order | Information | Notes |
|---|---|---|
| 1 | Timestamp | See 9.4.1.10 for Timestamp field format. |
| 2 | Beacon Interval | See 9.4.1.3 for Beacon Interval field format. |
| 3 | Capability Information | See 9.4.1.4 for Capability Information field format. |

IEEE 802.11-2020 § 9.3.3.2 (emphasis added).

All beacon frames use the same unified beacon format, beginning with the MAC header followed by a timestamp.

— The Timestamp and Beacon Interval fields, TIM, DSSS Parameter Set, IBSS Parameter Set, Country, Channel Switch Announcement, Extended Channel Switch Announcement, Wide Bandwidth Channel Switch, Transmit Power Envelope, Supported Operating Classes, IBSS DFS, ERP Information, HT Capabilities, HT Operation, VHT Capabilities, VHT Operation, S1G Beacon Compatibility, Short Beacon Interval, S1G Capabilities, and S1G Operation, HE Capabilities, HE 6 GHz Band Capabilities, HE Operation, BSS Color Change Announcement, and Spatial Reuse Parameter Set elements are not included in the Nontransmitted BSSID Profile subelement; the values of these elements for each nontransmitted BSSID are always the same as the corresponding transmitted BSSID element values.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).  *See also* IEEE 802.11-2020 § 9.3.3.2 ("The frame body of a Beacon frame contains the information shown in Table 9-32.") (providing the unified beacon format for all Beacon frames in Table 9-32).

Case 5:26-cv-00101-RWS    Document 1-22    Filed 07/30/26    Page 80 of 80 PageID #:
1116

Velocity Prelim. Infringement Analysis
U.S. Patent No. 9,596,648

The address field for nontransmitted BSSID profiles constitutes only one address field.

**11.1.3.8.2 Nontransmitted BSSID profile**

A nontransmitted BSSID profile represents information about a particular nontransmitted BSSID. It consists of a set of elements that are carried in a single Nontransmitted BSSID Profile subelement, unless the subelement cannot fit in a single Multiple BSSID element. In this case, the nontransmitted BSSID profile is fragmented and is carried in more than one Nontransmitted BSSID Profile subelements across more than one Multiple BSSID element in the same frame. Each nontransmitted BSSID profile, at a minimum, shall include the elements that are mandatory for that BSS (i.e., Nontransmitted BSSID Capability element, SSID element, Multiple BSSID-Index element as described in 9.4.2.45). An example of Multiple BSSID element carrying one or more Nontransmitted BSSID Profile subelements is shown in Figure 11-3a. The figure also shows the order in which the elements are present within each Nontransmitted BSSID Profile subelement.

IEEE 802.11ax-2021 § 11.1.3.8.2 (emphasis added).

The nontransmitted BSSID profiles are expressly identified as the third element in the beacon frame, and are thus within the first portion of the beacon frame.

— For each nontransmitted BSSID, t The Nontransmitted BSSID Capability element (see 9.4.2.71) is the first element included, followed by a variable number of elements, in the order defined in Table 9-32 for a non-DMG non-S1G AP, Table 9-45 for a DMG AP, or Table 9-46 for a S1G AP.

IEEE 802.11ax-2021 § 9.4.2.45 (emphasis added).